Copyright Search  Page 1 of 1

## Copyright Search

Registered Works Database (Author Search)
**Search For:** PRUNTE, ROBERT R., 1958-
**Items 1 - 2 of 2**
Note the following codes that occur within listings:
a=author  c=claimant  ac=author and claimant

Conduct Another Search

*Exhibit A*

| | |
|---|---|
| 1. Registration Number: | SRu-305-613 |
| Title: | Someday. |
| Description: | Sound cassette. |
| Claimant: | (c) (p) on words, music, production, recording; acRobert R. Prunte, 1958- |
| Created: | 1994 |
| Registered: | 24Oct94 |
| Special Codes: | 37/N |

| | |
|---|---|
| 2. Registration Number: | SRu-452-280 |
| Title: | Collective works of YoWorld Music Company. |
| Description: | Compact disc & lyrics sheets. |
| Claimant: | (c) (p) acYoWorld Music Company |
| Created: | 2000 |
| Registered: | 30Apr01 |
| Author on © Application: | words, music, recording, production: acRobert R. Prunte, 1958-, owner of YoWorld, Jamaine Clarke, 1972-, & Benjamin Lee, 1978-. |
| Special Codes: | 37/N |

Copyright Office Home - Library of Congress Home

Contact Us



# Receipt

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Exhibit A1

No. 180856

Date 3-2-06

## Received

- ☐ Not examined in information section
- Form(s) 1 SR
- Number of copies 1 CD
- Type of deposit copies
- Document(s)
- Cover letter
- Other enclosures
- Refer to

## Services

- ☐ Search
- ☐ Photocopies
- ☐ Additional certificates
- ☐ Certifications
- ☐ Secure text exam
- ☐ Transfer to photoduplication
- ☐ Other (*specify*)

## Method of Payment

- ☐ Cash
- ☐ Check
- ☐ Money order
- ☐ Deposit acct #:          Amount:
- ☐ Credit card   Type:   Auth #:   Amount:

- ☐ No Fee
- ☐ Fee to be determined
- ☐ For connection
- ETN:

Total Payment: $

Received from: ROBERT R. PRUNTE    Phone

Address: 1702 LINDEN AVE. BALT, MD 21217.

Representing:    Phone

Received for the Register of Copyrights by LARISA

## Title

"COLLECTION ONE OF YO WORLD MUSIC'S PURLOINED SONGS"   ... and ____ others

## Notes

SEE REVERSE FOR IMPORTANT INFORMATION

C-38   06/2004—15,000   Printed on recycled paper