**InsideSessions**

10 Universal City Plaza
23rd Floor – 1440/23
Universal City, CA 91608

December 2, 2002
Karen Pate
2508 Maryland Ave
Baltimore MD 21218

Exhibit B

Dear Karen

Thank you for your interest in InsideSessions and for sending your demo to us for evaluation. I hope that this critique will help you in your pursuit of a musical future.

Firstly, I want to apologize for how long it has taken to get this critique out to you. We have received for more submissions then we initially thought and we want to get to them all in the order they came. I hope you can understand.

Overall, I liked your demo. You guys have good grooves and rap well. Also, I like to hear the positive message—it's a nice change of pace. I've made some comments on the songs individually and then some general comments after that.

Please remember, this is only one man's humble opinion. I have a short amount of time in which to listen to the submissions we get and find something intelligent and constructive to say. And, I hope you find this constructive. More than anything, we want to help you to get better at your craft. Apply what you think is relevant and chuck the rest.

**IF THIS WORLD WAS MINE:** I like this tune. The groove is good and I like the violin line. I think this song needs to have a stronger hook. Don't get wrong, I like the part you have here. But, a good hook needs to really lift over the other parts of a song. The hook is what people remember the song by. In this tune, I think the verse and chorus are too similar.

**KEYZ TO THA KINGDOM:** This, to me, is the best tune on the CD. The groove is good and verse rap too. But, what really makes it stand out is the hook. For whatever reason, it really stands out. I can't stress how important this is. It's what really separates the good from the great. Not only in hip-hop, but all styles of music. You got to slam them upside the head with a killer hook. Good job.

**WHEN WILL MY PEOPLE BE FREE:** I think this song needs 2 things. First off, the verses could be shorter. Pacing is important—people have the attention spans of children, so you want to keep your tune moving. Also, I'd like to see more from the chorus. It lifts some what, but you know it's got to lift even more. It's the only way for your message to get through the clutter of all the music that is out there.

I like what you guys are doing. You have all the skills with regards to grooves and lyrics. And the passion you feel about your music comes through. Now, if you want to get to that next level, I think you need to focus on the hooks a bit. Good isn't good enough; they need to be great. You need something big and catchy so people can remember your tunes. Study other composers and I think you'll see what I'm talking about. I think the Neptunes and Dre are 2 of the best at this. No matter who they work with, you always here a big hook in the song. I know you can do it. Track 2 proves that. Make all your songs as good as that. As I stated before, I hope this helps you to grow as a writer and a musician. Keep at it you have something to offer.

Good Luck!
Geoff Siegel
A&R Inside Sessions/Universal Music Group