**InsideSession**

Universal City Plaza
23rd Floor – 1440/23
Universal City, CA 91608

February 11, 2002

Exhibit C

2508 Maryland Ave.
Baltimore, MD 21218

Dear Karen:

Thank you for your interest in Inside Sessions and for sending your demo to us for evaluation. I hope that this critique will help you in your pursuit of a musical future.

I liked your first track "Let's Get Rowdy". I liked the sound of the vocals but the delivery is all over the place. I think that the MC's have fairly distinctive voices, which is probably one of most important things a rap/hip-hop A&R person would look for. I thought that the flow of the vocals could have been a lot tighter and a little more aggressive in spots. If you're not consistent in your delivery, then your group is not going to be recognized as great MC's. The vocals need to sound more aggressive in order to get that message across. The bass line and the percussion/beats need a lot more fatness to them. The track is sonically very thin and needs some backbone to stand up against everything else out there. If people aren't feeling the track, then no one is going to buy it. As far as the instrumentation goes, the track is pretty cool. Don't be afraid to try things that you might think wouldn't work. Sometimes, the crazy stuff you lay down on the track makes the song stand out from all of the other out there. Lyrically, there are spots when the lyrics are great but other spots when the lyrics need to be a lot better, like in the hook. Just like being a great MC, you need to make sure the message is tight also. Being great lyricists takes a lot of work, so make sure you put the work into it and don't take short cuts.

The second track "Slow Neck" is pretty tight. I think the song is ok but would also fatten up the track a bit. It's got a good bounce to it but I'm not too crazy about most of the lyrics. Remember, in order to be taken seriously with your art, you need to work really hard and not settle for average lyrics and tracks. Try to come up with something really creative lyrically. I think that these guys could write some really dope lyrics but on a song like this, it seems like they are just putting down some real average rhymes. You want people to stick around and not want to flip the channel when your song is on. By giving them some lyrics that really grab them, you will keep them around and also sell some records. Also, the track just ends. If I'm into a song I always want to hear a payoff at the end, whether it's a vocal hook or something tasty on the musical side to keep me coming back through the whole song. Just by adding a different instrument or a melody at the end can give you that payoff. One more thing, I wouldn't put tracks on a demo that are more than 4 minutes. People get disinterested very easily and a rap song that is over 4 minutes is tough to pay attention to.

Boody On Yo Back is ok also but it needs some work too. Booty rappin' is kind of outdated so this track and track 2 are both kind of dated. The vocals need some work because they're not tight and the vocals are not flowing with the track. Plus, on all the songs, some of the vocals are distorted. Again, I'd work on the lyrics and the track. Fatten up the tracks and use some different sounds. Make the track interesting for people to listen to. The lyrics are pretty average and definitely could use some better lines during the song. You really need to compare these tracks to other rap tracks that are on the radio because I don't feel like these can stand up against any tracks out there. Listen to what is out there and see what the successful acts are doing within their tracks. This track goes to 6 minutes and no radio station will play a track that is that long. So, if you were looking for some radio play, I'd edit the song down to about 3:45. Remember, you are competing with every other rap act out there for the attention of the labels.

● Page 2											February 11, 2002

Be as creative as you possibly can. The way the music business is these days; you need something to make you stand out from all of the rest. Your delivery, tracks and lyrics will decide how far you can go. If you put the work into your music, then people will take notice.

I hope my advice and tips will lead you in the right direction. Your demo is good and with a few of the ideas I suggested to you, this could be a demo that a lot of people would really want to listen to. Please keep in touch and feel free to send me any new songs or demos that you would like to be heard.

Good luck!

Sincerely,


Brian Wittmer
Director of A&R
InsideSessions/Universal Music Group