



## MusicSessions is Your Foot in the Door of the Music Industry

**Have you got the talent but need the access?** Let over 75 top recording artists professionals teach you the ins and outs of the music business. Learn how to buil career from the top names in the music industry, including **Sheryl Crow, Sting, Sharon Osbourne, Tommy Mottola, Russell Simmons,** and many more.

Brought to you by **Universal Music Group**, the largest record company in the world, is an **interactive CD-ROM program** that teaches you what you need to know to t passion for music into a successful career as a recording artist or industry professional







## How Does *MusicSessions* Work?

- The CD-ROM based program offers 10 interactive multimedia sessions, covering every aspect of the industry and how to get a label deal. **Learn at your own pace,** and select the topics that interest you most.

- The program is taught by top artists—including **Sting, Elton John, Fred Durst, and Sheryl Crow**—music business execs—including **Jimmy Iovine, Russell Simmons, Sharon Osbourne, and Tommy Mottola**—and producers—including **Glen Ballard and Sir George** the industry.



### Take control of your music career. With *MusicSessions*, you

- How to get your foot in the door and get your first job in the music i

- How to write a great song.
- How to record the perfect demo.
- *How to start a buzz about your band.*
- What to expect in the recording studio.
- How to get signed to a major record label.
- *The terms of a recording deal.*
- Who does what at a record company—and where you could fit in.

...and much, much more. View Course Outline.



"InsideSessions is about breaking down barriers and opening doors for the next aspiring artists and industry executives ... I wish something like InsideSessions was a when I was first getting started in this business."

— Doug Morris, Chairman and CEO, Universa

## Now, Hear From Our Members

"InsideSessions has created a situation that will help many individuals who will n chance to be in a program such as ours. This is a good thing!"

— Jim Pr
Music Business and Entertainm
Chair, Music Medi
Unive

"From a management perspective, I feel that this is an excellent tool for anyone look the industry. It covers such a wide spectrum of information from artists to manager to songwriters. The sincerity of each of the faculty members is inspiring and mak though they're sitting right in front of you. The information they are sharing is fi personal experiences and gives the viewer an inside look at the industry. In ma information is not something that you can find in a book or a class. If I had to us describe this course, it would be VALUABLE."

— Kelly Bartlone, Aspen Davis

## Purchase MusicSessions:



MusicSessions                                                                 $

- Get ten multimedia sessions of