Exhibit E

















7.











