YoWorld Music
Street Team Member



ANGEL

YoWorld Music
Street Team Member



TAY

Exhibit F

YoWorld Music
Street Team Member



LUCILLE

YoWorld Music
Street Team Member



ADRELLE

YoWorld Music
Street Team Member



EBONICA

YoWorld Music
Street Team Member



YoWorld Music
Street Team Member



YoWorld Music
Street Team Member