Exhibit G



# INSIDE UMPG



## LINKS

**RECORDING INDUSTRY**

- Ark 21
- Beyond Music
- Def Soul
- Dreamworks Records
- Hip-O
- Interscope Records
- Inside Sessions
- Island Def Jam Records
- Lost Highway Records
- MCA Nashville
- MCA Records
- Mercury Nashville
- Motown Records
- Universal Classics
- Universal Latino
- Universal Music Special Markets
- Universal Records
- Univision Music Group
- Verve Music Group

**MUSIC GROUPS**

- AMCOS / APRA (Australia/New)
- ASCAP
- BMI
- Buma/Stemra (Netherlands)
- BIEM (International)
- CISAC (International)
- CMRRA (Canada)
- GEMA (Germany)
- JASRAC (Japan)
- The Harry Fox Agency, Inc
- SESAC
- MCPS
- PRS
- SABAM
- SACEM
- SESAC
- SGAE
- SIAE
- SOCAN
- STEMRA

**SHEET MUSIC / FOLIO BOOKS**

- Sheet Music Plus
- Hal Leonard
- Music Room
- Music Sales
- Warner Bros. Publications

INSIDE UMPG | RONDOR MUSIC | CONTACT US | PRIVACY | TERMS OF USE

SITE SEARCH

Copyright © 2003-2005 Universal Music Publishing Group
All Rights Reserved.