

# CITY OF BALTIMORE
## Martin O'Malley, Mayor
### DEPARTMENT OF RECREATION & PARKS
Permit Office - Room 3
3001 East Drive, Baltimore MD 21217
Phone 410-396-6003    Fax (410)889-3856    *Exhibit H*

---

## SPECIAL EVENT PERMIT - CL MAINTENANCE DIVISION

**ISSUE DATE - 05/16/2002**    **PERMIT STATUS - ACCEPTED**    **PERMIT # DH-20020603**

Permission is herby granted by the City of Baltimore and the Department of Recreation & Parks to hold the following Public Event, Public Assembly or Solicitation on property under the jurisdiction of the Department of Recreation & Parks. By accepting this permit, the organization and/or event coordinator named below, agree to abide by the Department of Recreation & Parks Rules and Regulations, including all Conditions and/or Special Conditions listed herein (see page two). PLEASE NOTE: THIS PERMIT IS SUBJECT TO REVOCATION AND/OR REDUCTION IN TIME.

This permit is issued subject to the condition that the Mayor and City Council, the Departments of Recreation & Parks and Public Works, and the employees of the City of Baltimore will be held harmless and assume no responsibility for claims of personal injury and/or property damage which may occur as a result of this event. It is also understood that if any property damage occurs during, or as a result of this event, the Sponsoring Organization(s) and/or Event Coordinator(s) named below will be held responsibile. Furthermore, the Sponsoring Organization(s) and/or Event Coordinator(s) listed on this permit will be required to pay for all damages and/or costs incurred by the City and a result of this event (i.e., clean up, equipment and or turff damage, police and.or security costs, traffic control, etc.).

PERMIT #20020603    IS ISSUED TO THE PERSON(S)/ORGANIZATION(S) LISTED BELOW, AND IS NOT TRANSFERABLE PLEASE HAVE THIS PERMIT AVAILABLE FOR INSPECTION ON THE EVENT DATE(S).

### EVENT INFORMATION

Name and Type of Event: **ROWDY BOYZ RELEASE PARTY ENTERTAINMENT**
Event Location and/or Area: **CLIFTON PARK, BANDSHELL FESTIVAL AREA**
Pavilion Reserved (if any): **BANDSHELL**    Expected Daily Attendance: **100**

| Choice | Setup Date | Setup Time | Event Date | Event Time | Take Down Date | Take Down Time |
|---|---|---|---|---|---|---|
| 1 | / / | Hrs. TO / / Hrs. | 05/18/2002 | 0900 Hrs. TO 05/18/2002 2100 | / / | Hrs. TO / / Hrs. |

### PERMITTEE INFORMATION

Sponsoring Organization(s): **O WORLD MUSIC**
Event Coordinator(s): **KAREN PATE**
Mailing Address: **100 S. CHARLES ST 2508 MARYLNAD AVE**
City/State/Zip Code: **BALTIMORE MD 21201**
Telephone Numbers: (Day) **(410)895-1410**    (Other) **(410)889-2366**

On Site Equipment (Must be secured and/or supplied by the Sponsoring Organization(s) and/or Event Coordinator(s)):

**STAGE, SOUND SYSTEM**

Failure to comply with the Special Conditions listed on this permit, will prohibit the Sponsoring Organization and/or Event Coordinator from using PROPERTY UNDER THE JURISDICTION OF THE DEPARTMENT FOR FUTURE EVENTS.

1. The Sponsoring Organization(s)/Event Coordinator(s) are responsible for providing, at their expense, all equipment, adequate security (as defined and/or approved by the Baltimore City Police Department Special Events/Tactical Unit), traffic and/or parking control, and portable restrooms, if needed. Clean-up of the area is required during and immediately following the event and will be provided by and/or charged to the Event Sponsor(s).

2. Driving, parking and/or heavy equipment is not permitted on any grass/lawn areas. Pony Rides are prohibited. Amusements devices (i.e., Moon Bounce/Walk,, Dunking Booth, Mechanical Rides, etc.) are not permitted. The Organization(s) and/or Event Coordinator(s) will be held responsible for damages to City Property/Equipment, and/or restoration of turf/grass/planted