

# Intellectual Property Rights (IPR) Form
To be submitted with every order.

*Exhibit I*

- Letters of Indemnity are **not** adequate.
- **LICENSED** content requires proof of licensing for replication.
- **OWNED** content indicates the individual/organization completing this form is the IPR owner.
- Must be completed by the organization soliciting replication and not a broker or intermediary.

Album/Project Title __Rowdy Boyz "Armageddon"__

Distribution   Within an organization ___   Retail __X__   Free to public ___   Other _____

Countries Where Distributed __U.S.A.__

Are you the IPR owner for the entire disc contents?  __✓__ YES   ___ NO*

Complete the section(s) below describing the content that is applicable to the media you have ordered. MP3 or Enhanced Disc content requires completion of both ROM and Audio sections.

## 1. CD-ROM / DVD-ROM Content

*If Not IPR owner, list all included non-owned software, freeware, and shareware products. **Attach necessary distribution licensing documentation from the IPR owner.** Some shareware and freeware products require distribution licensing. Consult the software vendor for what is necessary.

## 2. CD / DVD Audio Content     Check Here if COMPILATION ____

Artist(s) __Rowdy Boyz__     Content/Music Type __R&B/Hip Hop__

An attached list of track title, artist, and IPR owner is REQUIRED. Sampling/mixing of additional recordings not owned (regardless of type, quantity, and length) requires licensing of those original recordings.

*If Not IPR owner, proof of replication licensing from IPR owner for licensed tracks is REQUIRED.

## 3. CD / DVD Video Content   (if Audio is separately licensed, complete Audio section and provide necessary Audio/Video Synchronization licensing)

*If Not IPR owner, proof of replication licensing from IPR owner is REQUIRED.

I affirm that all information provided herein is true and that all disc contents indicated as being "licensed" are properly licensed for replication under the terms of the original rights holder(s) with proof of such licensing and/or trademark authorization attached. I affirm that I am the intellectual property rights owner for all contents indicated as being "owned" and approve of replication. I agree to abide by the current version of the Anti-Piracy Compliance Program procedures and standards of the International Recording Media Association (available at www.recordingmedia.org). The replicator reserves the right to refuse the processing of any order not complying with the Anti-Piracy Compliance Program guidelines.

Print Organization Name & Telephone # of Party Soliciting Order _____

Signature of Representative from Party Soliciting Order _____

Print Name, Title, & Date __Robert R. Hunte Jr. Pres.   2/21/03__

Rev. 3-14-01
International Recording Media Association
www.recordingmedia.org
APCP-12