# YoWorld Music Company

211 EAST LOMBARD STREET, PMB #228
BALTIMORE, MARYLAND 21202-6102
(410) 662-5727 (410) 889-2366
E-MAIL: yoworld1@aol.com

Exhibit K

October 3, 2000

Mr. Rich Christina
Senior Director A & R
Atlantic Records
120 Avenue of the Americas
New York, NY 10104

Dear Mr. Christina:

Per our recent phone conversation, I am forwarding to your attention the enclosed Demo CD's containing **Four Acts** for your review.

The following are the names of the Acts:

1. The Delegation
2. Latrice
3. Illa-Noise
4. JC The Great

I can be reached at (410) 889-2366 or (410) 662-5727 to answer any questions you may have. I look forward to hearing from you soon.

Sincerely,


Mr. Robert R. Prunté
Executive Producer
YoWorld Music