ATLANTIC
RECORDING
CORPORATION



1290
AVENUE
OF THE
AMERICAS
NEW YORK,
NY 10104
TELEPHONE:
(212) 707-2000

July 10, 2000

Yo World Music Co.
211 East Lombard Street, PMB #228
Baltimore                    MD 21202-6102

Exhibit L

To:   Robert R. Prunte

Re:   **Da Foundation**

      **Playin Fa Keeps 2000**

Thank you for submitting the above referenced material. After careful review, I have chosen to pass on the project at this time. I highly encourage you to send current and future projects for consideration.

Kind regards,

Rich Christina
Senior Director A&R
(212) 707-2405
(212) 405-5645 FAX
rich.christina@atlantic-recording.com