Date: January 25, 2001

Exhibit M



R&: Conversation with Michelle Lee

Attn: Mr. Dino Delvaille/Dir. A&R Urban Music
Universal Records
1755 Broadway, 7th Floor
New York, New York 10019

**YOWORLD MUSIC CO.**

211 EAST LOMBARD STREET
PMB #228
BALTIMORE, MARYLAND 21202-6102
(410) 662-5727
E-MAIL: yoworld1@aol.com

Dear Mr. Delvaille;

As per my recent conversation with your assistant, Ms. Michelle Lee, please find some YoWorld artists and original songs for your consideration. This effort of ours is an adjunct to several previous efforts to get your company to seriously consider YoWorld and it's artists.

Those earlier efforts resulted in no response from your company, after you instructed us to send materials, and now there are implications that some of the songs we did send you on those occasions (and others), turned up on some of your artists recently released albums.

However, in light of all these telling and compelling circumstances, we are not willing to "rush to judgment" concerning matters as serious as "Intententional and Criminal Copyright Infringement", "Civil Rico Enterprises", "Unfair Competition", "Triplicate Damages", "Permanent Injunctions" e.t.c, not to mention the adverse consequences to the careers of all involved.

Therefore, in due consideration of the above factors, and in the same spirit of civility as that promulgated by the *Federal Rules of Civil Procedure*, YoWorld has decided to resend you better, newer material, and assume for a moment that a company your reputation and size would never knowingly be involved in the above activities, attributing it instead to an inter-departmental problem, or even more remotely, the sinister efforts of a few unscrupulous individuals.

With this attitude, YoWorld sends more hot material, in the hopes that Mr. Delvaille will actually get to review the material this time. Many thanks to Ms. Lee for informing me of the proper method to get materials to Mr.

Delvaille's office; I have employed it on the front of the envelope, as instructed. The songs and artists enclosed are:

1.) RAW DAWGS: "Droppin Bombs", "Thug Tonite" & "Raw Dawgs"
2.) MORTAL CONFLICT: "Get Cha Life On", "I Wonder" & "Muffin"
3.) DEAD LEGENDS: "Make Mama Proud", "Stressful Bars" & "Once Our Guns Bust"
4.) X-CONVICTS: "X-Convicts", "Da Block" & "Wrong Ni**as"
5.) BLACK TEARS: "Somebody Somewhere", "Aint It Funny" & "Sleepin Alone"
6.) GHETTO G's: "Hard Times", "Skills" & "No Betta Den Dis"

Our objectives at YoWorld do not include a costly and lengthy litigation in Federal Court, but long and profitable relationships with reputable companies with vision to see where YoWorld and its artists will one day be. Thus, aside from the above-described implications, YoWorld must still achieve its objectives of breaking new acts and songs, and not to create invective or animosity. Hopefully, this entire matter can be classified as a huge misunderstanding and converted into a win/win situation.

At YoWorld Music Company, we manage a quite expansive song catalog and have great writing and playing talent on staff as well, therefore, we of course advocate and promote all forms of team participation. However, such song resources also compels us to utilize every effort to compensate every song created here, (or elsewhere), and will employ every effort to recapture any materials deem wrongfully appropriated.

Yours truly,

Robert R. Prunte'
President, YoWorld Music Co.