Exhibit O

Subj: **FW: Your Demo**
Date: 12/5/2005 3:49:15 PM Eastern Standard Time
From: Karen.Pate@UWCM.ORG
To: modadyo@aol.com

This electronic message transmission contains information from United Way of Central Maryland that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (410-547-8000) or by electronic mail at info@uwcm.org.

Although this e-mail (including attachments) is believed to be free of any virus or other defect that might negatively affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way in the event that such a virus or defect exists. Thank you.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Wednesday, September 10, 2003 2:01 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Thank you for contacting us.

InsideSessions Customer Support

"Experience is the Best Teacher"

> -----Original Message-----
> **From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
> **Sent:** Wednesday, September 10, 2003 10:24 AM
> **To:** 'InsideSessions Customer Support'
> **Subject:** RE: Your Demo
>
> thanks
>
> > -----Original Message-----
> > **From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
> > **Sent:** Wednesday, September 10, 2003 1:23 PM
> > **To:** 'Pate, Karen'
> > **Subject:** RE: Your Demo
> >
> > Dear Karen,
> >
> > We no longer have any A&R people at InsideSessions.
> >
> > Please include the original message in all replies.
> >
> > Thank you for contacting us.

Monday, December 05, 2005 America Online: MODADYO

InsideSessions Customer Support
help@insidesessions.com
"Experience is the Best Teacher"

>   -----Original Message-----
>   **From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
>   **Sent:** Wednesday, September 10, 2003 10:12 AM
>   **To:** 'InsideSessions Customer Support'
>   **Subject:** RE: Your Demo
>
>   What about Brian Wittmer? Is he still there?
>
>   >   -----Original Message-----
>   >   **From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
>   >   **Sent:** Wednesday, September 10, 2003 12:57 PM
>   >   **To:** 'Pate, Karen'
>   >   **Subject:** RE: Your Demo
>   >
>   >   Dear Karen,
>   >
>   >   Geoff no longer works for InsideSessions.
>   >
>   >   Please include the original message in all replies.
>   >
>   >   Thank you for contacting us.
>   >
>   >   InsideSessions Customer Support
>   >   help@insidesessions.com
>   >   "Experience is the Best Teacher"
>   >
>   >   >   -----Original Message-----
>   >   >   **From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
>   >   >   **Sent:** Wednesday, September 10, 2003 6:29 AM
>   >   >   **To:** 'InsideSessions Customer Support'
>   >   >   **Subject:** RE: Your Demo
>   >   >
>   >   >   Hello, does Geoff Siegel still work with InsideSessions and if so, how can I contact him directly? Thanks
>   >   >
>   >   >   Karen Pate
>   >   >
>   >   >   >   -----Original Message-----
>   >   >   >   **From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
>   >   >   >   **Sent:** Wednesday, December 04, 2002 12:41 PM
>   >   >   >   **To:** 'Pate, Karen'
>   >   >   >   **Subject:** RE: Your Demo
>   >   >   >
>   >   >   >   Dear Karen,
>   >   >   >
>   >   >   >   Attached is your critique.
>   >   >   >
>   >   >   >   Thank you for contacting us and for your patience.

Did you receive this last week? (Attached is your critique). Please let me know that you have it.

Thank you for contacting us,

InsideSessions Customer Support.

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
**Sent:** Sunday, December 08, 2002 6:01 AM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

Thank you. I look forward to the report.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Monday, December 02, 2002 1:47 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

Your critque should be done by the end of the day. As soon as I receive it I will forward it to you.

Thank you for contacting us,

InsideSessions Customer Support.

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
**Sent:** Monday, December 02, 2002 7:30 AM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

I never received the critique.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Sunday, December 01, 2002 6:14 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

We hope that find the critique helpful and that you found the program insightful. If you would like to have another submission critiqued, you can order a Stand-Alone critique. With this option, we will review 3 of your songs at once! Please use this link:

https://www.insidesessions.com/checkout.asp?pid=35

Best of Luck!

Please include the original message in all replies.

Monday, December 05, 2005 America Online: MODADYO



Thank you for contacting us.

InsideSessions Customer Support
help@insidesessions.com
"Experience is the Best Teacher"

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
**Sent:** Thursday, November 28, 2002 10:07 AM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

Thanks for your response. In the event he has any interest in what we submitted, just let him know that we have remixed those submissions, gone back into production and now have a 2 CD, 38 song album that we plan to sell in Atlanta via a street team sometime after the first of February. Our latest tracks are hotter and we have received good reviews from the locals.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Wednesday, November 27, 2002 4:39 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

Our records show that the A&R executive chosen to review your demo still has it. We will contact him and find out why you have not received your critique.

