

"Exhibit P"

you
hp
Printable Tattoos for your
Apple iPod from HP.
» buy now

← Brandy (Atlantic)

Thu. April 29.2

## Brandy Gets Love From Kanye, Tin On New Album

*Afrodisiac,* due June 29, is all about affairs of the heart.

by Shaheem Reid

From her new boyfriend — Quentin Richardson of the Los Angeles Clippers — to producers and Timbaland, to a certain critically acclaimed group from Great Britain, Brandy's new albun inspired by the men floating in her circle.

"It's called *Afrodisiac,*" the singer said last week as she soaked up the sun in beautiful Montego Bay, Jamaica. "It's about love, it's about passion. It's romantic, and that's where I am in my life right now. I really feel love and passion right now."

Props to the Q-Dog.

Brandy sings literally about love on her first single, "Talk About Our Love," which was produced by Kanye West ("Whom I love, whom I think is a genius," she says). The love Brandy sings about is so strong that it can't be swayed by busybodies poking into her business. "I swear they got some nerve, spreading what they heard," she laments on the cut. "I can't give them no burn/ I can't be concerned with all that talk/ ... That's my word."

"We collaborated and we just came up with a great melody," Brandy said of working with West, who also raps

you
hp
▸ Buy on iPod
▸ REPLAY WITH MUSIC

Sign up to receive FREE UPDATES for Ka

TUNE IN
CHECK OUT WHAT WAS
BIG IN 2004

*Brandy incriminating quote?*

- **Dirty Vegas**
  Listen to *One*.
- **The Exies**
  Listen to *Head For The Door*.
- **Wynton Marsalis**
  Listen to *Unforgivable Blackness: The Rise and Fall of Jack Johnson*.
- **Dashboard Confessional**
  Watch them Live @ VH1.com!
- **Hoobastank**
  Watch "Disappear."

**BROWSE ARTISTS**

A B C D E F G
H I J K L M N
O P Q R S T U
V W X Y Z #

**BUY COOL STUFF**

on the single. "It's about two people in a relationship where everybody is in and out of their business, which is something that everybody in a relationship goes through."

Brandy and Kanye play love interests in the song's video. "Kanye is a great person and he's passionate about his music," she said. "He really believed in this song. He told me this was o best songs he's done all year and he really sold it to me: 'Look, you got to do this song.' With passion and confidence, I had to do it."

The other beatmaker in Brandy's life is Timbaland, who replaced Rodney Jerkins as her mair the new album. "I needed to change my sound, I wanted to explore my versatility and my cre my art," she said about parting ways with Jerkins, who helmed most of her last two LPs. "I wa my own thing, and I've always wanted to work with Timbaland."

Timbo provided the singer with a plethora of tracks, one of which she holds especially dear.

"When we hooked up, it was like magic," she gushed. "He let me be me, and I let him be him favorite songs is called 'Coldplay.' It's definitely inspired by the band Coldplay, whom I love. 1 just raw. It puts me into a position where I am very open and you can hear the struggle and t voice. It's autobiographical."

Brandy implied that lyrically, she dove into plenty of firsthand experiences for *Afrodisiac*'s ma "Everything I do has something to do with what I've gone through in my life," she said. "I defi to incorporate that in my art. It makes it more real when you add what's been going on in you music. I've grown and I've gone through some things in my life, and I celebrate that, I honor t

*Afrodisiac* is due June 29.

This report is from MTV News.

→ E-Mail this story to a friend

**RELATED ARTISTS**

- Brandy
- Kanye West
- Timbaland

**RELATED NEWS**

- Kanye, Fabolous, Twista Make 'Coach Carter' Soundtrack A Slam Dunk
- Usher, Kanye, Andre, Maroon 5 Make *People's* 'Sexiest Men Alive' List
- Kanye West And John Mayer Collaborate But Won't Elaborate
- With Help From Kanye, R. Kelly, Snoop, Mariah Readies New LP

**STAY CONNECTED**

- Receive Free Music News Daily Via Email
- Receive Free Artist Updates Via Email for Kanye West
- All news for Kanye West
- Breaking Music News

 

home . news . artists a-z . music . on vh1 . interact . shop . help/faq
Media Kit . Jobs . Advertising Info . Terms of Use and PRIVACY POLICY
E-commerce on this website is brought to you by MTVN Direct Inc.

© 2004 MTV Networks