*Exhibit Q*



**YOWORLD MUSIC CO.**

2508 MARYLAND AVENUE
BALTIMORE, MARYLAND 21218
Phone: (410) 889-2366
Voice Mail: (410) 662-5727
E-MAIL: karen.pate@uwcm.org
Yoworld10@msn.com

September 10, 2003

Dear Geoff Siegal & Brian Wittmer:

Greetings from the **ROWDY BOYZ**. This is a thank you letter directed at your **"INSIDE SESSIONS"** program that proved so very vital to the success and street momentum of the **ROWDY BOYZ**. The (2) two critiques, (see attached), given by your music executives in 2002 has truly created the monster known as the **"ROWDY BOYZ"**. The album **"SHOOT TA KILL"** is in high demand on the streets, and it follows the **ROWDY BOYZ** first album called **"ARMAGEDDON, THE REVELATION"**, which sold over 2000 units.

The latest release, **"SHOOT TA KILL"**, is approximately twice as hard as the first release. This group has a strong momentum going and has been exposed on Baltimore radio, and the streets of Baltimore, Washington D.C. as well as Atlanta, Georgia. Our street teams are strong as well, consisting of the original ROWDY BOYZ and between 6 and 8 beautiful females. These are posted up near large metro areas and record stores. The resulting effect is phenomenal. Look out world. ROWDY BOYZ are on the move and there's no stopping them!!!!

Thanks again for all your support in helping us see these great days of street selling.

Sincerely

Karen J. Pate
Chief Operating Officer