news features community search ringtones alerts



Exhibit 5

## Daily Hip-Hop News:
## Hip-Hop Super-producer Kanye West Talks Source Roc-A-Fella Support

Tuesday - September 16, 2003
by Carl Chery

[rate this article]  [print this article]  [send this article]

Sign up for Jay-Z Alerts!
[What is this?]   [e-mail address]  [Subscribe]

While **Kanye West**'s soul sample chopping has arguably made him the game's hot, new producer, his wit, clever wordplay and thought provoking introspection are sure to push him ahead of the lyrical pack. Unlike most, K has successfully eluded the requisite label plastered on every new emcee. Backpackers and jiggy thugs alike feel his music. Fresh off appearing on a Sprite Liquid Mix tour date with **Talib Kweli**, Kanye took time to speak on ghost production, shady journalists, his place in history and Roc-A-Fella support.



Kanye W(

"XXL said the had turned a c to 'Through th f#@$ the ind what about the

» related ring
Can't Stop Wo
list more ringt

It's no secret that **Kanye** previously produced for **Derrick "D.Dot" Angeletti**. Yet, speculation arose as to exactly how much ghost production he contributed to D.Dot, often suggesting that it was he, not D-Dot, that produced **Diddy**'s hit, "It's All About The Benjamins."

advertisement



Watch: Bring Em Out
   Windows Media Hi
   Windows Media Lo
   Real Media
Download:
Cop It: Urban Legend
   In Stores Now
Go To: Official Site

» related foru
Discuss This

» related artic
Roc-A-Fella 'K
for 10t...
Noreaga to Be
'Rich-A-Holi...
The Roc To M
Mucho Noise
Parade
Peedi Crakk:
the hoo...
Dame Dash
UK Festival
list more re
articles...

"I didn't do the 'Benjamins.' I wish I did." Kanye told SOHH.com. "I tried to copy it tough. That's why I think it was good for me to be under D.Dot. I was biting his style. It was only right for him to make money off me. Now people bite my style but I don't get no check from it."

Only moments later, Kanye takes a diversion to express his discontent with the press and in particular, *The Source Magazine*. According to Kanye, publications have made it a habit of editing his words in such a way that mostly negative comments are quoted while positive statements aren't.

"I don't f#@$ with them," Kanye said in regards to *The Source* and the Mic Check article in which he was recently featured. "Another thing they [the press] do is re-word what you say. It's like they're trying to get their point across. They'll make me say 'heads come to me.' I don't say 'heads.' I'm from Chicago. I say [Chicago] in every other song," Kanye explained. "How are they [the audience] supposed to get me if I'm from Chicago and they're making it sound like I'm from New York."

Thus far, the press has portrayed Kanye as cocky, but many would quickly validate his right to be arrogant. His track record speaks for itself. "We made Hip-Hop history, the realest Hip-Hop songs of the new millenium. You can match it. You can parallel it but you can't make a better song than 'Get By.' On some Hip-Hop sh!t, it's impossible to make a better song then "Get By," Kanye said in regards to his collaborations with **Talib Kweli**.

While K has been hitting the stage with Kweli, it appears his Roc-A-Fella family hasn't provided him with the same opportunity. "They ain't give me no shine," Kanye said in regards to the Roc The Mic tour. "They felt like I wasn't ready. It wasn't nothing for me to be mad about. I had to work on it."

Kanye's highly anticipated LP, *College Dropout*, has been pushed back but he's building anticipation steadily with bonus singles released to the streets. "Through the Wire," his buzzworthy single and video, has introduced K to the world and built on the buzz he already established. Many were puzzled upon learning that Kanye paid for "Through The Wire's" video.

"It was a good investment because by doing that I gained respect and now everybody is behind it," Kanye revealed. Still, when reports of K paying for his video first surfaced, some thought the Roc wasn't standing behind their man. "Everybody is talking about me paying for the video, but when I was in L.A, **Dame** paid for me to stay at the W hotel, a very expensive hotel when I was recovering for three months and he paid for the whole [production] equipment," Kanye revealed.

Kanye West's debut LP, College dropout is scheduled to hit the streets in February 2004.



« previous article                                             next article »

Copyright ©1996-2004 4CONTROL Media, Inc. All Rights Reserved.       Advertise | Privacy Polic