UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>      Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>      Defendants. | Civil Action No. 1:06-cv-00480-PLF |

**MOTION TO DISMISS FILED BY DEFENDANTS UMG RECORDINGS, INC. AND ATLANTIC RECORDING CORPORATION**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants UMG Recordings, Inc. and Atlantic Recording Corporation ("Defendants") hereby move to dismiss this action with prejudice because the complaint has failed to state a claim upon which relief can be granted.

Pursuant to Local Rule LCvR 7, attached to this Motion to Dismiss are (1) a Statement of Points and Authorities in Support of Motion to Dismiss Filed by Defendants UMG Recordings, Inc. and Atlantic Recording Corporation; and (2) a proposed order.

Dated: April 18, 2006                                  Respectfully submitted,

                                                       _____/s/_____
                                                       Steven B. Fabrizio (No. 436482)
                                                       Michael B. DeSanctis (Bar No. 460961)
                                                       Elizabeth G. Porter (Bar No. 484335)
                                                       JENNER & BLOCK LLP
                                                       601 Thirteenth Street, N.W
                                                       Suite 1200 South
                                                       Washington, D.C. 20005
                                                       Tel.: (202) 639-6000
                                                       Fax: (202) 639-6066

.