Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at ~~~~~~~~~ all (202) 707-3~~~~

120124852

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**SRu 452-280**

EFFECTIVE DATE OF REGISTRATION

Month 4  Day 30  Year 01

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1  TITLE OF THIS WORK ▼**
Collective Works of YoWorld Music Company

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**
Muffin • Block on Lockdown • Poppin

**2  NAME OF AUTHOR ▼**
a  Robert R. Prunte' (YoWorld Owner)

DATES OF BIRTH AND DEATH
Year Born ▼ 1958   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words, Music, Sound Recording, Arrangement & Production

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
b  Jamaine Clarke (Assignee)

DATES OF BIRTH AND DEATH
Year Born ▼ 1972   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words, Music, Sound Recording, Arrangement & Production

**NAME OF AUTHOR ▼**
c  Benjamin Lee (Assignee)

DATES OF BIRTH AND DEATH
Year Born ▼ 1978   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Words, Music, Sound Recording, Arrangement & Production

**3  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
a  2000   ◀ Year  This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
b  Complete this information ONLY if this work has been published.
Month ▶        Day ▶        Year ▶        ◀ Nation

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
a  YoWorld Music Company c/o Robert R. Prunte'
211 East Lombard St. PMB #228
Baltimore, Maryland 21212-6102

APPLICATION RECEIVED
APR 30 2001
ONE DEPOSIT RECEIVED
APR 30 2001
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
b  Assignment, by written Contract

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY NLG | | FORM SR |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE<br>☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This work was previously registered in unpublished form and now has been published for the first time.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

N/A

**5**

**DERIVATIVE WORK OR COMPILATION**
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
a

N/A

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
b  YoWorld Music Company PMB #228    Tel. (410) 889.2366
   211 East Lombard Street
   Baltimore, Maryland 21202-6102    (410) 662-5727

Area code and daytime telephone number ▶           Fax number ▶
Email ▶ YoWorld10@msn.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☑ owner of exclusive right(s)
☐ other copyright claimant
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Robert R. Prunte

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Robert R. Prunte                                       Date ▶ 4-26-2001

☞ Handwritten signature (x) ▼
X  Robert R. Prunte     pres. YoWorld Music C.

| Certificate will be mailed in window envelope to this address | Name ▼  YoWorld Music Co. c/o Robt. R. Prunte<br>Number/Street/Apt ▼  211 East Lombard Street PMB #228<br>City/State/ZIP ▼  Baltimore, Maryland 21212-6102 | **YOU MUST**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material<br>**MAIL TO**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | **9**<br>As of July 1, 1999, the filing fee for Form SR is $30. |

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—50,000                    ♲ PRINTED ON RECYCLED PAPER                    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48
WEB REV: June 1999