## CERTIFICATE OF SERVICE

I, Michael B. DeSanctis, hereby certify that on this day, April 18, 2006, I caused the foregoing Motion to Dismiss Of Defendants UMG Recordings, Inc. and Atlantic Recording Corporation, Statement of Points and Authorities in Support of Motion to Dismiss, Proposed Order, and the Certificate of Corporate Affiliations required by Local Rule 7.1, to be served by First Class United States mail, postage pre-paid on the following:

> Robert R. Prunte
> YoWorld Music Co.
> 1702 Linden Avenue
> Baltimore, MD 21217

Michael B. DeSanctis