UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>      Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06-cv-00480-PLF<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for defendant UMG Recordings, Inc. (misnamed in the complaint as "Universal Music Group" ) and defendant Atlantic Recording Corporation (misnamed in the complaint as "Warner Music Group") certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of UMG Recordings, Inc. and Atlantic Recording Corporation and which have any outstanding securities in the hands of the public:

    1.    UMG Recordings, Inc. is wholly owned by its ultimate parent, Vivendi Universal S.A., a publicly held French company.

    2.    Atlantic Recording Corporation is wholly owned by its ultimate parent, Warner Music Group Corp., which is a publicly traded company.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: April 18, 2006          Respectfully submitted,

                                                   /s/ _____
Steven B. Fabrizio (Bar No. 436482)
Michael B. DeSanctis (Bar No. 460961)
Elizabeth G. Porter (Bar No. 484335)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W
Suite 1200 South
Washington, D.C. 20005
Tel.: (202) 639-6000
Fax: (202) 639-6066