UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>      Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:06-cv-0048-PLF<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, I hereby grant the motion of defendants UMG Recordings, Inc. and Atlantic Recording Corporation to dismiss with prejudice the complaint in the above-captioned matter.

Dated:_____

_____

Hon. Paul L. Friedman