## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CLOUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE & YO WORLD MUSIC. DBA ROWDY CITY RETURNS<br><br>Plaintiff<br>v.<br>VIACOM INTERNATIONAL, ET AL<br><br>Defendant | Civil Action No.: 06CV00480<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on MARCH, 24, 2006 at 11:00 AM at P.A.P.C 45 JOHN ST SUITE 711 NEW YORK, NY 10038, deponent served the within SUMMONS AND COMPLAINT on VIACOM INTERNATIONAL, ET AL C/O SPIEGEL & UTERA therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to PEN DIMATTEO personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PROCESS SPECIALIST authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown    Glasses: Yes    Approx. Age: 30    Height: 5' 7    Weight: 150
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic. #1133309
INDIVIDUAL ROBERT PRUNTE
1702 Linden Avenue
Baltimore, MD 21217
(301) 514-4028

Executed on: 3/27/06

Subscribed and sworn to before me, a notary public, on this 27th day of March, 2006.

_____ My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

COPY

ID: 06-001759
Client Reference: Prunte v Viacom

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CLOUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE & YO WORLD MUSIC CO. DBA ROWDY CITY RECORDS <br><br> Plaintiff <br> v. <br> WARNER MUSIC GROUP, ET, AL. <br><br> Defendant | ) <br> ) Civil Action No.: 06 CV00480 <br> ) <br> ) <br> ) AFFIDAVIT OF SERVICE <br> ) <br> ) <br> ) <br> ) |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on MARCH, 29, 2006 at 4:28 PM at 111 EIGHTH AVE, 13TH FLOOR, NEW YORK, NY 10011, deponent served the within SUMMONS AND COMPLAINT on WARNER MUSIC GROUP, ET, AL. C/O CT CORPORATION therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to AIXA FLORES personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PROCESS CLERK authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Hispanic    Hair: Brown    Glasses: No    Approx. Age: 40    Height: 5' 4    Weight: 160
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic. #1133309           Executed on: 4/3/06
INDIVIDUAL ROBERT PRUNTE
1702 Linden Avenue
Baltimore, MD 21217
(301) 514-4028

Subscribed and sworn to before me, a notary public, on this 3rd day of April, 2006.

_____  My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

COPY

ID: 06-001761
Client Reference: Prunte v Warner Music Group

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CLOUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE & YO WORLD MUSIC CO. DBA ROWDY CITY RECORDS | ) ) Civil Action No.: 06 CV00480 ) ) |
| Plaintiff v. UNIVERSAL MUSIC GROUP, ET AL | ) ) AFFIDAVIT OF SERVICE ) ) ) ) ) |
| Defendant | ) |

STATE OF NEW YORK: COUNTY OF KINGS   ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on MARCH, 29, 2006 at 4:28 PM at 111 EIGHTH AVE, 13TH FLOOR, NEW YORK, NY 10011, deponent served the within SUMMONS AND COMPLAINT on UNIVERSAL MUSIC GROUP, ET AL C/O CT CORPORATION SYSYTEM therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to AIXA FLORES personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PROCESS CLERK authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female   Race/Skin: Hispanic   Hair: Brown   Glasses: No   Approx. Age: 40   Height: 5' 4   Weight: 160
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour / Lic. #1133309      Executed on: 4/3/06
INDIVIDUAL  ROBERT PRUNTE
1702 Linden Avenue
Baltimore, MD 21217
(301) 514-4028

Subscribed and sworn to before me, a notary public, on this 3rd day of April, 2006.

_____       My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

COPY