Robert R. Prunté, (pro sé)
1702 Linden Avenue
Baltimore, Maryland 21217
410.225.9940   301.514.4028

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| ROBERT R. PRUNTÉ & YOWORLD MUSIC, dba ROWDY CITY RECORDS<br><br>Plaintiff,<br><br>Vs.<br><br>UNIVERSAL MUSIC GROUP, et al; WARNER MUSIC GROUP, et al & VIACOM INTERNATIONAL et al<br><br>Defendant (s) | CASE NUMBER: 06CV00480<br><br>JUDGE: PAUL L. FRIEDMAN (PLF) |
|---|---|

## ORDER

IT IS HEREBY ORDERED THAT THE PARTIES ARE DIRECTED TO ATTEND AN INITIAL SCHEDULING CONFERENCE AND OR THE POSSIBILITIES OF A SETTLEMENT STATUS CONFERENCE AFTER REASONABLE TIME OF DEFERMENT WITH COUNSEL'S CLIENTS, AT THE F. BARRETT PRETTYMAN COURTHOUSE, ON OR ABOUT THE _____ OF APRIL 2006.

1

JUDGE PAUL L. FRIEDMAN

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS COMPLAINT ON OR ABOUT _MONDAY_ APRIL / 7 / 2006.

BY: Robert R. Prunté

**UNIVERSAL MUSIC GROUP**; C/O CT CORPORATION SYSTEM, 111 EIGHTH AVENUE, NEW YORK, N.Y. 10011; & **WARNER MUSIC GROUP**: C/O CT CORPORATION SYSTEM, 111 EIGHTH AVENUE, NEW YORK, N.Y. 10019 & **VIACOM INTERNATIONAL**, C/O SPIEGEL & UTRERA, P.A.P.C., 45 JOHNS STREET 711, NEW YORK, N.Y. 10038 & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY:
ROBERT R. PRUNTÉ
1702 LINDEN AVENUE
BALTIMORE, MARYLAND 21217
1.410.225.9940  / 1.301.514.4028