UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>      Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06-cv-00480-PLF<br>)<br>)<br>)<br>) |

**[PROPOSED]  ORDER**

This Court having carefully reviewed the written submissions of the parties pertaining to the "Plaintiffs['] Motion For Early Scheduling Conference And Order And Or Alternatively, An Order From The Court Directing The Parties To Attend A Settlement Status Conference Pursuant To Fed. R. Civ. P. 16," it is, this _____ day of May 2006, accordingly,

      **ORDERED** that Plaintiffs' motion hereby is denied; and it is further

      **ORDERED** that the parties shall not be required to confer pursuant to Local Rule 16.3 or Fed. R. Civ. P. 26(f), or to conduct any other pretrial activities until such time as they may be directed by this Court after ruling on the Defendants' motion to dismiss.

 

                                                                                        _____

                                                                               Hon. Paul L. Friedman, U.S.D.J.