1-2BUTE

# Payment successful.

(Please print copy for your records.)

## Customer Information



ROBERT PRUNTE

1702 LINDEN AVENUE

BALTIMORE, MD 21217

## Submissions

### Cases

1 - 1 of 1

| Case # | Title | Fee Due |
|---|---|---|
| 1-3912351 | COLLECTION (2) TWO OF YOWORLD MUSIC'S PURLOINED SONGS | 100.00 |

| Total Amount Due: | $100.00 |
|---|---|

## Payment Info

| Amount Paid: | $ 100.00 |
|---|---|
| Account: | 052001633 XX0502 |
| Paid By: | KAREN JANET PATE |
| Pay Date: | 4/20/2006 |
| Payment Type: | Direct Debit |
| Confirmation #: | 24TQTOJC |

Review Submission

[<< Back]                                                                                    [Add to Cart] [Save For]

Please review the entire submission on this screen. If you need to revise any information, return to the appropriate data entry screen to make the revision. When the entire submission is correct, click the "Add to Cart" button at the top of the screen.

## Case Summary

| | | |
|---|---|---|
| Case #: 1-3912351 | Type of Case: PRE | Service Fee: 100.00 |
| Contact Name: ROBERT PRUNTE | Opened: 4/20/2006 | |

## Type of Work

Musical Composition: ✓            Computer Program (may include a videogame):
Sound Recording: ✓                Motion Picture:
Literary Work in Book Form:       Advertising or Marketing Photograph:

## Title of Work

COLLECTION (2) TWO OF YOWORLD MUSIC'S PURLOINED SONGS

## Additional Title(s)

 1

Title

| Title |
|---|
| 18. RIDIN DIRTY |
| 17. MA STREETZ |
| 16. FIRE IN THE HOLE |
| 15. WHO DAT IS |
| 14. WHAT TIME IS IT |
| 13. STRIPPER GIRL |
| 12. BOODY ON YA BACK |
| 11. CALL ME |
| 10. WE GOT IT POPPIN |
| 9. WISH A MUTHA#%$$( WOULD |
| 8. SLOW NECK |
| 7. IM SO HIGH |
| 6. KINGS IN THE CITY |
| 5. TEAR DA ROOF OFF |
| 4. IMA MANIAC |
| 3. SHOOT TO KILL |

2. SMOKE DRINK CUSS FIGHT
1. EVERYBODYS TALKIN

## Authors

| Name | Organization Name |
|---|---|
| ROBERT RANDOLPH PRUNTE | |
| ROBERT RANDOLPH PRUNTE | |
| ROBERT RANDOLPH PRUNTE | |

## Claimants

| Name | Organization Name | Doing Business As |
|---|---|---|
| ROBERT RANDOLPH PRUNTE | | YOWORLD MUSIC COMPANY |

## Key Dates

| | | |
|---|---|---|
| Date on which creation of this work commenced: | 11/15/2002 | Approximate: ✓ |
| Date of anticipated completion of this work: | 07/10/2006 | Approximate: ✓ |
| Date of anticipated commercial distribution: | 08/10/2006 | Approximate: ✓ |

## Description

HIP HOP .MUSIC AND WORDS......ROBERT R. PRUNTE, CLIFFORD COX, J.C. CLARK, ANDRE COOPER, NIGEL VAUGHN & ERIC DORSEY. SUBJECT MATTER IS GANGSTER RAP RECORDED FOR YOWORLD MUSIC COMPANY

## Certifcation & Notification

Certified: ✓
Notification Email: MODADYO@AOL.COM
Party certifying this preregistration: ROBERT R. PRUNTE

# My Cart

[Help]    [Add More Services]  [Checkout]

## Your Contact Information

| | | | |
|---|---|---|---|
| **Name:** | ROBERT PRUNTE | **Address:** | 1702 LINDEN AVENUE |
| **Organization Name:** | | **City:** | BALTIMORE |
| **Email Address:** | modadyo@aol.com | **State:** | MD |
| **Phone #:** | (141) 022-5994 x0 | **Postal Code:** | 21217 |
| **Alternate Phone #:** | (130) 151-4402 x8 | **Country:** | |

### Cases in Cart

1 - 1 of

| Case # | Status | Opened | Title | Type of Case | Fee Due | Rem |
|---|---|---|---|---|---|---|
| 1-3912351 | In-Cart | 4/20/2006 | COLLECTION (2) TWO OF YOWORLD ... | PRE | 100.00 | |

**Total Due:** $100.00

### Working Cases

No Record

| Case # | Status | Opened | Title | Type of Case | Discard |
|---|---|---|---|---|---|

# My Cart

[Help]   ‖Change Order‖   ‖Pay - Deposit Acct‖   ‖Pay - Credit Card‖

## Your Contact Information

| | | | |
|---|---|---|---|
| **Name:** | ROBERT PRUNTE | **Address:** | 1702 LINDEN AVENUE |
| **Organization Name:** | | **City:** | BALTIMORE |
| **Email Address:** | modadyo@aol.com | **State:** | MD |
| **Phone #:** | (141) 022-5994 x0 | **Postal Code:** | 21217 |
| **Alternate Phone #:** | (130) 151-4402 x8 | **Country:** | |

### Cases in Cart

| Case # | Status | Opened | Title | Type of Case |
|---|---|---|---|---|
| 1-3912351 | In-Cart | 4/20/2006 | COLLECTION (2) TWO OF YOWORLD ... | PRE |

**Total Due:**

Subj:   **Acknowledgement of Receipt**
Date:   4/20/2006 4:14:32 P.M. Eastern Daylight Time
From:   cop-rc@loc.gov
To:     MODADYO@AOL.COM

Thank you for submitting your preregistration claim using the Electronic Copyright Office (ECO) System.

We received your application and fee for the work COLLECTION (2) TWO OF YOWORLD MUSIC'S PURLOINED SONGS on 04/21/2006. We are processing your preregistration claim and will notify you when the process is complete. You may check the status of this claim from your personal account home page using this number [1-3912351].

[THREAD ID: 1-2B9J9]

United States Copyright Office

Subj:     **Pay.Gov Payment Confirmation**
Date:     4/20/2006 4:14:26 P.M. Eastern Daylight Time
From:    paygovadmin@mail.doc.twai.gov
To:        MODADYO@AOL.COM

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: Copyright Fee Services
Pay.gov Tracking ID: 24TQTOJC
Payment Agency Tracking ID: 1-2BUTG

Name On Account: KAREN JANET PATE
Payment Amount: $100.00
Payment Date: Apr 21, 2006 4:13:52 PM
Account Type: Personal Checking
Routing Number: 052001633
Bank Account Number: XXXXXXXX0502
Check Number: 806
Current Date and Time: Apr 20, 2006 4:13:54 PM