UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>      Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:06-cv-00480-PLF<br>)<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS FILED BY DEFENDANTS UMG RECORDINGS, INC. AND ATLANTIC RECORDING CORPORATION**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants UMG Recordings, Inc. and Atlantic Recording Corporation ("Defendants") hereby move to dismiss this action with prejudice because the amended complaint fails to state a claim upon which relief can be granted.

Pursuant to Local Rule LCvR 7, attached to this Motion to Dismiss are (1) a Statement of Points and Authorities in Support of Motion Filed by Defendants UMG Recordings, Inc. and Atlantic Recording Corporation to Dismiss Amended Complaint; and (2) a Proposed Order.

Dated: May 19, 2006                                  Respectfully submitted,


                                                     _____/s/  Michael B. DeSanctis_____
                                                     Steven B. Fabrizio (Bar No. 436482)
                                                     Michael B. DeSanctis (Bar No. 460961)
                                                     Elizabeth G. Porter  (Bar No. 484335)
                                                     JENNER & BLOCK LLP
                                                     601 Thirteenth Street, N.W
                                                     Suite 1200 South
                                                     Washington, D.C. 20005
                                                     Tel.: (202) 639-6000
                                                     Fax: (202) 639-6066

.