UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>      Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:06-cv-00480-PLF |

**[PROPOSED]  ORDER**

This Court having carefully reviewed the written submissions of the parties pertaining to the Motion to Dismiss filed by Defendants UMG Recordings, Inc. and Atlantic Recording Corporation it is, this _____ day of _____ 2006, accordingly,

**ORDERED** that Defendants' Motion to Dismiss be and hereby is granted, and that Plaintiffs' Amended Complaint be and hereby is dismissed with prejudice.

                                                                                              _____

                                                                                     Hon. Paul L. Friedman, U.S.D.J.