## **CERTIFICATE OF SERVICE**

I, Michael B. DeSanctis, hereby certify that on this day, May 19, 2006, I caused the foregoing (1) Motion to Dismiss; (2) a Statement of Points and Authorities in Support of Motion Filed by Defendants UMG Recordings, Inc. and Atlantic Recording Corporation to Dismiss Amended Complaint; (3) Proposed Order; and (4) Rule 7.1 Statement, to be served by First Class United States mail, postage pre-paid on the following:

>Robert R. Prunte
>YoWorld Music Co.
>1702 Linden Avenue
>Baltimore, MD  21217

>__/s/ Michael B. DeSanctis_____
>Michael B. DeSanctis