**Robert R. Prunté, (pro sé)**
1702 Linden Avenue
Baltimore, Maryland 21217

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. PRUNTÉ** | **CASE NO: 06-CV-00480** |
| **Plaintiff,** | |
| **Vs.** | **JUDGE:  Paul L. Friedman** |
| **UNIVERSAL MUSIC GROUP, et al;** | |
| **Defendant (s)** | |

## ORDERED

It is hereby **ORDERED** that plaintiff's motion for Partial Summary Judgment is

hereby granted in its entirety, and the following issues are no deemed to be no

longer tenable or sufficient to present genuine issues for trial, as a matter of fact

and law:

1. Plaintiff, Robert R. Prunte' is the sole legal and beneficial owner of the works described in the United States Copyright Office Copyright Registration Certificate.

2. The (10) ten songs in issue belong completely to Mr. Robert R. Prunte' and no human can claim ownership except Mr. Prunte' of the "hip hop" expressions emanating from Mr. Prunte's company and imagination.

3. The songs at issue are directed towards a "specialized" hip-hop audience and defendants and plaintiffs expressions are designed to cater or appeal to this highly specialized audience.

4. Plaintiff possesses the statutorily required "Copyright Registration Certificate" required to maintain an action of this magnitude.

5. The United States Copyright Office has designated plaintiffs protected expressions as highly worthy of United States Constitutionally mandated copyright protection.

6. Plaintiff's coveted and Copy written expressions can be found within the confines of defendants bogus and derivative versions of plaintiffs unique "Hip Hop" song chorus lines, and probatively speaking, such evidence, alongside the overwhelming and conceded evidence of Direct Access", permit a "reasonable inference" that defendants copied from the coveted works of plaintiff.

7. Expert testimony is needed to identify the elements of plaintiffs work that represent protectible expression.

8. Plaintiff's coveted expressions are to be found within the confines of defendant's literal expressions.

9. Counts V thru XI are representative of causes of action that apply to 18 U.S.C. 1961 and where violations of 18 U.S.C. 1964(c) are alleged, the causes of action available in 18 U.S.C. 1961 become applicable.

10. Plaintiff is the author of the literal and complete expressions of the chorus lines found within the most important parts of the offending songs chorus lines.

Furthermore, it is also ordered that counsels argument relative to counts V thru XI be stricken out of hand due to the issues being immaterial and insufficient in this particular action.

Honorable Paul L. Friedman, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS COMPLAINT ON OR ABOUT *Tues.* MAY *30* 2006.

BY: Robert R. Prunté

1  UNIVERSAL MUSIC GROUP, c/o Jenner & Block & Mr. Michael DeSanctis, 601 Thirteenth Street N.W. Suite 1200 South,

   Washington, D.C. 20005; & THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT

2  PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

3

   BY: _Robert R. Prunté_

4  ROBERT R. PRUNTÉ

5  1702 LINDEN AVENUE

   BALTIMORE, MARYLAND 21217

6  1.410.225.9940  / 1.301.514.4028

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25