Robert R. Prunté, (pro sé)
1702 Linden Avenue
Baltimore, Maryland 21217

**RECEIVED**

MAY 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. PRUNTÉ**<br><br>Plaintiff,<br><br>Vs.<br><br>UNIVERSAL MUSIC GROUP, et al;<br><br>Defendant (s) | CASE NUMBER: 06CV00480<br><br>JUDGE: Paul L. Friedman |

**ORDERED**

It is hereby **ORDERED** that parties are obliged to **SHOW CAUSE** why expert testimony is or is not necessary in this Complex Copyright case, and prepare to locate individual experts, or if party's selections are unacceptable and no agreement can be reached on an expert, the Court will select such an Expert according to **Fed. R. Of Evid. 706**. Parties have until June 30, 2006 to submit selections to the Court and until July 15, 2006 to file motions containing each Experts opinion. Or, alternatively, and without consideration of the parties, the

Court will act unilaterally under its Inherent Powers to cause selection of a qualified Expert to handle the Complex Literary and Musical issues of importance in this case.

_____

Honorable Paul L. Friedman, U.S.D.J.

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS COMPLAINT ON OR ABOUT _Tues._ MAY _30th_ 2006.

_/s/ Robert R. Prunté_
BY: Robert R. Prunté

UNIVERSAL MUSIC GROUP, c/o Jenner & Block & Mr. Michael DeSanctis, 601 Thirteenth Street N.W. Suite 1200 South, Washington, D.C. 20005; & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY: _/s/ Robert R. Prunté_
ROBERT R. PRUNTÉ
1702 LINDEN AVENUE
BALTIMORE, MARYLAND 21217
1.410.225.9940 / 1.301.514.4028