Exhibit A1B

# BOODY ON YA BACK

2/2001

Sole Author / Maker
Robert R. Prunté

(Song History)

# Booty on Da Back

Keys

Meet me a freak
wit cheeks weighin
4 pounds a piece
Be a lady in da street
But a beast between da sheets
Ass rhythm syncopated
like a swiss clock
Built ta rock
sendin niggas into shock
She got bedroom eyes
Bedroom thighs
many tried ta keep
the bedroom alive
Count ta five
Dat booty got you feenin
feelin like Roto Rooter
bout ta do some deep cleanin
Get me meanin —
Doggy style is a plus
I'm comin over on da bus

Sunset Celebration Committee

Chamber of Commerce

Mallory Square

Key West
Community College
KWCC

Chamber of Commerce
1-305-294-2587

## Booty On Da Back

We only want dem gurls
wit dey booty on dey back
Booty on da back
wit a cat thats fat
We only want dem gurls
wit da booty on da back
Booty on da back —
Shake it like dat
only want dem gurls
wit da booty on da back
Booty on da back
An a cat thats phat
We only want dem gurls
wit dat booty on da back
Booty on da back
(2x) No cat like dat

{ chorus line }

I like a freak wit cheeks
wieghin 10 pounds a piece —
Lady in da streets
~~Beast~~ beast ~~between~~
~~between~~ tha sheets
but rollin like the ocean
when its in motion
So I keeps me some lotion
case I gotta rub some bootay
stroke da coochay

Where Dem Gurls Where Dem Gurls
Wit Dem big butts
Where Dem Boys Where Dem Boys
Wit Dem big trucks
Spendin Big Bucks —
Un Dem Big Butts
Where Dem Gurls Where Dem Gurls
Wit Dem Big Butts



**United Way** of Central Maryland

MO  Where Dem Gurls, Where Dem Gurls
wit Da Big Butts wanna freak or what
Where Dem Big Butts

NAM Where Dem Boys Where Dem Boys
wit Da Big trucks- spendin Big Bucks
Where Dem Big Trucks


Where Dem Gurls Where Dem Gurls
wit Dem Big Butts - Wanna Freak or what
~~scribbled out~~ Bring Da Big Butts

Where Dem Boys Where Dem Boys
wit Da Big Trucks - spendin Big Bucks
Big Pretty Trucks

**The United Way of Central Maryland**
100 South Charles Street, 5th Floor
Baltimore, Maryland 21201-2725

Put Dat Booty on Ya Back

Put cha booty on ya back
If you got it like dat
Put dat booty on ya back
Til it shake like baby phat
Put cha booty on ya back
Jump about like dat
Put cha booty on ya back
Rock it like a cadillac
Put cha booty on ya back
If you got da baby phat
Put cha booty on ya back
If its swole like dat
Put cha booty on ya back
Put dat booty on ya back
Put dat booty on ya back
Make it pop like dat    } chorus

ekmcina@hotmail.com

she put her two feet together
Booty gets light as a feather
wide like the ocean
holdin sunken treasure –
Take me to tha land of ten thousand pleasures –
Where boodys is wrapped in silk satin & leather
squeezed in lycra – or stuffed
in daisy dukes – flat shoes or thigh
high boots – Be ma wildest dream – I'll take
two sugars – cuz da butter come before
da cream – gorill – you bustin out at tha seams –
swing – get thang vertically and
da horizontal – baby you better open
dem apple pies at McDonalds – Betcha
mama don' kno you kin dance like that –
Betcha daddy didn't know – dat booty
goes on ya back – and dat chu still got
baby phat – ta go wit dem dimples – smooth
red-boneded-ness witout no pimples – gettin
at digits aint simple – like mission im-
but possible – I'm so responsible....

When she put her feet together
Shorty be light as a feather
lips & hips lookin
like suddenly found treasure
dimensions ~~[scratched out]~~ beyond measure
Take me to tha land of ten thousand plasures
Where boodys is bound
wit silk satin and leather
squeezed in lycras
or stuffed in daisy dukes
She can rock flat shoes
or thigh high boots
Shorty don neva need no loot
Close up she lookin
like ma wildest dream
makin moves that
turn butta into cream
Jeans busted at the seams
Swing that thang vertical
and den horizontal
Mami is hotter den dem
Apple pies at McDonalds
Betcha mama don know
you can dance like dat
Betcha daddy didn know
bout da boody on ya back
And dat chu still got baby phat
Ta go wit da dimples
Smoove ~~[scratched out]~~ curvosity
witout no pimples

