# SHOOT TA KILL

## 7/2001

### Sole Author / Maker
### Robert R. Prunté

### (Song History)

7-2001
KP

cellular

I neva come home witsot ma ~~cellular~~
phone and two glocks - I put da big
one in da trunk - and strap the baby
to ma socks - Its da street pharmaceuticals
dat got dem boys shot - Im makin dem props
up on da spot - Dey tryin ta clock what
I got - Wanna be thugs in the shadows
Tryin ta be somethin dey not - This is
the valley of the shadow of depth - Dey
can get dey whole body no cleo -
Da Meat wagon is bringin stretchers - And the
shots brought da cops #was 3 people dropped
by dem ~~~~ hollow pointed slugs - livin
da life of a thug - leads ta murder an drugs
Dey got ma phone can bugged so I only trust
dead presidents - Im a man of few words -
makin money and payin his rent -

## If I Gotta Shoot

I walk lone home without my cell wit two glocks
kkepin da big one in a truck mc f-stops on stacks
to me street - Slippin n out _____ abbra cuticle
_____, somebody
bound to get shot - Im makin drops on da spot
dey tryin to peep what all I got - Thugs lurkin
in tha shadows tryin to be somethin that their not - This
is the valley of the shadow of death - _____ self

you can get your whole body rocked- Shots Clap out
two blocks - 3 feets justicby - _____ ____ _____
the streets 2 and tha _____ shots brought on cops
while chalk marks da spot - While the destruction
_____ - Symbolic memories of the newly reported.
And the
somebodys child just left dey mama broken hearted -

If you see me AHA DARK ma body is totally slumped -
tho ma finger stay twitchin - And tha safety stay off.
you bett not get da wrong idea to playin me like this off.
_____ dont put ma back against the wall cause im
goin straight off- gone do da somethnng to you
tha lone truth be truth -

# Shoot To Kill

2-2001
KP

Eurytime Im in da Street is like
The O.K. Corral - Im watchin da front
dey watchin da back - And hatas hatin
on ma Style - dey Crocadiles - breakin
wild - Tryin ta make deyself a name -
dey think it's al IN thee game - and try
ta get it like dey live it - Take mine
Take yours from the giants To the midgets
if you fraid for ya life you best ta
diat dem 3 digits - Take a low pro-
file - and slowly turn dese ghetto pages -
Teflon slugs send the body thru

changes ~~forgot~~ - Blood flesh and Bones
hot Steel rearranges - put cho Chest
where yo hands is - ~~only~~
Homey By ya in Doorya - Neva threaten A Stranqt
cuz it mite be Bad forya health - keep
Control A yself - And try ta earn ya own
~~wealth~~ - God Always bless the chilo thas got
his own - And when im outside ma home - ma
hand is closely on Chrome - Im often Seen
in Da zone - but Im neva (REALLY) Alone
ma Reputation go before me, cause ~~I~~
~~Streets~~ Im ~~~~ Alreday know -

Shoot Ta Kill (1ST)        2-2001
                           KP

I neva leave home witout the cellular phone
and two glocks - I keep da big one in the
trunk - and strapin da baby to my socks -
its dem street pharmaceuticals that get a man
shot - Im makin dem props epon the spot -
Dey tryin ta clock what I got - Wanna be
thugs is in the shadows - Tryin ta be somethin
dey not - This is the valley of the shadow
of death. Dey can get dey whole body rocked
da meat wagon bringin stretchas - and the
shots brought da cops - Only the chalk line
knows where the altercation started - its da
symbol of the streets and the rarely reported -
when dem shots ring out - somebodies mom is
broken hearted - Every time im in da street da
bodies heavily scarred - Trissa finger is
twitchin - and the safety is off - you
bout ta meet cha dead relatives - fa playin
me soft - Dont put me up against the wall
cuz Im bout ta come off - Doin the
same thang ta you - That the fame so ta naths
t pay da cost ta be the boss - you bout ta
feel da hot slice -

