UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>      Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:06-cv-00480-PLF<br>)<br>)<br>)<br>) |

**[PROPOSED]  ORDER**

This Court having carefully reviewed the written submissions of the parties pertaining to (i) Plaintiffs' Motion for Partial Summary Judgment; (ii) Plaintiffs' Motion to Strike; (iii) Plaintiffs' Motion for an Order to Show Cause; and (iv) Defendants' Motion to Dismiss the Amended Complaint, it is, this _____ day of _____ 2006,

**ORDERED** that Plaintiffs' Motion for Partial Summary Judgment, Motion to Strike and Motion for an Order to Show Cause all be and hereby are denied; and it is further

**ORDRED** that Defendants' Motion to Dismiss the Amended Complaint be and hereby is granted, and that Plaintiffs' Amended Complaint be and hereby is dismissed with prejudice.

 

                                                    _____
                                                    Hon. Paul L. Friedman, U.S.D.J.