## CERTIFICATE OF SERVICE

I, Michael B. DeSanctis, hereby certify that on this day, June 9, 2006, I caused the foregoing "Defendants' Statement of Points and Authorities in Opposition to Plaintiffs' Motion for Partial Summary Judgment, Motion to Strike, and Motion for an Order to Show Cause, or Alternatively, Defendants' Reply Brief in Support of their Motion to Dismiss the Amended Complaint" and proposed Order, to be served by First Class United States mail, postage pre-paid on the following:

> Robert R. Prunte
> YoWorld Music Co.
> 1702 Linden Avenue
> Baltimore, MD  21217

　　　　　　　　　　　　　　　　　　　　　__/s/ Michael B. DeSanctis_____
　　　　　　　　　　　　　　　　　　　　　Michael B. DeSanctis