**Robert R. Prunté, (pro sé)**
1702 Linden Avenue
Baltimore, Maryland 21217
410.225.9940   301.514.4028

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| ROBERT R. PRUNTÉ | CASE NUMBER: 06CV00480 |
|---|---|
| Plaintiff, | |
| Vs. | JUDGE: PAUL L. FRIEDMAN (PLF) |
| UNIVERSAL MUSIC GROUP, et al; | |
| Defendant (s) | |

## ORDERED

It is hereby **ORDERED** that the plaintiffs Motion To Strike is hereby **GRANTED**, in all aspects. Opposing Counsel is hereby **ORDERED** to refrain from espousing cases, which merely support or concur with plaintiff and to respond to the merits of this case.

_____

THE HONORABLE PAUL L. FRIEDMAN, U.S.D.J.

1

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS COMPLAINT ON OR ABOUT _____ JUNE 19th 2006.

BY: Robert R. Prunte'

JENNER & BLOCK, C/O MR. MICHAEL B. DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005; & THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY: _____

ROBERT R. PRUNTE'

1702 LINDEN AVENUE

BALTIMORE, MARYLAND 21217

1.410.225.9940   / 1.301.514.4028