UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
ROBERT R. PRUNTÉ, et al.,     )
                              )
       Plaintiffs,           )
                              )
       v.                    )   Civil Action No. 06-0480   (PLF)
                              )
UNIVERSAL MUSIC GROUP, et al.,)
                              )
       Defendants.           )
_____)

ORDER

This matter is before the Court on the motion to dismiss plaintiffs' amended complaint by defendants' UMG Recordings, Inc. (the proper Universal Music Group corporate entity) and Atlantic Recording Corporation (the proper Warner Music corporate entity). Plaintiffs are proceeding *pro se* in this matter. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise plaintiffs that they must respond to defendants' motion to dismiss on or before July 21, 2006. If plaintiffs do not respond, the Court will treat the motion as conceded and dismiss the amended complaint.

SO ORDERED.

                                          _____/s/_____
                                          PAUL L. FRIEDMAN
                                          United States District Judge

DATE: June 27, 2006