UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ROBERT R. PRUNTÉ, et al.,           )
                                    )
            Plaintiffs,             )
                                    )
        v.                          )   Civil Action No. 06-0480   (PLF)
                                    )
UNIVERSAL MUSIC GROUP, et al.,      )
                                    )
            Defendants.             )
_____)

ORDER

The Court has before it defendants' UMG Recordings, Inc. and Atlantic Record Corporation's motion to dismiss the complaint. This motion was filed on April 18, 2006. On May 4, 2006 the plaintiffs filed an amended complaint as of right pursuant to Rule 15(a) of the Federal Rules of Civil Procedure. On May 19, 2006, defendants filed a motion to dismiss the amended complaint.

Accordingly, it is hereby

ORDERED that defendants' motion to dismiss the [original] complaint or, in the alternative, motion for summary judgment [2] is DENIED as moot without prejudice.

SO ORDERED

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 27, 2006