UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>      Plaintiffs,<br><br>v.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:06-cv-00480-PLF<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

This Court having carefully reviewed the written submissions of the parties pertaining to Defendants' Motion to Dismiss the Amended Complaint and Plaintiffs' Motion for Partial Summary Judgment and Motion to Strike, it is, this ___ day of ___, 2006,

**ORDERED** that Plaintiffs' Motion to Strike and Motion for Partial Summary Judgment are denied; and it is further

**ORDERED** that Defendants' Motion to Dismiss the Amended Complaint be and hereby is granted, and that Plaintiffs' Amended Complaint be and hereby is dismissed with prejudice.

_____
Hon. Paul L. Friedman, U.S.D.J.