## CERTIFICATE OF SERVICE

I, Michael B. DeSanctis, hereby certify that on this day, July 11, 2006, I caused the foregoing "Defendants' Reply Memorandum in Support of Their Motion to Dismiss the Amended Complaint and Memorandum in Opposition to Motion to Strike" and proposed Order, to be served by First Class United States mail, postage pre-paid, on the following:

Robert R. Prunte
YoWorld Music Co.
1702 Linden Avenue
Baltimore, MD  21217

                                                  /s/ Michael B. DeSanctis
                                                  Michael B. DeSanctis