Robert R. Prunté, (pro sé)
1702 Linden Avenue
Baltimore, Maryland 21217

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT R. PRUNTÉ

Plaintiff

Vs.

UNIVERSAL MUSIC GROUP
RECORDINGS, et al,

Defendant (s)

CASE NUMBER: 1:06-cv-0048

JUDGE: PLF

## MOTION IN ERRATA

Now comes the plaintiff with this motion in Errata which includes as an exhibit the signature page of Plaintiffs response to Defendants Motion to Dismiss, since plaintiff inadvertently failed to sing the document on July 5 2006 as previously thought. Please excuse plaintiffs mistake and accept for filing plaintiffs response to defendants Motion to Dismiss. (See Signature page, Exhibit A)

1

RESPECTFULLY SUBMITTED,

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS COMPLAINT ON OR ABOUT _Monday_ JULY _17th_ 2006.

BY: Robert R. Prunte'

JENNER & BLOCK, C/O MR. MICHAEL B. DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005; & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY: _____
ROBERT R. PRUNTE'
1702 LINDEN AVENUE
BALTIMORE, MARYLAND 21217
1.410.225.9940  / 1.301.514.4028

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 1:06-cv-00480-PLF   Document 22   Filed 07/18/2006   Page 3 of 4

*Exhibit A* (handwritten)

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS COMPLAINT ON OR ABOUT _Mon._ JULY _5_ 2006. *& 17th July in Erratta* (handwritten)

BY: Robert R. Prunte'

**JENNER & BLOCK**, C/O MR. MICHAEL B. DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005; & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O CLERK'S OFFICE.

BY:

ROBERT R. PRUNTE'

1702 LINDEN AVENUE

BALTIMORE, MARYLAND 21217

1.410.225.9940  / 1.301.514.4028