UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                               )
ROBERT R. PRUNTÉ,                              )
                                               )
    and                                        )
                                               )
YOWORLD MUSIC COMPANY,                         )
                                               )
              Plaintiffs,                      )
                                               )
       v.                                      )        Civil Action No. 06-0480 (PLF)
                                               )
UNIVERSAL MUSIC GROUP, et al.,                 )
                                               )
              Defendants.                      )
_____)


ORDER

           For the reasons stated in the Opinion issued this same day, it is hereby

       ORDERED that defendants UMG Recordings, Inc., and Atlantic Recording

Corporation's motion to dismiss the amended complaint [9] is GRANTED in part and DENIED

in part; it is

       FURTHER ORDERED that the motion to dismiss is GRANTED with respect to

Counts III, IV, V, VI, VII, VIII, IX, X, XI, and XII of plaintiffs' amended complaint; it is

       FURTHER ORDERED that Counts III, IV, V, VI, VII, VIII, IX, X, XI, and XII of

plaintiffs' amended complaint are DISMISSED with prejudice with respect to all defendants; it is

       FURTHER ORDERED that the claims of YoWorld Music Company under

Counts I and II are DISMISSED without prejudice; and it is

FURTHER ORDERED that there will be a status conference on April 27, 2007 at

9:30 a.m.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 30, 2007