# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**ROBERT R. PRUNTÉ** )
         **AND** )
**YOWORLD MUSIC COMPANY,** )
 )
         Plaintiffs, )
 )
         v. )          Civil Action No. 1:06-cv-00480-PLF
 )
**UNIVERSAL MUSIC GROUP,** *et al.*, )
 )
         Defendants. )
_____)

## CONSENT MOTION FOR CONTINUANCE

By Order dated March 30, 2007, this Court has scheduled a status conference in the above-captioned matter for April 27, 2007. Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants UMG Recordings, Inc. ("UMG") and Atlantic Recording Corporation ("Atlantic") hereby move for a continuance and a rescheduling of the status conference to May 14 or thereafter at the convenience of the Court. This continuance is necessary because counsel for Defendants UMG and Atlantic has a prescheduled deposition in New York in another matter on April 27. The timing of discovery in that matter is governed by statute, 17 U.S.C. § 803(b)(6)(C)(iv) and cannot be extended. Thereafter, counsel will be traveling on business the following week. Pursuant to Local Rule 7(m), counsel for Defendants UMG and Atlantic discussed this motion with Plaintiff and Plaintiff consented to the relief sought herein.

This request for continuance, with Plaintiff's consent, is made in good faith and not for purposes of delay.

A Proposed Order is attached.

Respectfully Submitted,

Dated: April 16, 2007                    /s/ Michael B. DeSanctis

                                         Michael B. DeSanctis (Bar No. 460961)
                                         Steven B. Fabrizio (Bar No. 436482)
                                         JENNER & BLOCK LLP
                                         601 Thirteenth Street, N.W.
                                         Washington, DC 20005
                                         (202) 639-6000

*Counsel for Defendants UMG Recordings, Inc. and Atlantic Recording Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael B. DeSanctis, hereby certify that on this day, April 16, 2007, I caused the

foregoing Motion for Continuance and proposed order to be served by First Class United States

mail, postage pre-paid on the following:

        Robert R. Prunte
        YoWorld Music Co.
        1702 Linden Avenue
        Baltimore, MD  21217

                      _____/s/_____
                      Michael B. DeSanctis