IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTÉ<br>AND<br>YOWORLD MUSIC COMPANY,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-00480-PLF<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR CONTINUANCE**

For good cause shown, upon consideration of the entire record herein, the Court hereby GRANTS Defendants' Motion for Continuance and schedules a status conference in the above-captioned matter on May ___, 2007, at 9:30 AM.

SO ORDERED.

Dated: _____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge