ROBERT R. PRUNTE' (APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE, ) | Case No.: No. 1:06-cv-00480-PLF |
| Plaintiff, ) | |
| vs. ) | |
| UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC ) | |
| RECORDING CORP. ET AL & VIACOM ) | CHANGE OF ADDRESS |
| INTERNATIONAL ET AL, ) | |
| Defendant ) | |

PLAINTIFF'S OFFICIAL CHANGE OF ADDRESS

Comes now the plaintiff with this motion informing the Court of its change of address, which is:

Robert R. Prunte'

614 Wyanoke Avenue

Baltimore, Maryland 21218

Telephone: 410.323.2483 or 301.514.4028

RESPECTFULLY SUBMITTED;

Change of address

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

CERTIFICATE OF SERVICE

I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN STATED ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES WERE MAILED A CORRECT COPY OF THE AFFOREMENTIONED ON OR ABOUT ___15TH___ MAY, 2007

BY: _/s/ Robert R. Prunte'_

ROBERT R. PRUNTE' (APPEARING PRO SE)

JENNER & BLOCK C/O MR. MICHAEL DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005 & CLERK'S OFFICE, THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001

Dated this 11th day of May, 2007

By: _/s/ Robert R. Prunte'_
ROBERT R. PRUNTE'
(APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND
21218

Change of address

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218