ROBERT R. PRUNTE' (APPEARING PRO SE)
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

ROBERT R. PRUNTE,   )
  )
    Plaintiff,   )
  )
vs.   )
  )
UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC   )
RECORDING CORP. ET AL & VIACOM   )
INTERNATIONAL ET AL,   )
  )
    Defendant   )

Case No.: No. 1:06-cv-00480-PLF

**PROPOSED ORDER**

## PROPOSED ORDER PURSUANT TO MOTION IN LIMINE EXCLUDING OR LIMITING EVIDENCE OR MAKING RULINGS ON EVIDENCE CONCERNING RELEVANCY AND UNDUE PREJUDICE

This Court hereby orders all parties to make all proffers of evidence relating to scenes a faire allegedly occurring between the two works by motion seeking the Courts approval of such evidence to be proffered, ensuring that bonafide "scenes a faire" are specifically alluded to, specifying the song and the full chorus line expression deemed to be mere scenes a faire and unprotectible, and if any allusions to "public domain" be made, defendants must supply this Court with a song believed to be used by the plaintiff in creating his works which are at issue presently.

MOTION IN LIMINE PROPOSED ORDER - 1

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

1  Furthermore, be it hereby **ORDERED** that plaintiff's copyrighted chorus lines and songs are at
2  issue here presently, and any objections to plaintiff's chorus lines being plaintiff's complete
3  expression of the chorus should be made in writing specifying which part of plaintiff's protected
4  and original chorus line expressions are not protected by copyright and which are.

6  It is also **ORDERED** that from this point forward, defendants must always refer to the chorus
7  lines of the works literal expressions, after this Court has informed the parties which part of the
8  Chorus line is not protected by copyright and what parts are protected.

10 It is further **ORDERED**, after viewing a preponderance of the evidence, that since defendants
11 had a substantially high level of "Direct Access" to plaintiffs works via "Inside Sessions", then
12 the "Inverse Ratio Doctrine" is in full effect in this case as it relates to substantial similarity of
13 expression and this Court will decide how much of plaintiffs expression is required to be found
14 within the body of defendants chorus lines to create an inference of infringement both
15 probatively and going towards determining actual copying as well as misappropriation of
16 plaintiff's works.

Dated this _____ day of May, 2007

By: _____
HONORABLE PAUL L.
FRIEDMAN
U.S.D.J

RESPECTFULLY SUBMITTED;

CERTIFICATE OF SERVICE

MOTION IN LIMINE PROPOSED ORDER - 2          ROBERT R. PRUNTE' (PRO SE')
                                              614 WYANOKE AVENUE
                                              BALTIMORE, MARYLAND 21218

I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN STATED ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES WERE MAILED A CORRECT COPY OF THE AFFOREMENTIONED ON OR ABOUT _____ MAY, 2007

BY: _____

ROBERT R. PRUNTE' (APPEARING PRO SE)

JENNER & BLOCK C/O MR. MICHAEL DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005 & CLERK'S OFFICE, THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001

Dated this _____ day of May, 2007

By: _____
ROBERT R. PRUNTE'

(APPEARING PRO SE')

614 WYANOKE AVENUE

BALTIMORE, MARYLAND

21218