ROBERT R. PRUNTE' (APPEARING PRO SE)
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE, ) | |
| Plaintiff, ) | |
| vs. ) | |
| UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC ) | Case No.: No. 1:06-cv-00480-PLF |
| RECORDING CORP. ET AL & VIACOM ) | |
| INTERNATIONAL ET AL, ) | |
| Defendant ) | **PROPOSED ORDER** |

This Court hereby ORDERS the defendants in this case to refrain from any further copying or exploitation of any songs based on plaintiffs original expressions immediately until after trial is had on the merits of this case which will determine how much damage the plaintiff has suffered.

Dated this          day of May, 2007

By: _____
HONORABLE PAUL L.
FRIEDMAN
U.S.D.J

RESPECTFULLY SUBMITTED;

PROPOSED ORDER - 1

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

CERTIFICATE OF SERVICE

I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN STATED ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES WERE MAILED A CORRECT COPY OF THE AFFOREMENTIONED ON OR ABOUT _____ MAY, 2007

BY: _____

ROBERT R. PRUNTE' (APPEARING PRO SE)

JENNER & BLOCK C/O MR. MICHAEL DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005 & CLERK'S OFFICE, THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001

Dated this        day of May, 2007

By: _____

ROBERT R. PRUNTE'

(APPEARING PRO SE')

614 WYANOKE AVENUE

BALTIMORE, MARYLAND

21218

PROPOSED ORDER - 2