ROBERT R. PRUNTE' (APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
410.323.2483 or 301.514.4028

**RECEIVED**

MAY 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC )<br>)<br>RECORDING CORP. ET AL & VIACOM )<br>)<br>INTERNATIONAL ET AL, )<br>)<br>Defendant )<br>) | Case No.: No. 1:06-cv-00480-PLF<br><br>**MEDIATION REQUEST** |

**MOTION FOR REFERRAL TO MEDIATION PR OGRAM PURSUANT TO D.C.**

**CIRCUIT LOCAL RULE 84.1**

Comes now the plaintiff pursuant to D.C. Local Rule 84.1et seq. inquiring about the mediation program in a spirit of conciliation and good faith. This Court via Local Rule has encouraged all litigants to contact officials of this program to secure general information about the mediation program, to discuss the suitability of mediation in a particular case, or to raise concerns plaintiff has about the programs availability or suitability to the pro se litigant. It is also plaintiffs understanding that the Mediation Program is disfavored in pro se litigants unless they are represented by Counsel during that process.

MOTION FOR MEDIATION - 1

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

1 Please be advised that this pro se plaintiff has no problem with being represented by Counsel
2 during the mediation process. Despite the heavy posturing and legal strategy of the defendants in
3 this case, plaintiff stands firm and resolute no matter how many firms or attorneys are on the
4 other side.

6 Direct access to each of plaintiff's works has been overwhelmingly shown to. Probative
7 similarities as well as substantial similarities of plaintiff's literal expressions are glaringly found
8 within the chorus line components of defendant's works. (10) Ten songs are presently in issue,
9 with 20 more on the way. Plaintiff believes it has a huge likelihood of success on the merits of
10 these claims, whether mediation is a chosen option or not.

12 However, plaintiff seeks to improve communication across party lines, articulate the interests of
13 both sides, probe the strengths and weaknesses of both parties case in chief, identify legal and
14 factual issues, and identify common areas of interest in order to generate options for a mutually
15 agreeable resolution of this case. Plaintiff hereby asks this Court to refer this case to The
16 Mediation Program, in the interests of justice, and for any other and further relief this Court
17 deems just and proper.

Dated this 11th day of May, 2007

By: _____
ROBERT R. PRUNTE'
(APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND
21218

**RESPECTFULLY SUBMITTED;**

MOTION FOR MEDIATION - 2

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

## CERTIFICATE OF SERVICE

I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN STATED ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES WERE MAILED A CORRECT COPY OF THE AFFOREMENTIONED ON OR ABOUT ___11th___ MAY, 2007

BY: _/s/ Robert R. Prunte'_

ROBERT R. PRUNTE' (APPEARING PRO SE)

JENNER & BLOCK C/O MR. MICHAEL DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005 & CLERK'S OFFICE, THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001

Dated this 11th day of May, 2007

By: _/s/ Robert R. Prunte'_
ROBERT R. PRUNTE'
(APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND
21218