ROBERT R. PRUNTE' (APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

**RECEIVED**

MAY 1 4 2007

UNITED STATES DISTRICT COURT

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE, | Case No.: No. 1:06-cv-00480-PLF |
| Plaintiff, | MEDIATION PROPOSED ORDER |
| vs. | |
| UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC RECORDING CORP. ET AL & VIACOM INTERNATIONAL ET AL, | |
| Defendant | |

It is hereby ORDERED that all parties SHOW CAUSE, no later than June 30, 2007, to this Court why this case should not be referred to The D.C. Circuit Mediation Program as soon as possible. Plaintiff has previously agreed to be represented by Counsel during the Mediation Process.

Dated this ____ day of May, 2007

By: _____

**HONORABLE PAUL L. FRIEDMAN**
U.S.D.J

RESPECTFULLY SUBMITTED;

PROPOSED ORDER FOR MEDIATION - 1

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

CERTIFICATE OF SERVICE

I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN STATED ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES WERE MAILED A CORRECT COPY OF THE AFFOREMENTIONED ON OR ABOUT _____ MAY, 2007

BY: _____

ROBERT R. PRUNTE' (APPEARING PRO SE)

JENNER & BLOCK C/O MR. MICHAEL DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005 & CLERK'S OFFICE, THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001

Dated this _____ day of May, 2007

By: _____
ROBERT R. PRUNTE'

(APPEARING PRO SE')

614 WYANOKE AVENUE

BALTIMORE, MARYLAND

21218

PROPOSED ORDER FOR MEDIATION - 2

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218