ROBERT R. PRUNTE' (APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
410.323.2483 OR 301.514.4028

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT R. PRUNTE, | ) | Case No.: No. 1:06-cv-00480-PLF |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC | ) | UNCLEAN HANDS |
| RECORDING CORP. ET AL & VIACOM | ) | |
| INTERNATIONAL ET AL, | ) | |
| Defendant | ) | |

**PROPOSED ORDER**

It is hereby **ORDERED** that due to the overwhelming evidence of Direct Access to plaintiff's works, this Court rules as a matter of fact and law that such Direct Access was done intentionally and purposefully. Any reasonable inferences necessarily flowing from the facts of such massive Direct Access should reside in the plaintiff and not in the defendants.

**SO ORDERED**

DOCTRINE OF UNCLEAN HANDS - 1                    ROBERT R. PRUNTE' (PRO SE')
                                                 614 WYANOKE AVENUE
                                                 BALTIMORE, MARYLAND 21218
                                                 410.323.2483 OR 301.514.4028

1

2

3  _____

4  UNITED STATES DISTRICT COURT JUDGE
   PAUL L. FRIEDMAN U.S.D.J.

5

6

7

8  Dated this /1th day of May, 2007

9  By: _____

10     ROBERT R. PRUNTE'
       (APPEARING PRO SE')

11     614 WYANOKE AVENUE
       BALTIMORE, MARYLAND
12     21218
       410.323.2483  OR  301.514.4028

13  RESPECTFULLY SUBMITTED;

14

15

16

17

18                    CERTIFICATE OF SERVICE

19

20  I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE

    AND CORRECT ACCOUNT OF THE HEREIN STATED ALLEGED MATTERS AND EVENTS,
21
    AND THAT THE FOLLOWING ENTITIES WERE MAILED A CORRECT COPY OF THE
22
    AFFOREMENTIONED ON OR ABOUT _____ MAY, 2007
23

24  BY: _____

25  ROBERT R. PRUNTE' (APPEARING PRO SE)

DOCTRINE OF UNCLEAN HANDS - 2              ROBERT R. PRUNTE' (PRO SE')
                                            614 WYANOKE AVENUE
                                          BALTIMORE, MARYLAND 21218
                                          410.323.2483  OR  301.514.4028

1  JENNER & BLOCK C/O MR. MICHAEL DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE

2  1200 SOUTH, WASHINGTON, D.C. 20005 & CLERK'S OFFICE, THE UNITED STATES

3  COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333

4  CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001

5

6  Dated this //th day of May, 2007

7

8  By: _____

9                                      ROBERT R. PRUNTE'

10                                     (APPEARING PRO SE')

11                                     614 WYANOKE AVENUE

12                                     BALTIMORE, MARYLAND

13                                     21218

14

15

16

17

18

19

20

21

22

23

24

25

DOCTRINE OF UNCLEAN HANDS - 3

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
410.323.2483  OR  301.514.4028