ROBERT R. PRUNTE' (APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

RECEIVED
MAY 14 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE,  )<br>           )<br>    Plaintiff,  )<br>           )<br>    vs.    )<br>           )<br>UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC  )<br>           )<br>RECORDING CORP. ET AL & VIACOM  )<br>           )<br>INTERNATIONAL ET AL,  )<br>           )<br>    Defendant  )<br>           ) | Case No.: No. 1:06-cv-00480-PLF<br><br><br><br><br><br>MOTION FOR DEFAULT |

## MOTION FOR DEFAULT AGAINST VIACOM INTERNATIONAL

Comes now the plaintiff with this motion for default against Viacom International which has failed to appear in this action, after being duly noticed and served with process. (See: Exhibit A).

F.R.C.P. Rule 55 provides that where a party fails to plead or otherwise defend against a complaint, a Default Judgment can be obtained against such person. Upon entry of default, the well-pleaded allegations of the complaint relating to a defendants liability are taken as true, with the exception of the allegations as to the amount of damages.

Default Judgment should not be different than that which is sought in the complaint, which is, in this case, a sum of not less than $30 million dollars.

default

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

1  If a default is therefore not entered in favor of the plaintiff, the plaintiff will suffer extreme
2  prejudice by allowing Viacom to stay away from this action.  Furthermore, plaintiff has a
3  substantive case which is non frivolous and meritorious.  Direct Access has been shown in this
4  case as well as myriad instances of Probative Similarities between the works at issue.
5
6  Also, the complaint is indeed well-pleaded and has survived (2) two attacks by Motions to
7  Dismiss, (although the first one was made moot by a complaint amendment).  The sum of money
8  at stake in this case is astronomical.  The shenanigans of Viacom should not be tolerated.
9  Obviously, Viacom does not dispute the material facts of this case and merely seek to avoid
10 responsibility for the subsequent litigation of these facts.  Likewise, there is no amount of
11 excusable neglect which can excuse such recalcitrant actions.
12
13 There is a strong policy underlying Federal Rules of Civil Procedure favoring decisions on the
14 merits and, as such, is further reason Viacom must answer the complaint or suffer the statutory
15 penalty. Default Judgment should be ordered against Viacom International or they should be
16 directed to Show Cause why they do not have to answer the well-pleaded complaint or for any
17 other and further relief this Court deems just and proper.
18
19
20
21
22 RESPECTFULLY SUBMITTED;
23
24
25

default                                           ROBERT R. PRUNTE' (PRO SE')
                                                  614 WYANOKE AVENUE
                                                  BALTIMORE, MARYLAND 21218

CERTIFICATE OF SERVICE

I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN STATED ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES WERE MAILED A CORRECT COPY OF THE AFFOREMENTIONED ON OR ABOUT _____ MAY, 2007

BY: _____
ROBERT R. PRUNTE' (APPEARING PRO SE)

JENNER & BLOCK C/O MR. MICHAEL DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005 & CLERK'S OFFICE, THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001

Dated this          day of May, 2007

By: _____
ROBERT R. PRUNTE'
(APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND
21218

default

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

Exhibit A

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CLOUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE & YO WORLD MUSIC. DBA ROWDY CITY RETURNS | ) Civil Action No.: 06CV00480 <br> ) <br> ) <br> ) |
| Plaintiff <br> v. <br> VIACOM INTERNATIONAL, ET AL <br><br> Defendant | ) **AFFIDAVIT OF SERVICE** <br> ) <br> ) <br> ) <br> ) <br> ) |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on MARCH, 24, 2006 at 11:00 AM at P.A.P.C 45 JOHN ST SUITE 711 NEW YORK, NY 10038, deponent served the within SUMMONS AND COMPLAINT on VIACOM INTERNATIONAL, ET AL C/O SPIEGEL & UTERA therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to PEN DIMATTEO personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PROCESS SPECIALIST authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Brown    Glasses: Yes    Approx. Age: 30    Height: 5' 7    Weight: 150
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Loai F. Sarsour, Lic. #1133309        Executed on: 3/27/06
INDIVIDUAL ROBERT PRUNTE
1702 Linden Avenue
Baltimore, MD 21217
(301) 514-4023

Subscribed and sworn to before me, a notary public, on this 27th day of March, 2006.

_____ My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

**ORIGINAL**

ID: 06-001759
Client Reference: Prunte v Viacom

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### District of Columbia

Robert R. Prunte' & YoWorld Music Co. dba Rowdy City Records

SUMMONS IN A CIVIL CASE

v.

Viacom International et al

CASE NUMBER: 1:06CV00480
JUDGE: Paul L. Friedman
DECK TYPE: Pro se General Civil
DATE STAMP: 03/15/2006

TO: (Name and address of Defendant)

Spiegel & Utrera
P.A.P.C. 45 Johns St. 711
New York, N.Y. 10038

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert R. Prunte'
YoWorld Music Co.
1702 Linden Ave.
Baltimore, Maryland 21217

an answer to the complaint which is served on you with this summons, within (20) twenty days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

MAR 15 2006
DATE