1  ROBERT R. PRUNTE' (APPEARING PRO SE')
   614 WYANOKE AVENUE
2  BALTIMORE, MARYLAND 21218
   410.323.2483  Or 301.514.4028
3

4                    UNITED STATES DISTRICT COURT

5                    FOR THE DISTRICT OF COLUMBIA

6

7  ROBERT R. PRUNTE,                )        Case No.: No. 1:06-cv-00480-PLF
                                    )
8           Plaintiff,              )
                                    )
9       vs.                         )
                                    )
10 UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC )
                                    )
11 RECORDING CORP. ET AL & VIACOM   )        PROPOSED ORDER
                                    )
12 INTERNATIONAL ET AL,             )
                                    )
13          Defendant               )
                                    )
14 _____)

15

16 It is hereby ORDERED that defendant VIACOM INTERNATIONAL being duly served notice

17 of this action, must file an answer to the Amended Complaint, or otherwise appear or defend this

18 action, no later than June 30, 2007.  Should it appear to this Court that VIACOM

19 INTERNATIONAL has not plead or otherwise defended this action, a Default Judgment will be

20 entered against you for the sum certain stated in the Amended Complaint.

21

22 _____

23 USDJ Paul L. Friedman

24

25

                                         ROBERT R. PRUNTE' (PRO SE')
                                             614 WYANOKE AVENUE
                                         BALTIMORE, MARYLAND 21218

RESPECTFULLY SUBMITTED;

CERTIFICATE OF SERVICE

I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN STATED ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES WERE MAILED A CORRECT COPY OF THE AFFOREMENTIONED ON OR ABOUT ___11th___ MAY, 2007

BY: _____

ROBERT R. PRUNTE' (APPEARING PRO SE)

JENNER & BLOCK C/O MR. MICHAEL DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005 & CLERK'S OFFICE, THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001

Dated this ___ day of May, 2007

_____
ROBERT R. PRUNTE'
(APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND
21218

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218