IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. PRUNTÉ, ET AL.,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**UNIVERSAL MUSIC GROUP, INC., ET AL.,**<br><br>    **Defendants.** | **Civil Action No. 06-480 (PLF)** |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that the undersigned will appear as counsel in this action on behalf of defendant Viacom International, Inc., for the limited purpose of challenging the sufficiency of service of process under FED. R. CIV. P. 12(b)(4) & 12(b)(5) and opposing [34] Plaintiffs' motion for entry of default and for an award of judgment by default. The undersigned hereby certify that they are admitted to practice in this Court.

Dated:  June 6, 2007          Respectfully submitted,

                                           By:     /s/ Michael D. Sullivan
                                                 Michael D. Sullivan, D.C. Bar No. 339101

                                           By:     /s/ John B. O'Keefe
                                                 John B. O'Keefe, D.D.C. Bar No. D00289

                                           LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
                                           1050 Seventeenth Street, N.W., Suite 800
                                           Washington, D.C.  20036-5514
                                           (202) 508-1100; Facsimile (202) 861-9888
                                           Email: msullivan@lskslaw.com
                                           Email: jokeefe@lskslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 6th day of June 2007, I directed that a true and correct copy of the foregoing Notice of Appearance be served upon the following in the manners specified below:

      Robert R. Prunté
      614 Wyanoke Avenue
      Baltimore, MD  21218
      *(Via first-class mail, postage prepaid)*

        *Plaintiff proceeding* pro se

      Michael Brian DeSanctis
      JENNER & BLOCK LLP
      601 13th Street, NW
      Suite 1200 South
      Washington, DC  20005
      Email: mdesanctis@jenner.com
      *(Via ECF)*

        *Counsel for Defendants UMG Recordings, Inc., and Atlantic Recording Corp.*

      /s/ John B. O'Keefe
      John B. O'Keefe