IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. PRUNTÉ, ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**UNIVERSAL MUSIC GROUP, INC., ET AL.,**<br><br>Defendants. | Civil Action No. 06-480 (PLF) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS
BY VIACOM INTERNATIONAL INC.**

As required by Rule 7.1 of the Local Civil Rules of the United States District Court for the District of Columbia, I, the undersigned counsel of record for Viacom International Inc., hereby certify that, to the best of my knowledge and belief, the following are the parent companies, subsidiaries, or affiliates of Viacom International Inc., that have outstanding securities in the hands of the public: Viacom International Inc., is a wholly owned subsidiary of Viacom Inc., a Delaware corporation whose securities are traded on the New York Stock Exchange. These representations are made in order that judges of this court may determine the need for recusal.

Dated: June 18, 2007

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ LLP

By:  /s/
John B. O'Keefe, D.D.C. Bar No. D00289

1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036-5514
(202) 508-1100; Facsimile: (202) 861-9888