IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT R. PRUNTÉ, ET AL.,

        Plaintiffs,

vs.

UNIVERSAL MUSIC GROUP, INC., ET AL.,

        Defendants.

Civil Action No. 06-480 (PLF)

## DECLARATION OF JOSEPH R. MOLKO

Joseph R. Molko, pursuant to 28 U.S.C. § 1746, declares as follows:

I serve as Vice President and Senior Counsel, Intellectual Property and Litigation, for MTV Networks, a division of Viacom International Inc. ("Viacom"). I submit this declaration in support of Viacom's Motion to Dismiss. Except to the extent otherwise indicated, I have personal knowledge of the facts herein and would be competent to testify to them.

1. Viacom, a wholly owned subsidiary of Viacom Inc., is a Delaware corporation that maintains its principal offices in New York.

2. Viacom has never employed or maintained any relationship, including that of a registered agent, with either Pen DiMatteo or Spiegel & Utrera, the individual and entity that are identified in the Affidavit of Service accompanying Plaintiff's motion for default judgment as having accepted service of process in this action on behalf of Viacom on March 24, 2006.

3. To the best of my knowledge, Viacom first learned of this action on May 21, 2007, when Donald Verrilli of the law firm Jenner & Block, counsel for UMG Recordings, Inc., and Atlantic Recording Corp. in this action, contacted Mark Morril, the senior vice president and

deputy general counsel of Viacom Inc., at the behest of the Court to inform Viacom of the pendency of Plaintiff's motion for default judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2007.

_____
Joseph R. Molko