ROBERT R. PRUNTE' (APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT R. PRUNTE, ) Case No.: No. 1:06-cv-00480-PLF
)
Plaintiff, )
)
vs. )
)
UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC )
)
RECORDING CORP. ET AL & VIACOM ) Plaintiff's Opposition to Viacom's Motion to
) Dismiss
INTERNATIONAL ET AL, )
)
Defendant )
)

Comes now the pro se plaintiff with its opposition to Defendant's Motion to Dismiss, and in further support of its Motion & Affidavit of Default against Viacom, et al. As expressed from the Case Management/Scheduling hearing held on May 18, 2007, Viacom from the outset made a decision to allow Jenner & Block to do battle with plaintiff initially, in hopes of plaintiff being vanquished early on. This theory of theirs is flat out evasion. Viacom has utterly no regard for the sanctity of Federal procedure, practice or custom. See Below:

**Rule 7. Pleadings Allowed; Form of Motions**

*(a) Pleadings.*

*There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-*

> *party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.*

Viacom was served with the complaint in the same manner as Universal and Atlantic Records, on approximately 3 March 2006 by professional process server/specialist, Loai F. Sarsour upon a Mr. Pen DiMatteo at the offices of Spiegel & Utrera, of P.A.P.C. 45 John Street Suite 711, New York, N.Y. 10038. (See Exhibit A).

Viacom itself swore to the New York State Division Of Corporations that indeed, Spiegel & Utrera are the "registered agents" for this company regarding service of process. (See Exhibit B). Likewise, this Court issued official summons to Spiegel & Utrera on March 15, 2006.

The affidavit stating so-called facts described by Viacom, when compared to documented proof, merely work to test the patience of the Court. In reality, Counsel has "fallen on it's own sword" by misrepresenting such proof.

The defendant's efforts are obviously dilatory, recalcitrant, self-defeating and so-far, defenses non-existent. Surely such high-handedness and disrespect before this Court will be addressed during this case which seeks to achieve the highest levels of integrity and a perfect restatement of The United States Copyright Laws.

Viacom should suffer the ultimate penalty of Default for the sum certain listed within the complaint if it does not wish to appear and defend the action.

Opposition/Viacom

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

The plaintiff as well as this Court should be relieved sua sponte, of the shenanigans of the defendants and justice served in a manner deserving of such actions, and any other relief this Court deems just and proper.

Respectfully Submitted by:

*[signature]*

Robert R. Prunte'

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS COMPLAINT ON OR ABOUT __12 AM__ JUNE __27th__ 2007.

*[signature]*

BY: Robert R. Prunte'

**JENNER & BLOCK**, C/O MR. MICHAEL B. DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005; **LEVINE, SULLIVAN, KOCH & SCHULTZ**, C/O MICHAEL D. SULLIVAN, 1050 SEVENTEENTH STREET, N.W., SUITE 800, WASHINGTON, D.C. 20036-5514 & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C.

Opposition/Viacom

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

1 | 20001, C/O, CLERK'S OFFICE.

BY: _____

ROBERT R. PRUNTE'

614 WYANOKE AVENUE

BALTIMORE, MARYLAND 21218

1.410.323.2483  / 1.301.514.4028

Opposition/Viacom

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218