Exhibit A.

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CLOUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE & YO WORLD MUSIC CO. DBA ROWDY CITY RECORDS <br><br> Plaintiff <br> v. <br> WARNER MUSIC GROUP, ET, AL. <br><br> Defendant | ) <br> ) Civil Action No.: 06 CV00480 <br> ) <br> ) <br> ) AFFIDAVIT OF SERVICE <br> ) <br> ) <br> ) <br> ) <br> ) |

STATE OF NEW YORK: COUNTY OF KINGS    ss:

I, LOAI F. SARSOUR, being duly sworn deposes and says deponent is not a party to this action, I am a United States Citizen and, I am over the age of eighteen years and reside in the state of NEW YORK. That on MARCH, 29, 2006 at 4:28 PM at 111 EIGHTH AVE, 13TH FLOOR, NEW YORK, NY 10011, deponent served the within SUMMONS AND COMPLAINT on WARNER MUSIC GROUP, ET, AL. C/O CT CORPORATION therein named.

CORPORATION: a corporation by delivering thereat a true copy of each to AIXA FLORES personally, deponent knew said corporation so served to be the corporation described in legal papers and knew said individual to be the PROCESS CLERK authorized agent thereof.

DESCRIPTION: Deponent further states that the description of the person actually served is as follows:
Gender: Female    Race/Skin: Hispanic    Hair: Brown    Glasses: No    Approx. Age: 40    Height: 5' 4    Weight: 160
Description of Door:
Distinguishing Features:

COMMENTS:

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____      4/3/06
Loai F. Sarsour, Lic. #1133309              Executed on:
INDIVIDUAL ROBERT PRUNTE
1702 Linden Avenue
Baltimore, MD 21217
(301) 514-4028

Subscribed and sworn to before me, a notary public, on this 3rd day of April, 2006.

_____     My Commission Expires:
Notary Public

MARIA L. BASS
Notary Public, State of New York
No. 01BA6107290
Qualified in Kings County
Commission Expires March 22, 2008

COPY

ID: 06-001761
Client Reference: Prunte v Warner Music Group

Exhibit B

# NYS Department of State
### Division of Corporations

## Entity Information

**Selected Entity Name:** VIACOM COMMUNICATIONS GROUP, INC.

**Current Entity Name:** VIACOM COMMUNICATIONS GROUP, INC.
**Initial DOS Filing Date:** AUGUST 13, 2002
**County:** QUEENS
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
VIACOM COMMUNICATIONS GROUP, INC.
98-28 QUEENS BOULEVARD
REGO PARK, NEW YORK 11374

**Registered Agent**
SPIEGEL & UTRERA, P.A.P.C.
45 JOHN STREET SUITE 711
NEW YORK, NEW YORK 10038

**NOTE:** New York State does not issue organizational identification numbers.

[ Search Results ] [ Search the Database ]

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]