**Exhibit B**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Columbia**

**Robert R. Prunte' & YoWorld Music Co. dba Rowdy City Records**

SUMMONS IN A CIVIL CASE

v.

**Viacom International et al**

CASE NUMBER: 1:06CV00480
JUDGE: Paul L. Friedman
DECK TYPE: Pro se General Civil
DATE STAMP: 03/15/2006

TO: (Name and address of Defendant)

Spiegel & Utrera
P.A.P.C. 45 Johns St. 711
New York, N.Y. 10038

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert R. Prunte'
YoWorld Music Co.
1702 Linden Ave.
Baltimore, Maryland 21217

an answer to the complaint which is served on you with this summons, within **(20) Twenty** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

MAR 15 2006
DATE