IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT R. PRUNTE, ET AL.,

    Plaintiffs,

vs.

UNIVERSAL MUSIC GROUP, INC., ET AL.,

    Defendants.

Civil Action No. 06-480 (PLF)

## REPLY DECLARATION OF JOSEPH R. MOLKO

Joseph R. Molko, pursuant to 28 U.S.C. § 1746, declares as follows:

I serve as Vice President and Senior Counsel, Intellectual Property and Litigation, for MTV Networks, a division of Viacom International Inc. ("Viacom"). I submit this declaration in support of Viacom's Motion to Dismiss. Except to the extent otherwise indicated, I have personal knowledge of the facts herein and would be competent to testify to them.

1. Viacom, a wholly owned subsidiary of Viacom Inc., has never maintained any corporate or other relationship with "Viacom Communications Group, Inc.," of 98-28 Queens Boulevard, Rego Park, NY 11374.

2. Submitted herewith as Exhibit A is a true and correct copy of relevant portions of the Annual Report to the Securities and Exchange Commission ("Form 10-K") of Viacom Inc., for the calendar year 2006, which lists all of Viacom Inc.'s corporate subsidiaries. As reflected therein, neither Viacom nor Viacom's parent company, Viacom Inc., maintains any affiliation with "Viacom Communications Group, Inc."

3. Viacom's registered agent in the State of New York is (and was at all times in 2006) the Corporation Service Co. ("CSC"), 80 State Street, Albany, NY 12207-2543.

4. To the best of my knowledge, the New York Department of State maintains a publicly available Internet database of corporations that are registered to transact business in the state. That Web site, which is accessible at http://appsext8.dos.state.ny.us/corp_public, permits users to search for corporate registration information based on a corporation's name.

5. On July 3, 2007, I searched that database for active business entities whose name begins with "Viacom." A true and correct copy of the results of that search is submitted herewith as Exhibit B.

6. Among the registration records that were generated in response to that query was the record for Viacom International Inc. A true and correct copy of that record is submitted herewith as Exhibit C. As reflected therein, CSC is listed as the company's registered agent.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5th, 2007.

Joseph R. Molko