# EXHIBIT A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2006

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission File Number 001-32686

# VIACOM INC.
(Exact name of registrant as specified in its charter)

| DELAWARE | 20-3515052 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

1515 Broadway
New York, NY 10036
(212) 258-6000
(Address, including zip code, and telephone number,
including area code, of registrant's principal executive offices)

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Class A Common Stock, $0.001 par value | New York Stock Exchange |
| Class B Common Stock, $0.001 par value | New York Stock Exchange |
| 6.85% Senior Notes due 2055 | New York Stock Exchange |

**Securities Registered Pursuant to Section 12(g) of the Act:**

None
(Title Of Class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.  Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☒  No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):  Large accelerated filer ☒  Accelerated filer ☐  Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).  Yes ☐  No ☒

As of the close of business on June 30, 2006, the last business day for the registrant's most recently completed second fiscal quarter, there were 61,541,108 shares of the registrant's Class A common stock, par value $0.001 per share, and 654,448,196 shares of its Class B common stock, par value $0.001 per share, outstanding. The aggregate market value of Class A common stock held by non-affiliates as of June 30, 2006 was approximately $528.8 million (based upon the closing price of $35.95 per share as reported by the New York Stock Exchange on that date). The aggregate market value of Class B common stock held by non-affiliates as of June 30, 2006 was approximately $22.15 billion (based upon the closing price of $35.84 per share as reported by the New York Stock Exchange on that date).

As of January 31, 2007, 59,297,997 shares of our Class A common stock and 632,860,140 shares of our Class B common stock were outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of Viacom Inc.'s Notice of 2007 Annual Meeting of Stockholders and Proxy Statement to be filed with the Securities and Exchange Commission pursuant to Regulation 14A of the Securities Exchange Act of 1934, as amended (the "Proxy Statement") (Portion of Item 5) (Part III).

Exhibit 21.1

## Subsidiaries of Viacom Inc.
## (as of January 31, 2007)

### Domestic

| Subsidiary Name | Place of Incorporation or Organization |
| --- | --- |
| $600/Hour Productions LLC | Delaware |
| 365Gay LLC | Delaware |
| 37th Floor Productions Inc. | Delaware |
| 38th Floor Productions Inc. | Delaware |
| 5555 Communications Inc. | Delaware |
| Aardvark Productions, Inc. | Delaware |
| Acoustic Music, Inc. | Tennessee |
| Adoy LLC | Delaware |
| After School Productions Inc. | Delaware |
| AfterL.com LLC | Delaware |
| Air Realty Corporation | Delaware |
| Air Realty LLC | Delaware |
| All About Productions LLC | Delaware |
| Animated Productions Inc. | Delaware |
| Antics G.P. Inc. | Delaware |
| Artcraft Productions Inc. | Delaware |
| Atom Entertainment, Inc. | Delaware |
| Bardwire Inc. | Delaware |
| Benjamin Button Productions LLC | Louisiana |
| BET Acquisition Corp. | Delaware |
| BET Animations, LLC | Delaware |
| BET Arabesque, LLC | Delaware |
| BET Comic View II, LLC | Delaware |
| BET Creations, Inc. | Delaware |
| BET Development Company | Delaware |
| BET Documentaries, LLC. | Delaware |
| BET Event Productions, LLC | Delaware |
| BET Grilled, LLC | Delaware |
| BET Holdings LLC | Delaware |
| BET Innovations Publishing, Inc. | Delaware |
| BET Interactive, LLC | Delaware |
| BET International, Inc. | Delaware |
| BET Live From LA, LLC | Delaware |
| BET Live Production, LLC | Delaware |
| BET Music Soundz, Inc. | Delaware |
| BET Oh Drama!, LLC | Delaware |
| BET Pictures II Development & Production, Inc. | Delaware |
| BET Pictures II Distribution, Inc. | Delaware |

