# EXHIBIT C

# NYS Department of State

## Division of Corporations

## Entity Information

Selected Entity Name: VIACOM INTERNATIONAL INC.

Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | VIACOM INTERNATIONAL INC. |
| **Initial DOS Filing Date:** | DECEMBER 01, 2005 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | ACTIVE |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O MICHAEL D. FRICKLAS
1515 BROADWAY
NEW YORK, NEW YORK, 10036

**Registered Agent**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page