Thank you for contacting us and Happy Thanksgiving!

InsideSessions Customer Support.

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
**Sent:** Wednesday, November 27, 2002 1:07 PM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

This is a follow up reply. It has been several months and my group is anxious to hear from you about our demo. Can you check on the status and let me know something. Thanks.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Thursday, September 12, 2002 8:13 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

InsideSessions is pleased to announce that we have received an astounding number of submissions. In an effort to provide you with the detailed critiques you deserve, our editors have requested that you allow at least 12-15 weeks for the review and critique process.

Thank you for contacting us,

Please include the original message in all replies.

Thank you for contacting us.

InsideSessions Customer Support

help@insidesessions.com

"Experience is the Best Teacher"

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
**Sent:** Thursday, September 12, 2002 12:33 PM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

This is a follow-up. It has been 12 weeks and I am checking to see if your A&R folks had an opportunity to critique the demo I submitted. Thanks.



-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Wednesday, June 19, 2002 6:35 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

Thank you for registering with InsideSessions. We have received your demo submission and look forward to reviewing it. We hope that you found the program helpful and insightful. After listening to your demo we will be sending you a critique within 8-10 weeks.

Good luck!

Sincerely,

InsideSessions Customer Support

help@insidesessions.com

"Experience is the Best Teacher"

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCI
**Sent:** Wednesday, June 19, 2002 12:25 PM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

OK Here is the first e-mail I received from your company.

Dear KAREN:

Your order # 30501 on 11/28/2001 has been shipped and can

be reviewed at the following address (you may have to copy and

paste into your browser

https://www.pds.com/cgi-bin/order.cgi?order_number=2375-30501&szip=21218+++++

******************************

If you have order status questions you may track your order below:

FedEx

Package Tracking:
http://www.fedex.com/us

Phone: 1-800-463-3339

******************************

To find out more about InsideSessions, go to

http://www.insidesessions and click About Us. For questions or

problems, click Help.

You may also contact InsideSessions Customer Service for

assistance:

By Email: help@insidesessions.com 24 hours a day

By Phone: (888) 901-9090 M-F 5 AM - 5 PM (PT)

SAT 6 AM - 12 PM (PT)

Thank you for purchasing from InsideSessions.

Sincerely,

InsideSessions Customer Service


InsideSessions

Experience is the best teacher.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@inside
**Sent:** Wednesday, June 19, 2002 1:46 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

How did you purchase the course, with credit card, check? Sorry for the hassle, but I can not seem to locate your purchase with your name or email addresses.

Thank you for contacting us,

InsideSessions Customer Support.

-----Original Message-----

**From:** Pate, Karen [mailto:Kare
**Sent:** Wednesday, June 19, 2002 3:57 AM
**To:** 'InsideSessic Customer Support'
**Subject:** RE: Your Demo

When I signed up I used Karen Pate and at the time my e-mail address was yoworld10@ That e-mail account is closed and I changed the information on InsideSessic to karen.pate@

-----Original Message-----
From: InsideSessic Customer Support [mailto:help(

Sent: Tuesday, June 18, 2002 7:59 PM
To: 'karen.pate(
Subject: Your Demo

Dear Karen,

We are trying to process your demo, but can not access your account without the name/email address used to purchase the sessions.

Thank you for contacting us,

InsideSessic Customer Support.

Exhibit O

| | |
|---|---|
| Subj: | **FW: Your Demo** |
| Date: | 12/5/2005 3:49:15 PM Eastern Standard Time |
| From: | Karen.Pate@UWCM.ORG |
| To: | modadyo@aol.com |

This electronic message transmission contains information from United Way of Central Maryland that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (410-547-8000) or by electronic mail at info@uwcm.org.

Although this e-mail (including attachments) is believed to be free of any virus or other defect that might negatively affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way in the event that such a virus or defect exists. Thank you.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Wednesday, September 10, 2003 2:01 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Thank you for contacting us.

InsideSessions Customer Support

"Experience is the Best Teacher"

> -----Original Message-----
> **From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
> **Sent:** Wednesday, September 10, 2003 10:24 AM
> **To:** 'InsideSessions Customer Support'
> **Subject:** RE: Your Demo
>
> thanks
>
> > -----Original Message-----
> > **From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
> > **Sent:** Wednesday, September 10, 2003 1:23 PM
> > **To:** 'Pate, Karen'
> > **Subject:** RE: Your Demo
> >
> > Dear Karen,
> >
> > We no longer have any A&R people at InsideSessions.
> >
> > Please include the original message in all replies.
> >
> > Thank you for contacting us.