hips change directions
hair weave is swingin
Diamonds and platinum ~~rocks~~
Bling Blingin
cuts like kers
started Blues singin
cuz its pain she be bringin
curves that'll leave ya body ringin
Be dat shot calla
Not a woud be balla
Don't pop ya colla
She be bout dat dolla
Makin thugs an bustas holla
hers is da booty dat hypnotizes
mesmerizes – the one dat tha
Chicken head despises
cuz she holdin
Ladies see her from a distance
and start foldin
Grabin fa dey man
but she keep a long range plan
step to her wit louie
and plastic in ya hands
you still just one of her many fans
When she walk down da street
it's like she on a grand stand
dem hips could make a ship sail
on dry land –
And ~~If~~ you still don't know
ima let shorty ~~•••~~ make you understand

Put Cha Boody On Ya Back
If you got it like dat
Put Cha Boody On Ya Back
If its swole like dat
Put Cha Boody On Ya Back
If it roll like dat
Put Cha Boody On Ya Back
Jump around like dat
Put Cha Boody On Ya Back
If its round like dat
Put Cha Boody On Ya Back
If you down like dat
Put Cha Boody On Ya Back
If ya holdin like dat
Put Cha Boody On Ya Back
If ya back is dat flat

Take it home an roll it ova
Foreplay in da maybe ova
I'm da Booty Casanova — sits
Partime thug part time lova
We some get crunk no matter what
Don't settle for less on da big butts
I on care if it on her back
I still make ma attack
I on care it she got a gut
long as she ~~got~~ A big Butt
         fuckin
I'n Da cut is where I'll Be

# "Big Butts"

I take booty
straight to da brain
its a drug ~~earnestness~~
Jus like cocaine
same thang as ecstacy
specially
when its over me
on da floor or tween da sheets
on dey back or tween da feet
boody's bounce da same ta me
Big boody's ain no thang ta me
dem kind dat go real good wit butter
dem kind dat 69 would smother
dem kind you can't take home to mother
dem kind dat got dem ~~scribbled~~ freaky numbas
36-24-36 - if you talkin bout model chick
36-24-46 - now thas ma kinda chick
~~scribbled out~~
~~scribbled~~ dat thickness
wit da quickness
~~scribbled out~~
warmin up dem southern biscuits
shine em up wit oil an kisses
moe daddy neva misses
~~scribbled~~ bof cheeks in ma hands
lift you up like superman
throw that booty cross ma shoulda

Big Boody — so ta me is like
more dope den weed an caine
same thing as ecstacy
especially — when its over me
on da floor or on da sheets
on dey back or on dey feet
Boodys bounce da same ta me
Big Boodys ain no thing ta me
~~[scribbled out]~~
When I get dem cheeks in ma hands
break you off like superman
Throw that boody cross ma shoulda
Take it home — roll it ova
Do foreplay in ma range rova
Big Boody Cassanova
Ima thug an gangsta lova
~~[scribbled out]~~
You might be ma futcha baby motha
I'm cookin for da kind dat
go wit butter —
dat kind dat 69 a smother

DAT KINO YO CAN'T TAKE
TO YO MOTHA —
DAT KINO DAS GOT
DEM FREAKY NUMBAS
~~~~ ROCKIN'IN JEANS
DEY HAD 2 SUMMERS
~~I GOT DIS FO KISSES~~
~~FA DEM SWOLE UP BAGS~~
~~TOTE WEA MISSES~~

<div style="border: 1px solid; display: inline-block; padding: 4px;">Patience<br>20 yr.</div>

1PM

ABCDEFGHIS
KLMNOP
QRSTUV
WXYZ

DA KIND DAT RIDE DA CUCUMBER
WET THIN BOODYS IN BY DA POND
I KNOW WHICH ONES I CAN PLAY AROUND
I KNOW WHICH ONES I CAN STAY AROUND
I KNOW WHICH ONES I CAN LAY AROUND —
I KNOW WHICH ONES IS GOIN DOWN —
DO DAT ~~~~ BOODY LIKE
MASHED POTATOES — BUST IT OUT
WAKE DA NEIGHBORS OPEN IT UP
LIKE A LIFE SAVER — ~~MAMA~~ GIMME
WHAT YO MAMA GAVE YA
IN MA HANDS — NONE CAN SAVE YA
SO YOU MIGHT AS WELL DO
YO SELF A FAVOR