# Shoot TA Kill

Sometimes ma city be like DA O.K. Corral
AND When I go out on the STREET - Mfas
hate on ma STYLE - MAke me learnnse feet -
Take dey life like A thief - Double pump
Shotguns lift em off dey feet - Jus Gimme
Two bluntz AND A Tupac beat - AND dey
Be TRACIN ya CHALK on DA hard concrete
MA babies got TA eat - So I STAY STRAPPED
like MATT Dillon - come from the land of
Robbin Shootin an Killin ~~Robbin an Stealin~~ Stealin
When I go to the movies - Im Always
Rootin for the Villian - I got more
Security traps den A BANK Buildin
have the PARA MEDICS tryin ta bring yo
soul BACK like READY - Tho you in the
truck - shake up but chu dead Already
It DESE streets DAT feed me - So Im
Trimmin the fat - USTA be baseball bats
but Now its Just gats - I know where
the bullseye is REALLY At -

Shoot to Kill

(1) If I gotta shoot I shoot tha kill, gotta keep it real
Send dem thaeats, gonna get wet, me an ma
homeys packin steel,

(2) If I gotta shoot I shoot Ta kill
Glock is concealed — loose lips — sink ships
leavin em slumped behind tha wheel

(3) If I gotta shoot I shoot tha kill
up on the hill, thugs die, mamas cry
people always tryin ta steal

(4) If I gotta shoot I shoot tha kill
Dey won't I will, keep a clip, never slip —
gotta make sure dey pay dem bills...

4/2002
KJP

# WHO DAT IS

## 4/2002

### Sole Author / Maker
### Robert R. Prunté

### (Song History)

# Who Dat Is

4-2002
KP

Who Dat is

~~Who Dat Is~~ Smokin Green on Tour

Its Tha Rowdy Boys

Wit Tha Rowdy Toyz

Who Dat is

~~Wit Tha Boys~~ In Tha Streets An Stores

Its The Rowdy Boys

Wit Tha Rowdy Toyz

Who Dat is

Slammin Them Hmmm Doors

Its The Rowdy Boyz

Wit Dem Rowdy Toyz

Who Dat is

Sendin Bass Thru Floors

Its Dem Rowdy Boyz

# STRIPPER GIRL

## 3/2003

**Sole Author / Maker**
**Robert R. Prunté**

**(Song History)**

you could tell
she was astripa
cuz she wriggled
like she wuz ridin
plus, there was no
other place all that
backside could be ridin
those string slippin an slidin
ova topa coco brownskin
baby oil mixed wit the lite
got the whole body glistenin
suggestive moves make me wanna get missin—
how much is it fa jus kissin
I know you got bills like gates
sugardaddy's in 3 states
sleep throughout the day
so you can stay up late

5-2003
KP

Strippa Gurl - Strippa Gurl
Strippin - Strippa Gurl-
Slangin Boody by tha pond

Strippa Gurl Strippa Gurl - strippin
- Strippa Gurl-
Creallie around tha Town

Strippa Gurl  Strippa Gurl - Strippin
- Strippa Gurl-
She wea - thangs wit a crown

Strippa Gurl Strippa Gurl - strippin
- Strippa Gurl-
She so round poe around

S-2003
KP

## Stripp Gurl

40 - I got a wifey
an' 2 girlfriends
plus 2 teams of strippas
workin tha graveyard shift
is fa all tha big tippas and
cognac sippas. I likes ta see
all na strippas oiled down
in some cinderella slippas
I only feeds tha cheeks
that can roll wit tha beat
steel pole nympho
streetwalker without the street
dese lips gotta eat - she take
the rain wit the sunshine
and the bitter wit the sweet
sexual intercourse without the sheets
solo fellatio as she leg in ma mind
I insert a 50 spot from behind
right between the lips-               so tite
amazon hips sinkin ships

legs lock around the pole
like they in a relationship
she got me thrashin the
keyz to ma whip -