| Entity | Jurisdiction |
|---|---|
| BET Pictures II, LLC | Delaware |
| BET Prime and Mike, LLC | Delaware |
| BET Productions II, Inc. | Delaware |
| BET Productions III, LLC | Delaware |
| BET Productions IV, LLC | Delaware |
| BET Publications, LLC | Delaware |
| BET Radio, L.L.C. | Delaware |
| BET Satellite Services, Inc. | Delaware |
| BET Services, Inc. | Delaware |
| BET Sheryl & Friends, LLC | Delaware |
| BET Television Productions, LLC | Delaware |
| BET The Way We Do It, LLC | Delaware |
| Beta Theatres Inc. | Delaware |
| Big Shows Inc. | Delaware |
| Black Entertainment Television LLC | District of Columbia |
| Blackout Productions Inc. | Delaware |
| Bling Productions Inc. | Delaware |
| Blue Sea Productions, Inc. | Delaware |
| Blue/White Productions Inc. | Delaware |
| BN Productions Inc. | Delaware |
| Box Italy LLC, The | Delaware |
| Box Worldwide LLC, The | Delaware |
| Caballero Acquisition Inc. | Delaware |
| California Holdings LLC | Delaware |
| CBS Cable Networks, Inc. | Delaware |
| Central Productions LLC | Delaware |
| Cinamerica Service Corporation | Delaware |
| Cloverleaf Productions Inc. | Delaware |
| CMT Productions Inc. | Delaware |
| Cocktails @ 4 Productions LLC | Delaware |
| College Publishing Inc. | Delaware |
| Columbus Circle Films LLC | Delaware |
| Comedy Partners | New York |
| Country Entertainment, Inc. | Delaware |
| Country Music Television, Inc. | Tennessee |
| Country Network Enterprises, Inc. | Delaware |
| Country Services Inc. | Delaware |
| country.com, Inc. | Delaware |
| Cradle of Life Productions LLC | Delaware |
| Creative Mix Inc. | Delaware |
| Danielle Productions LLC | Delaware |
| Daza Productions Inc. | Delaware |
| Delaware Blue Steel Inc. | New York |
| DIGICO Inc. | Delaware |
| Direct Court Productions, Inc. | Delaware |
| DreamWorks Distribution LLC | Delaware |

| | |
|---|---|
| DreamWorks Dramatic TV LLC | Delaware |
| DreamWorks Films LLC | Delaware |
| DreamWorks Finance LLC | Delaware |
| DreamWorks International Distribution LLC | Delaware |
| DreamWorks International Productions LLC | Delaware |
| DreamWorks Internet LLC | Delaware |
| DreamWorks L.L.C. | Delaware |
| DreamWorks Music Publishing LLC | Delaware |
| DreamWorks Music Publishing Nashville LLC | Delaware |
| DreamWorks Productions LLC | Delaware |
| DreamWorks Project Development LLC | Delaware |
| DreamWorks SKG TV LLC | Delaware |
| DreamWorks Television Animation LLC | Delaware |
| DreamWorks Television LLC | Delaware |
| DTE Films LLC | Delaware |
| DW Holdco LLC | Delaware |
| DW One Corp. | Delaware |
| DW Two Corp. | Delaware |
| DWTV Finance I LLC | Delaware |
| Eighth Century Corporation | Delaware |
| Emily Productions LLC | Delaware |
| Extreme Group Holdings Inc. | Delaware |
| Failure to Launch Productions LLC | Louisiana |
| Famous Music LLC | Delaware |
| Famous Orange Productions Inc. | Delaware |
| Festival Inc. | Delaware |
| Filmcraft Productions Inc. | Delaware |
| Future General Corporation | Delaware |
| Games Animation Inc. | Delaware |
| Games Productions Inc. | Delaware |
| GameTrailers Corp. | Delaware |
| GC Productions Inc. | Delaware |
| Gladiator Productions LLC | Delaware |
| Grace Productions LLC | Delaware |
| Gramps Company, Inc., The | Delaware |
| Hard Caliche LLC | New Mexico |
| Harmonix Music System, Inc. | Delaware |
| Hey Yeah Productions Inc. | Delaware |
| House of Yes Productions Inc. | Delaware |
| IFILM Corp. | Delaware |
| Imagine Radio, Inc. | California |
| International Overseas Film Services, Inc. | Delaware |
| International Overseas Productions, Inc. | California |
| Joseph Productions Inc. | Delaware |
| Ladies Man Productions USA Inc. | Delaware |
| Last Holiday Productions LLC | Louisiana |