Monday, December 05, 2005 America Online: MODADYO



InsideSessions Customer Support
help@insidesessions.com
"Experience is the Best Teacher"

> -----Original Message-----
> **From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
> **Sent:** Wednesday, September 10, 2003 10:12 AM
> **To:** 'InsideSessions Customer Support'
> **Subject:** RE: Your Demo
>
> What about Brian Wittmer? Is he still there?
>
>> -----Original Message-----
>> **From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
>> **Sent:** Wednesday, September 10, 2003 12:57 PM
>> **To:** 'Pate, Karen'
>> **Subject:** RE: Your Demo
>>
>> Dear Karen,
>>
>> Geoff no longer works for InsideSessions.
>>
>> Please include the original message in all replies.
>>
>> Thank you for contacting us.
>>
>> InsideSessions Customer Support
>> help@insidesessions.com
>> "Experience is the Best Teacher"
>>
>>> -----Original Message-----
>>> **From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
>>> **Sent:** Wednesday, September 10, 2003 6:29 AM
>>> **To:** 'InsideSessions Customer Support'
>>> **Subject:** RE: Your Demo
>>>
>>> Hello, does Geoff Siegel still work with InsideSessions and if so, how can I contact him directly? Thanks
>>>
>>> Karen Pate
>>>
>>>> -----Original Message-----
>>>> **From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
>>>> **Sent:** Wednesday, December 04, 2002 12:41 PM
>>>> **To:** 'Pate, Karen'
>>>> **Subject:** RE: Your Demo
>>>>
>>>> Dear Karen,
>>>>
>>>> Attached is your critique.
>>>>
>>>> Thank you for contacting us and for your patience.

Monday, December 05, 2005 America Online: MODADYO

*1*

| | |
|---|---|
| Subj: | **FW: Your Demo** |
| Date: | 12/5/2005 3:50:08 PM Eastern Standard Time |
| From: | Karen.Pate@UWCM.ORG |
| To: | modadyo@aol.com |

This electronic message transmission contains information from United Way of Central Maryland that may be confidential or privileged. The information is intended solely for the recipient and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us immediately by telephone (410-547-8000) or by electronic mail at info@uwcm.org.

Although this e-mail (including attachments) is believed to be free of any virus or other defect that might negatively affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way in the event that such a virus or defect exists. Thank you.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Monday, December 09, 2002 5:08 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Karen,

You are welcome. The thanks will be forwarded.

Good luck with your music career.

InsideSessions Customer Support.

> -----Original Message-----
> **From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
> **Sent:** Monday, December 09, 2002 1:47 PM
> **To:** 'InsideSessions Customer Support'
> **Subject:** RE: Your Demo
>
> Yes I did. Thank you very much. I was out of town for 5 days and when I returned I had over 150 e-mails so I started at the top. I received your message on Thursday saying that it would be sent later that day but there was nothing.
>
> When I went farther down on the list, I found the e-mail with the attachment that was sent on Wed.
>
> I shared the comments with the group and they are really pumped up. They are working hard on remixing their songs and asked that a thank you be forwarded to Mr. Siegel for his review.
>
> > -----Original Message-----
> > **From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
> > **Sent:** Monday, December 09, 2002 4:40 PM
> > **To:** 'Pate, Karen'
> > **Subject:** RE: Your Demo
> >
> > Dear Karen,

Did you receive this last week? (Attached is your critique). Please let me know that you have it.

Thank you for contacting us,

InsideSessions Customer Support.

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
**Sent:** Sunday, December 08, 2002 6:01 AM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

Thank you. I look forward to the report.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Monday, December 02, 2002 1:47 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

Your critque should be done by the end of the day. As soon as I receive it I will forward it to you.

Thank you for contacting us,

InsideSessions Customer Support.

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
**Sent:** Monday, December 02, 2002 7:30 AM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

I never received the critique.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Sunday, December 01, 2002 6:14 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

We hope that find the critique helpful and that you found the program insightful. If you would like to have another submission critiqued, you can order a Stand-Alone critique. With this option, we will review 3 of your songs at once! Please use this link:

https://www.insidesessions.com/checkout.asp?pid=35

Best of Luck!

Please include the original message in all replies.

Thank you for contacting us.