5-2003
KP

(1) Stripa Gurl Stripa Gurl
Big City Stripa Gurl
Shes Well Known Aroun the Town

(4) Stripa Gurl Stripa Gurl
So Pretty
Slangs Bobby By the Pound

(2) Stripa Gurl Stripa Gurl
So Jiggy - Stripa Gurl
Make it bounce to the Sounds

(3) Stripa Gurl Stripa Gurl
Bump wit me - Stripa Gurl
Twll Round And Around

Keep Strippin
tie Trippin
Slo Skrippin
pole Swinin

# KINGS IN THE CITY

## 2/2001

### Sole Author / Maker
### Robert R. Prunté


### (Song History)

WE DA KINGS A DA CITY
ROCK DA BLOCK & DA CLUB
AND EVRYWHERE WE GO
DEY BE SHOWIN US LOVE

WE DA KINGS A DA CITY
SPORTIN HOODS AS CROWNS
GOT GHETTO SQUAD TACTICS
DAT CAN STRIKE YOU DOWN

WE DA KINGS A DA CITY
MAKIN MONEY WIT MICS
DEN CRUISIN THRU TOWN
ON FANCY MOTORBIKES

WE DA KINGS A DA CITY
CRUSHIN LIMOS AN PRINCES
MAKIN NITE MOVES
IN MERCEDES BENZ

5-2003
KP

# EVERYBODIES TALKIN

## 1/2001

**Sole Author / Maker**
**Robert R. Prunté**

**(Song History)**

Every Bodies Talkin Bout US

1-2001

Every Body's Talkin Bout Us
They All its me you Trust

1-2001
Hf

Everybodies Talkin Bout Us

They See Its me you Trust

CUZ ~~I~~ I am yours

And you Are mine

~~And We're See together All the time~~

~~See me Kissin you All the time~~

~~They See Us Kissin All the time~~

An We're Together All The Time


Everybodys Talkin Bout Us

Dey Whisper on Da Bus

Guys Try To get To you

But Dey Don Know our love is True


ABCDEFGHIJK
LMNPQRSTUU
WXYZ

STSN

Kind
Dine
five
Behind.
Line
Nine
Dime
Vine

Everybodys Talkin                    1-2001

When were together
Seems like time
Just stands still
~~Jost~~ So we ~~cant~~ express
These Emotions we feel
But it, Wont make no difference
Where we happen to be
Theres always someone
Watchin you lovin me

(V)

Wherever we go
Thasuten ~~heads~~ heads start to turn
like they never seen lovers before
Why jus dont know
Theres a lesson to learn
Dey only make me ~~less you~~ ~~more~~ ...

(B)

Every Bodies Talkin Bout Us
Dey see its me you. These
~~guys try to get int chu~~
But dey cant do a thing for you

(C)

Every Bodys Talkin Bout US
Dey whispering at Bus
~~cuz~~ Cuz I AM yours An you Are mine
We Be knowin All the time

# WISH A MUTHA FUGGAH

## 7/2002

### Sole Author / Maker
### Robert R. Prunté

### (Song History)

# Wish A Mutha Fucka

7-2002
KP

Yea tho we walk
thru tha alleys of thugs
Hoes an thieves
we still ride four peep
on dem fods, dat don believe
Nuthin but military hardware up our sleeve
Makin mamas grieve — About Da losses
Talkin over territories                    mess
And Removin street bosses        ~~~~~~ ta dis
Quick as a ~~~~ coin tosses       ~~~~ full
Das how fas we get on dat ass    feel da wreight a
Give yo whole crew a class         da 4 pound —
in straight thuggin — cuz we buggin
we can see thru all smilin faces
Amp fake huggin —
We Represent Dis — Don care
About cho click or Cartel
Long As yall Dont interfere
wit Da top notch clientele
Cant chu see me a turn yo block
into Da OK Corral —
Pull yo whole file — Do dirty shit wit smile
Been wantin yall ta flex
Been wantin ta test ma vest
Been wanta bring tha east coast to da west
Cant chu see Al dese benz's bitchs an riches around —
Cant chu see how hard we throwin down
— Step ta Dis — Knock out in Da first Round —
TKO
Real