| | |
|---|---|
| Little Boston Company Inc. | Delaware |
| Long Road Productions | Illinois |
| Longest Yard Productions Inc. | Delaware |
| Mad Production Trucking Company | Delaware |
| Magical Motion Pictures Inc. | Delaware |
| Magicam, Inc. | Delaware |
| Marathon Holdings Inc. | Delaware |
| Meadowlands Parkway Associates | New Jersey |
| Melange Pictures LLC | Delaware |
| Michaela Productions Inc. | Delaware |
| Mischief New Media Inc. | New York |
| MoonMan Productions Inc. | Delaware |
| MTV Animation Inc. | Delaware |
| MTV Asia Development Company Inc. | Delaware |
| MTV Australia Inc. | Delaware |
| MTV DMS Inc. | Delaware |
| MTV Networks Europe | Delaware |
| MTV India Development Company Inc. | Delaware |
| MTV Networks Enterprises Inc. | Delaware |
| MTV Networks Europe Inc. | Delaware |
| MTV Networks Global Services Inc. | Delaware |
| MTV Networks Latin America Inc. | Delaware |
| MTV Networks on Campus Inc. | Delaware |
| MTV Networks Shopping Inc. | Delaware |
| MTV Networks South Africa Inc. | Delaware |
| MTV Russia Holdings Inc. | Delaware |
| MTV Songs Inc. | Delaware |
| MTVBVI Inc. | Delaware |
| MTVi Group, Inc., The | Delaware |
| MTVi Group, L.P., The | Delaware |
| MTVN Direct Inc. | Delaware |
| MTVN Online Inc. | Delaware |
| MTVN Online Partner I Inc. | Delaware |
| MTVN Online Partner I LLC | Delaware |
| MTVN Shopping Inc. | Delaware |
| MTVN Video Hits Inc. | Delaware |
| Music By Nickelodeon Inc. | Delaware |
| Music By Video Inc. | Delaware |
| NeoPets, Inc. | Delaware |
| Netherlands Overseas Inc. | Delaware |
| Network Enterprises, Inc. | Delaware |
| Neutronium Inc. | Delaware |
| Newdon Productions | Delaware |
| Nick At Nite's TV Land Retromercials Inc. | Delaware |
| Nickelodeon Animation Studios Inc. | Delaware |
| Nickelodeon Australia Inc. | Delaware |

| | |
|---|---|
| Nickelodeon Brasil Inc. | Delaware |
| Nickelodeon Direct Inc. | Delaware |
| Nickelodeon Global Network Ventures Inc. | Delaware |
| Nickelodeon Magazines Inc. | Delaware |
| Nickelodeon Movies Inc. | Delaware |
| Nickelodeon Notes Inc. | Delaware |
| Nickelodeon Online Inc. | Delaware |
| Night Falls Productions Inc. | Delaware |
| NM Classics Inc. | Delaware |
| Noggin LLC | Delaware |
| Not Before 10am Productions Inc. | Delaware |
| NP Domains, Inc. | Delaware |
| NV International, Inc. | Georgia |
| O & W Corporation | Tennessee |
| One & Only Joint Venture, The | New York |
| On-Site Productions, Inc. | Delaware |
| Open Door Productions Inc. | Delaware |
| Outdoor Entertainment, Inc. | Tennessee |
| Pacific Productions LLC | Delaware |
| Paramount Canadian Productions, Inc. | Delaware |
| Paramount Digital Entertainment Inc. | Delaware |
| Paramount Films of Australia Inc. | Delaware |
| Paramount Films of China, Inc. | Delaware |
| Paramount Films of Egypt, Inc. | Delaware |
| Paramount Films of India, Ltd. | Delaware |
| Paramount Films of Italy, Inc. | Delaware |
| Paramount Films of Lebanon, Inc. | Delaware |
| Paramount Films of Pakistan Ltd. | Delaware |
| Paramount Films of Southeast Asia Inc. | Delaware |
| Paramount Home Entertainment Inc. | Delaware |
| Paramount Images Inc. | Delaware |
| Paramount LAPTV Inc. | Delaware |
| Paramount Licensing Inc. | Delaware |
| Paramount Overseas Productions, Inc. | Delaware |
| Paramount Pictures Corporation | Delaware |
| Paramount Pictures Louisiana Production Investments II LLC | Louisiana |
| Paramount Pictures Louisiana Production Investments III LLC | Louisiana |
| Paramount Pictures Louisiana Production Investments LLC | Louisiana |
| Paramount Production Support Inc. | Delaware |
| Paramount Productions Service Corporation | Delaware |
| Paramount Worldwide Productions Inc. | Delaware |
| Park Court Productions, Inc. | Delaware |
| Peanut Worm Productions Inc. | Delaware |
| Peppercorn Productions, Inc. | Tennessee |
| Perfect Score Films Inc. | Delaware |