InsideSessions Customer Support
help@insidesessions.com
"Experience is the Best Teacher"

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
**Sent:** Thursday, November 28, 2002 10:07 AM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

Thanks for your response. In the event he has any interest in what we submitted, just let him know that we have remixed those submissions, gone back into production and now have a 2 CD, 38 song album that we plan to sell in Atlanta via a street team sometime after the first of February. Our latest tracks are hotter and we have received good reviews from the locals.

-----Original Message-----
**From:** InsideSessions Customer Support
[mailto:help@insidesessions.com]
**Sent:** Wednesday, November 27, 2002 4:39 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

Our records show that the A&R executive chosen to review your demo still has it. We will contact him and find out why you have not received your critique.

Thank you for contacting us and Happy Thanksgiving!

InsideSessions Customer Support.

-----Original Message-----
**From:** Pate, Karen
[mailto:Karen.Pate@UWCM.ORG]
**Sent:** Wednesday, November 27, 2002 1:07 PM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

This is a follow up reply. It has been several months and my group is anxious to hear from you about our demo. Can you check on the status and let me know something. Thanks.

-----Original Message-----
**From:** InsideSessions Customer Support
[mailto:help@insidesessions.com]
**Sent:** Thursday, September 12, 2002 8:13 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,



InsideSessions is pleased to announce that we have received an astounding number of submissions. In an effort to provide you with the detailed critiques you deserve, our editors have requested that you allow at least 12-15 weeks for the review and critique process.

Thank you for contacting us.

Please include the original message in all replies.

Thank you for contacting us.

InsideSessions Customer Support

help@insidesessions.com

"Experience is the Best Teacher"

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWCM.ORG]
**Sent:** Thursday, September 12, 2002 12:33 PM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

This is a follow-up. It has been 12 weeks and I am checking to see if your A&R folks had an opportunity to critique the demo I submitted. Thanks.



-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@insidesessions.com]
**Sent:** Wednesday, June 19, 2002 6:35 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

Thank you for registering with InsideSessions. We have received your demo submission and look forward to reviewing it. We hope that you found the program helpful and insightful. After listening to your demo we will be sending you a critique within 8-10 weeks.

Good luck!

Monday, December 05, 2005 America Online: MODADYO

Sincerely,

InsideSessions Customer Support

help@insidesessions.com

"Experience is the Best Teacher"

-----Original Message-----
**From:** Pate, Karen [mailto:Karen.Pate@UWC]
**Sent:** Wednesday, June 19, 2002 12:25 PM
**To:** 'InsideSessions Customer Support'
**Subject:** RE: Your Demo

OK Here is the first e-mail I received from your company.

Dear KAREN:

Your order # 30501 on 11/28/2001 has been shipped and can

be reviewed at the following address (you may have to copy and

paste into your browser

https://www.pds.com/cgi-bin/order.cgi?order_number=2375-30501&szip=21218+++++

*****************************

If you have order status questions you may track your order below:

FedEx

Package Tracking:
http://www.fedex.com/us

Phone: 1-800-463-3339

*****************************

To find out more about InsideSessions, go to

http://www.insidesessions and click About Us. For questions or

problems, click Help.

You may also contact InsideSessions Customer Service for

assistance:

By Email: help@insidesessions.com 24 hours a day

By Phone: (888) 901-9090 M-F 5 AM - 5 PM (PT)

SAT 6 AM - 12 PM (PT)

Thank you for purchasing from InsideSessions.

Sincerely,

InsideSessions Customer Service

InsideSessions

Experience is the best teacher.

-----Original Message-----
**From:** InsideSessions Customer Support [mailto:help@inside
**Sent:** Wednesday, June 19, 2002 1:46 PM
**To:** 'Pate, Karen'
**Subject:** RE: Your Demo

Dear Karen,

How did you purchase the course, with credit card, check? Sorry for the hassle, but I can not seem to locate your purchase with your name or email addresses.

Thank you for contacting us,

InsideSessions Customer Support.

-----Original Message-----

**From:** Pate, Karen [mailto:Kare
**Sent:** Wednesday, June 19, 2002 3:57 AM
**To:** 'InsideSessic Customer Support'
**Subject:** RE: Your Demo

When I signed up i used Karen Pate and at the time my e-mail address was yoworld10@ That e-mail account is closed and I changed the information on InsideSessic to karen.pate@

-----Original Message-----

From: InsideSessic Customer Support [mailto:help@

Sent: Tuesday, June 18, 2002 7:59 PM
To: 'karen.pate@

Subject: Your Demo

Dear Karen,

We are trying to process your demo, but can not access your account without the name/email address used to purchase the sessions.

Thank you for contacting us,

InsideSessic Customer Support.