What would I Do with a million Dollars

I would Thank god I had it, save a lil

I wish dem muthafuckas would
~~try ta set up dey shop~~

I wish dem muthafuckas would
try ta set up dey shop —
while we on top
Cause next thug is hard ta stop

I wish dem muthafuckas would
~~try ta come to da table~~
try ta come to da table
wired like cable
Cause da loss made him strong an able

I wish dem muthafuckas would
try ta hustle da middle (battle)
das what I like
Cause da freestyle hit hard as a spike

Wish Dem MuthA fuckAs NouD

I wish dem mutha fuckAs wouD
Try tA setup dey shop
Dey get DroppeD
Cause a new thing is harD tastop

I wish dem muthafuckAs wouD
Try ta come to DA tAble
Around DA stAble
Jus because dey stroNg AnD dey Able

Wish a mutha fuckA WouD
Try tA step to DA mike    (BAttle on)
DAs whAt I lille
~~Wanna~~ Rollin through your hArt lille A spille

Wish a mutha fuckA wouD
Try tA hinder DA mission
All Dis tension
Feelin lille Im liviN In prison

WISH A MUTHAFUCKA WOLD
(Dem)

(2) I wish dem mutha fuckas would
Try ta set up dey shop — on ma block
Cause Ima kill them this kind tas top

(3) I wish dem mutha fuckas would
Try ta come to da table
Runnin ma stable
Just because they think they strong an dey able

(Try fuck) wish dem mutha fuckas would
~~fuck wit dasilvilla~~ wit dasilvilla
~~Be dey chocolate or vanilla~~ we get a thrilla
you dey ~~killa~~ a dele wit a killa
Bout ~~mine~~

(1) wish dem mutha fuckas would
Try stalin dey use — In ma face
~~niggas make me wanna spray em wit mace~~
Dem niggas make me wanna spray em wit mace
disappear extract
take

Yea though we walk
thru alleys of thugs hoes an thieves
we will ride 4 dees or
dem ones who refuse to believe
Nutin but military hardware
up our sleeve
makin mamas grieve - bout da losses
cuz we takin over territories
and remain street level bosses
Sticka der da average
pimps playas an hustlas -
Strictly da gun bustas
dead presidental trustas
thugs rarely befriended
renegade independants
signin autographs
wit shotgun shells
livin swell - like da life
of da rich an famous
but I can be hateful
an I can be shameless
Da usual suspects remain nameless
~~Been stackin paper since~~
~~before I had drivers license~~
~~Been shootin dice an I been hoopin~~
~~an I been to Jamaica more den~~
~~twice~~

# CALL ME

## 9/2002

## Sole Author / Maker
## Robert R. Prunté

## (Song History)

2002
KP

Y/O - You Can Call me in DA AM
Call me in DA PM
Call me when you get tired of
messin round with him

You Can Call me when ya backbone
Dont feel just rite
Call me on DA holidays
in DA middle of tha nite

You Can Call me whenever
you need Dat marathon man
Call me when you want it
Done like only I can

Call me when you wanna
get nekkid on A Beach of Black sand
Call me when you wanta get
lifted wit two Big strong hands —

Beau U wit Beef bone

9-2002  KP
house phones

You Can Reach me on Any thing—
The intent cell phones — Beepas—
Smoke signals — Body language—
E.S.P. Theres A way you Can Reach
me — Jus hit Seven 7 Digits And I'm
wit it — Ten Digits if you from
outta State — Jus Dial A 1 first—
Be ma nite nurse — Keep ma number in
you purse — or in your pocket—
when you wana Blast off like
da Space Shuttle rocket —

6-2002
KP

You can call me in da am
call me in da pm.
Call me an catch me rollin
in na BM — Call me when
you wanna get away from him
You can call me fa late nite
Bumpin an grindin — Mid
Day winin an dinin —
When you wana shop fa
tha finest lines — When you
Got somethin on yo mind —
Call me anytime — with no rhyme
or reason — Call me fa that
Back rub - Deepin a Jacuzi tub
lifetime membership at all the best clubs.
Anything you want — we coppin
Dial me up an we can roll
without stoppin — cuz na pockets
Stay fat — And I know where
ta track you At — Best Believe dAt