| | |
|---|---|
| Pet II Productions Inc. | Delaware |
| Pop Channel Productions Inc. | Delaware |
| Pop Culture Productions Inc. | Delaware |
| Pop Toons Inc. | Delaware |
| Premiere House, Inc. | Delaware |
| Prime Directive Productions Inc. | Delaware |
| PT Productions Inc. | Delaware |
| RateMyProfessors.com Inc. | Delaware |
| RateMyProfessors.com International Inc. | Delaware |
| Remote Productions Inc. | Delaware |
| Sammarnick Insurance Corporation | New York |
| Scarab Publishing Corporation | Delaware |
| SFI Song Company | Florida |
| Shirley Valentine Company Joint Venture, The | Delaware |
| SKG Louisiana LLC | Louisiana |
| SKG Music LLC | Delaware |
| SKG Music Nashville Inc. | Delaware |
| SKG Music Publishing LLC | Delaware |
| SKG Productions LLC | Louisiana |
| SonicNet L.L.C. | Delaware |
| Spelling Films Inc. | Delaware |
| Spelling Films Music Inc. | Delaware |
| Spelling Pictures Inc. | Delaware |
| State of Mind Inc. | Delaware |
| Stepdude Productions LLC | Louisiana |
| Superstar Productions USA Inc. | Delaware |
| Talent Court Productions, Inc. | Delaware |
| TC Productions Inc. | Delaware |
| Thinner Productions, Inc. | Delaware |
| Timeline Films Inc. | Delaware |
| TNN Classic Sessions, Inc. | Delaware |
| TNN Productions, Inc. | Delaware |
| TV Land Canada Holding Inc. | Delaware |
| Tunes By Nickelodeon Inc. | Delaware |
| UGJ Productions Inc. | Delaware |
| Untitled Productions II LLC | Delaware |
| Urge Prepaid Cards Inc. | Virginia |
| Uptown Productions Inc. | Delaware |
| Viacom Animation of Korea Inc. | Delaware |
| Viacom Asia Inc. | Delaware |
| Viacom Camden Lock Inc. | Delaware |
| Viacom Global Services Inc. | Delaware |
| Viacom Hearty HA! HA! LLC | Delaware |
| Viacom Holdings Germany LLC | Delaware |
| Viacom Inc. | Delaware |
| Viacom International Inc. Political Action Committee Corporation | Delaware |

| | |
|---|---|
| Viacom International Inc. | Delaware |
| Viacom International Services Inc. | Delaware |
| Viacom Netherlands Management LLC | Delaware |
| Viacom Networks Europe Inc. | Delaware |
| Viacom Notes Inc. | Delaware |
| Viacom Realty Corporation | Delaware |
| Viacom Receivables Funding I Corporation | Delaware |
| Viacom Receivables Funding V Corporation | Delaware |
| Viacom Songs Inc. | Delaware |
| Viacom Subsidiary Management Corp. | Delaware |
| Viacom Telecommunications (D.C.) Inc. | Delaware |
| Viacom Tunes Inc. | Delaware |
| WF Cinema Holdings, L.P. | Delaware |
| Wilshire Court Productions, LLC | Delaware |
| World Sports Enterprises | Tennessee |
| Worldwide Productions, Inc. | Delaware |
| Wuthering Heights, CA Productions Inc. | Delaware |
| Xfire, Inc. | Delaware |
| Zoo Films LLC | Delaware |