6 - 2002
KP

# You Can Call Me

You Can Call me in DA AM
You Can Call me in DA PM
You Call me when you get tired
Call me ~~a seein that to~~ A messia within ─
Call me when ya Backbone
Dont feel Jus right
Call me on a holiday
In DA middle of DA nite

You Can Call me
When you wanna go Bithong suit
Call me when you wanna get wet
Spend some loot
Call me when you need DAT
Marathon man
Call me when you want it Done
lille only I Can
Call me when you wanna get
NecKid in DA ~~Sand~~ Black
Call me when you need
Two ~~those~~ Big Strong hands

Call me An type DA 007 Code
Whetha you need ta move ALOAD
or tote Some Clothes Call me lille
911 for All emergencies ─ Do it wit
urgency And I'm there lille DA moB
need ta Do A Job ─ need ta pull A Rob
Don worry About it

# RIDING DIRTY

### 3/2004

### Sole Author / Maker
### Robert R. Prunté

### (Song History)

3-2004
KP

# Dey Got Me Ridin Durty

Dey Got Me Ridin Durty
Holla if you hear me
IN Da front is dot heat
An Da back is Snowin flurries

Dey Got Me Ridin Durty
~~It's got that three thirty~~
It's past three thirty
~~I got what I need~~ Den I got everythang I
~~got nothing but we~~ need niv atleast can fortnine

Dey Got Me Ridin Doty
I can let man skur me
~~mmmmmmmmmmmmmmmmm~~
I'm ~~let get~~ losse like Rambo
Da wrong peop become near me

Dey got me Ridin Durty
Clock Nine thirty
Keep it close by
eliminate All worries

# MANIAC

## 5/2003

### Sole Author / Maker
### Robert R. Prunté

### (Song History)

# Homocidal Maniac

KP

Ima Homocidal Maniac
And Ambhetto Raised — Dont get in my way
or you mite get sprayed

Ima Homicidal Maniac
out on the loose
on every block I got juze
on da glocks is used

Ima Homocidal Maniac
in self destruct
you mus got bad luck
If you end up in da truck

Ima Homocidal Maniac
ghetto from Reapa
No matta how much darkness I see
I keep diggin deepa

I'm homocidal maniac
~~[scribbled out]~~ midnite creepa
movin in an outta Shadows
as tha plot yet reepa

I'm a homocidal maniac
out on the loose
on da block I got juice
and the glocks is used

I'm a homocidal maniac
in self destruct
I see the world thru ma truck
I dont believe in luck

I'm a homocidal maniac
my ghetto raised
whatever get in ma way
jus mite get sprayed

## IM A MANIAC   7-2003

IM A MANIAC
ICANT sleep OUTTA DA ZONE
I spend MA nites on DA phone
Tryna flyya on DA Chrone

IM A MANIAC
MA MIND is Almost gone          That
Dese streets is MA Home
DA only thing I own

IM A MANIAC
wit no control in A mind
Got tha Diamonds on tha gold
but I still need more

I MA MANIAC
An nobody knows but me
~~scribbled out~~
Deep INSIDE
~~scribbled out~~ MA ~~scribbled~~ mind
~~scribbled out~~
I hear ~~scribbled~~ callin me
DA DEMONS

7-2003
ICP

I'm a maniac
I can't sleep outta tha zone
Spendin nites on tha phone
Trigga a finga on the chrome

I'm a maniac
nobody knows bout me
~~everywhere~~ everywhere salt so
there ~~demons~~ Demons callin me

I'm a maniac
ma mind is almost gone
dese streets a ma dome
only thing dat I own

I'm a maniac
and quick ta lose control
I got a hole in ma soul
filled wit diamonds and gold

I walk on sidewalk cracks
and even howl at the moon
get my movie money back
and eat spaghetti wit a spoon
neva had ma own room
so I sleep like a vagabond
wonderin what ma name means
as I try ta remain calm
maybe I drink some napalm
aged up in a wine bottle
too high ta play lotto - always
doin today what I shoulda did
tommorrow - ma psychadelics
drowns out all sorrows
I wish wisdom could be borrowed -
cuz I need bout 50 pounds worth
tryna ta find salvation in the back
of a church - ~~a silly line up AA sesson~~
trapped in ma search for two glocks
and a black t-shirt - somebody bout ta
get hurt if I hafta go ta work
from ma daddys loins thru ma mamas womb
predestinated for the dirt -
dead presidents I raise an wit the grim
reaper I flirt -

# SLOW NECK

## 4/2001

### Sole Author / Maker
### Robert R. Prunté

### (Song History)

KP

Win is for neck
I bey a ice cream
cone —

Baby ring a ling
ring cone and
follow
me
home —

Slo Neck

Can you Slo neck

Don move too fast

feels so good

But I want it to last

Loo you slow neck

Oooh girl don't stop

Can you lick it up andown

Till do very last drop —

Can you slo neck

Strawberries on ice

Can you roll with my pole
All thru the night

# Can You Slow Neck

4-2001
KP

Can You Slow Neck —
to ya knees will you drop
throw down to ya crown
like A Train Non-stop

(1)

Can You Slow Neck
lick it like a lollipop
~~make~~ Make it short while it long
from the bottom to the top

(4)

Can Ya Slow Neck
Strawberry's on ice
If ya go down once
will you go down twice

(2)

Can you Slow Neck
wit sixty-eight sixty nine
~~xxxxxxxxxxxx~~
if you wanna get yours Baby
lemme get mine

(3)

4-2001
KP

~~Gime slow neck~~
~~lick it like a~~
~~petite~~

Gime Slo Neck
To yo knees will ya drop
Take tha wood ~~in~~ cha hands
lick it like a lollipop

Gime Slo Neck
wit 68-69 drops
~~suck~~ it ~~down~~ to the bone
drink like ya favorite wine

Gime Slo Neck
wit Strawberries or ice
if ya go down once
will you go down twice

Gime Slo Neck
~~baby~~ Don't move too fast
you make it feel so good
that I want it to last

DR MORALES 877 722 KP

8077

BABy Gurl I can pictine
me And you on A RendevoZ
DRinkin And BlackSand
Doin What we wanna Do
MARvin GAye is on DA Box
Comin out mA Sweat socks
Bout tA tAke A Shower
Let em play out mA pet Rocks
lick it like A lolly pop
Get it till DA lint shop
uP Down lef Right
from DA bottom to DA top
mAke it lAst foreveR
like DA keith sweat song
if you can love me Right BABy
YOu can Neva Do wRong
Tie ya hair weave up
cuz I Dont need no AfroDesiAc
All I need is yo lips
And A fat SAk
You can Neva go back
once you get to DA neck
DA more you mAke DA lion roar
DA rougher DA Sex

3-2001
KP


**United Way** of Central Maryland

## Slow Neck

Baby gurl I can picture
me and you on areadenocs
Black sand drink in hand
doin what we wanna do
Marvin Gaye is on da box
slippin cout ma sweat sox
boutta take a shower
wtchu play wit ma pet rocks
lick it like a lollipop
get it till da last drop
down — up — left — right
from da bottom to da top
make it last forever
like da Keith Sweat song
can you do deep throat
make it short make it long
tie ya hair weave up
be ma aphrodesiac
all i need is yo lips and a fat sak
you un neva jo back
once you do da slo neck
da slower you roll den da doufler da sex

3-2001
KP

# Can You Slo Neck

~~Men~~ ~~na~~
~~masculinity~~
~~over~~ ~~feminin astop~~

Menthslate ma
masculikity wit
your femininity
express yourself
in ma lap
As we ride Aroun da city
o'mise it closely
Aint it pretty —
An it Ain itty bitty
watch it grow
like a cat pet on T.V.
rattle me 'crow you
jigg te me — —————— straight
look me in ma eyes
Dont be jus jsin down on me
~~this~~
~~jus~~
gethe up tung
baby 'blythe thru ya nose
hold it out bot forces

you got ma magic wand wavin
like a flag in da air
we ova here we ova dere
we on the floor we on da chair
from the duck to tha truck
from the couch to tha stairs
ma memory bank ~~is~~ froze
on yo see thru undawear
soft curves like a pear - surrounded
by ~~the~~ the grizzly bear aint
wit both hands in ya hair - no teef allowed
when you do dat dere
bust tha doggystyle position
put cha head in ma lap
you got tha old volcano bout ta bust a cap
make me take a nap - from all the
physical exertion - go down on the
flesh like a brain surgeon - I'm rockin
boxers - you can see whats behind the
curtain - you got ma mind hurtin - as yo
tung goes, around flirtin -
jaws contractin like a gator - eyes
steady searchin - you got a rhythm in yo
neck ~~that~~ ~~like~~ ~~many~~ machines
like
workin - ~~illegible~~ 10 million babies is workin
waitin for release - from ma head to ma feet

You got Ma MAGIC WAND WAVIN
liKe A FLAG IN DA AiR — We oua here
we oua dere — We oN DA floor we oN
DA chair — From the bucK To DA TRUCK
From the couch To the STAIRS —
Ma memory bank is froze — oN yo
purple uNDawear — I got A grip oN
your hAiR — liKe IM RidiN A RollA cuasta
you DoiN what cha sposta — AiNt No Shame
iN yA game — just A claim to yo Fame
it must be iN yA blood — cuz yA got some good
brAiNs — how caN two lips coNtaiN — whAt
it tAKes two hamps tA hold — how caN soft
curves ANd A thoNg turn the worm iNto A
pole — maKe A stroNg maN lose coNtrol — wheN
he DoNt waNt to. ChicKs got necK rhythm
liKe dem piNk birds At the zoo — Keep dem
big browN eyes ~~~~~~~~~~~ opeN
ANd booty up — driNK deep From the
maNdiNgo cup — cuz it overflows — oNly
Ma queeNs ANd coNcubiNes KNow ~~ tA
show how maNy licKs ANd how maNy blows
exactly whAt it tAKes TA curl up yA toes
so TurN off thA phoNe — ~~~~ the doors
                                    locK
ANd pull the shAdes oN the wiNdows —

We can kiss DR
Day Away

Baby girl I can picture
me on you on a rendevou
kick some drink in mind
Doin what we want to
Marvin Gaye is on da box
~~Got~~ me slippin out ma socks
~~and pay money~~
you'll play wit me pet rocks
Lick me like a lollipop
its fun till da last drop
~~xxxxxxxxxxxxxxxxxx~~
up - down - left right
Oooh girl yo meat is hot -
I'm likin you a whole lot
Tie yr muscle me up
let me see what you got

# MY STREETS

## 1/2003

### Sole Author / Maker
### Robert R. Prunté

### (Song History)

I sent chu as I up ta block
And thro a sign at cha crew
Dey made you look like A fool
Cuz Dey Don work for you
Put togetha 2 an 2 (Dey)
And voted yo Ass out
DA clicks wit DA most clout
Already know what I'm About
I wrote ma name on ~~XXXX~~ Dey brains
wit Knives And shootouts
Only time I leave ma streets is
when I wanna chill Down Sbuf
All otha times I will go straight in ya mouf
Stake A claim on my corner
Den watch what happen —
have you wearin suits wit no Backin
while you bein prayed oua —

This Is My Street

This Is my street
From Block To Block
From Da Cars we Rock
To Da colors in da socks

This Is my streets
From Stop sign To Stop sign
Everything you see is Always mine

This is my street
I go from ~~block~~ To ~~block~~
~~...~~
Ya Cocaine Dollas from Thugs An whores

This is my street
And My ~~...~~ before Me

# Dese Is Ma Streetz

2-2003
KP

Dese is ma streetz
From uptown ta downtown
All day and all nite
Me and ma people get down

Dese is ma streets
Streetz ma ~~cornade~~ is where I play
And when ma life is ova
Streetz tha ~~cornade~~ is where I'll lay

Dese is ma streets
Know em like the back
of ma hand - I know who
got the most loot
who got the masta plan

Dese is ma streets
and I ain goin nowhere
long as its money ta get
Ima get mine plus theres

2-2003
KP

# Deserts maStreetz

All I recall about my youth is the hood
mama lives by the truth - And the babies
understood - Daddy wasnt comin home
guess he did all he could - ma baby feet
hit the concrete - like a lumbajack choppin
wood - Took tha bitter wit tha sweet
An the bad wit tha good - Caught ma first
case on the curb rite in front ma house -
New dude on the block ~~~~~~~~~~~
~~~~ Started runnin his mouf -
Straight rife to the chin sent his body
down south - Anotha street title tallied
by the numba one contenda - Im knowin
ta makin moves Dey always rememba -
Born in novemba so its cold water in
ma veins - brutalizin lames - As dey step
up to ma fame - But I got da block locked
down - like a fireman on a flame - Gon
wta hold it down till I came - unlockin
the copes like Tom Cruise in mission impossible
Straight ghetto but unstoppable ~~~~~~~~~
walk wit demons And angels so Im
Also non - Proppable - your Doom is
Probable - if you step in dese shadows
you mite miss out on tommorrow -
Cause yo people Pain And sorrow - Dont
Take what ya cant borrow - Chea

If dese streets could talk
maybe superman could walk
An maybe you can find a way
Ta stay outta tha chalk
It's dangerous afta dark
cuz thas when tha thugs out
You get thrown for a loss
If you life runnin ya mouf
Don blame it on down south
cuz ya mama an raise no fool
you use tha tools we use
we all pay da price
when we break da rules
Enforcers need food
An you bout ta make em fat
which one shouls it be
The Knuckles or da baseball bat
Switchblades or gats
don nobody breath
cuz I'm tryin ta talk to you cats
See me now or seeme later
I'm da Timbaland faDer
Cross country wide outta state

When it's time for the hunt

~ Tupac

AND A FAT ASS bount.

If dese streets could talk
maybe superman could walk
And maybe I'll change ma mind
bout leavin yo whole crew in chalk
Neva knew you could be strikes
by dem black serial killas
Michael Jackson bout tha thrilla
jus dese eagles in a
huntin you down like beagles
And bloodhounds
Den when Ain no body Around — we do damage



**streets**

If dese ~~bitch~~ could talk
You may even see Superman walk
And maybe I'll change ma mind
About leavin guys in chalk
Didn't think you could be snakes
but hell I am
wit porcelin Glock 17
Guarantees not ta jam
Dese teflons move thru
tha body like draino
scrape ya cranium outta ya kangol
while listenin to some Tupac flows
rearrange ya clothes
like a jenny craig commercial — Puttin
hot pockets ~~send~~ your crew in reversal
No press rehearsals needed
~~guaranteed~~ you can come as you are
You tried ta ball
but chu didn't get far —
Arright chu sittin at the bar
sippin on syzurp —
wit pistols cocked like wyatt earp
Don't take anotha slurp
Jus take a deep breath
Ghetto Gladiators don't need no reff
meet ~~sweet~~ tha angel of deaf
An cancel ya worldly bizness

If dese streets could talk
dey would speak volumes of verses
Tell about da curses
you who's next for the hearses
Grim Reapea Thugs
swingin heat like sickles
hooded Assasins
Take you out for a nickle
Dont be tired of livin
if you ~~want~~ afraid ta die
wipe dem tears from yo eye
cuz you bout ta be frozen
Many May call and come
to dis game but but few get chosen
yo whole career ended
wit a big explosion
~~dirty~~ cops wrap you in plastic
like a dick in a trojan
~~dirty cops~~
Ain nothin left but the hosein
Rinse it all down tha gutta
Hot steel plus warm flesh equal
Red peanut butta — witout tha peanuts
Grovee carryin da day fulla yo jug
tryin ta save yo face for the funeral
An ya baby ~~mamma~~
you said bring da drama
now take a look at cha self

252.50
safety course