**Copyright**   Search Records Results

Registered Works Database (Title Search)
**Search For: WISH A MUTHA FUGGA WOULD**

---

**Check one or more terms, select the type of output display, and then click Submit:**

☐ WISH 'ROUND THE MOON (1 item)
☐ WISH A DAY (1 item)
☐ WISH A ROO (1 item)
☐ WISH A ROO DAY (1 item)
☐ WISH A ROO 2-DIMENSIONAL ARTWORK (1 item)
☐ WISH AD (1 item)
☐ WISH AGAIN (1 item)
☐ WISH AGAIN, BIG BEAR (2 items)
☐ WISH AGAIN, MICHIGAN (1 item)
☐ WISH ALL YOU WANT (1 item)
☐ WISH AND A DREAM (1 item)
☐ WISH AND A GOAL (2 items)

---

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

---

[ More Items ]

[ Conduct Another Search ]

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For: WE GOT IT POPPIN**

---

**Check one or more terms, select the type of output display, and then click Submit:**

☐ WE GOT IT ON FILM (1 item)
☐ WE GOT IT ON FIRE (1 item)
☐ WE GOT IT RIGHT (1 item)
☐ WE GOT IT THAT WAY (1 item)
☐ WE GOT IT TOGETHER (4 items)
☐ WE GOT IT. FLORIDA (TRAVEL WEEKLY) OCT. 14 (1 item)
☐ WE GOT IT, BABY (1 item)
☐ WE GOT JESUS (2 items)
☐ WE GOT KULCHA (1 item)
☐ WE GOT LETTERS (1 item)
☐ WE GOT LIFE (1 item)
☐ WE GOT LIQUOR : THE SINGLE (1 item)

---

**Select type of output display:**
◉ Brief (Summary) Display
◯ Full-Record Display
[ Submit ]

---

[ More Items ]

[ Conduct Another Search ]

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**   **Search Records Results**

Registered Works Database (Title Search)
**Search For: KINGS IN THE CITY**

---

**Check one or more terms, select the type of output display, and then click Submit:**

☐ KINGS IN HOUSE PLAYBACK-"GO KINGS GO (1 item)
☐ KINGS IN SHIRTSLEEVES (1 item)
☐ KINGS IN THE CORNER (1 item)
☐ KINGS IN THE CORNER : AGES 7 TO ADULT, 2 TO (1 item)
☐ KINGS IN THE CORNERS (1 item)
☐ KINGS IN THE KITCHEN (1 item)
☐ KINGS IN THE NIGHT (1 item)
☐ KINGS IN THE SKY (1 item)
☐ KINGS IN THEIR CASTLES : PHOTOGRAPHS OF QUE (1 item)
☐ KINGS ISLAND (1 item)
☐ KINGS ISLAND FULL WRAP MUG (1 item)
☐ KINGS ISLAND NUT COLLECTION (1 item)

---

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

---

[ More Items ]

[ Conduct Another Search ]

---

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For: SMOKE DRINK CUSS FIGHT**

---

**Check one or more terms, select the type of output display, and then click Submit:**

☐ SMOKE DREAMS AND OTHER VERSES (1 item)
☑ SMOKE DRIFTS TO THE SKY (1 item)
☐ SMOKE DRO (1 item)
☐ SMOKE DRY WET DEVICE (NICOTINE CONTROLLED D (1 item)
☐ SMOKE EASY 2117 (1 item)
☑ SMOKE EATER (2 items)
☑ SMOKE EATERS (2 items)
☐ SMOKE EM & CHOKE EM (1 item)
☑ SMOKE EMERGENCY KIT (1 item)
☐ SMOKE ENDERS CALENDAR (1 item)
☐ SMOKE ENTERTAINMENT COMPILATION (1 item)
☐ SMOKE ESCAPE DEVICE (1 item)

---

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

---

[ More Items ]

[ Conduct Another Search ]

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 **Search Records Results**

Registered Works Database (Title Search)
**Search For:** SO HIGH
**Items 1 - 20 of 81**
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

```
    Conduct Another Search
```

---

| | |
|---|---|
| 1. Registration Number: | RE-413-302 |
| Title: | So high. w & m aRonnie Self & aDub Allbritten. |
| Claimant: | Ronna Shaye Smith (C of Ronnie Self), Jolie Shacklett, Lani Myers (C of Dub Allbritten) |
| Effective Registration Date: | 23Dec88 |
| Original Registration Date: | 29Jun60; |
| Original Registration Number: | EU630109. |
| Original Class: | E |

---

| | |
|---|---|
| 2. Registration Number: | RE-476-523 |
| Title: | So high. w & m acErnie Sheldon. |
| Claimant: | Ernie Sheldon (A) |
| Effective Registration Date: | 4Apr90 |
| Original Registration Date: | 28Mar62; |
| Original Registration Number: | EU712985. |
| Original Class: | E |

---

| | |
|---|---|
| 3. Registration Number: | RE-486-047 |
| Title: | So high. w & m acJimmy Jones. |
| Claimant: | Jimmy Jones (A) |
| Effective Registration Date: | 2Aug90 |
| Original Registration Date: | 7Aug62; |
| Original Registration Number: | EU731579. |
| Original Class: | E |

---

| | |
|---|---|
| 4. Registration Number: | RE-711-259 |
| Title: | So high. Adaptation & arr.: Elvis Presley. |
| Claimant: | Lisa Marie Presley (C) |
| Effective Registration Date: | 4Dec95 |
| Original Registration Date: | 14Apr67; |
| Original Registration Number: | EU988831. |
| Original Class: | E |
| Claim Limit: | NEW MATTER: adaptation & arr. |

---

5. Registration Number: PA-72-739
Title: So high / [words and music] G. Myers, J. Farrell.
Note: Performed by Joanne Barnard.
In: Boys & girls. mInternational Pick LV7901, c1979. 1 sound disc : 33 1/3 rpm ; 12 in. side 2, band 5
Claimant: S. E. Music, Inc.
Created: 1979
Published: 19Nov79
Registered: 12Dec79
Author on © Application: Geoff Myers & John Farrell.
Miscellaneous: C.O. corres.
Special Codes: 37/M

6. Registration Number: PA-541-154
Title: So high / Richard B. Morgan, Steven M. Gruden.
Description: 1 sound cassette.
Claimant: Richard B. Morgan & Steven M. Gruden
Created: 1991
Published: 30Jun91
Registered: 11Oct91
Author on © Application: words & music: Richard B. Morgan & Steven M. Gruden.
Special Codes: 3/M/L

7. Registration Number: PA-546-861
Title: So high / writers, Michael McGregor, Evan Landes.
Description: 1 sound cassette.
Claimant: Creative Entertainment Music
Created: 1991
Published: 22Nov91
Registered: 10Dec91
Author on © Application: words & music: Michale McGregor, Evan Landes.
Special Codes: 3/M/L

8. Registration Number: PA-629-159
Title: Open book ; So high ; Up and gone ... [et al.]
Note: 5 selections.
Performed by Tab Benoit.
In: Nice and warm. mJustice Records JR 1201-2, c1992. Compact disc
Claimant: Justice Artists Music Corporation
Created: 1992
Published: 25Jan93
Registered: 12Aug93
Author on © Application: words & music: Tab Adam Benoit.
Special Codes: 3/M/L

9. Registration Number: PA-914-506
Title: Bong tokin' alcoholics ; Play on ; So high ; What's your trip?
Note: Performed by aKottonmouth Kings.

| | |
|---|---|
| In: | Royal highness. mCapitol Records CDP 7243 8 23857 2 1, c1998. Compact disc |
| Claimant: | EMI Virgin Songs, Inc., Williams Brothers Muzik, Daddy X Music, Fishbowled Music, Green 2 Da Bing Music |
| Created: | 1998 |
| Published: | 11Aug98 |
| Registered: | 22Sep98 |
| Author on © Application: | music: Andre Williams & Keith Williams; words: Brad Xavier, Dustin Miller & Steve Thorenson. |
| Special Codes: | 3/M/L |

| | |
|---|---|
| 10. Registration Number: | PA-935-402 |
| Title: | So high. |
| Description: | Sound cassette. |
| Note: | Words & music. |
| Claimant: | acBrad Xavier , 1965-, d.b.a. acDaddy X Music, acSteve Thornson , 1975-, d.b.a. acFishbowled Music, acDustin Miller , 1977-, d.b.a. acGreen 2 Da Bing Music, William Brothers Muzic |
| Created: | 1998 |
| Published: | 11Aug98 |
| Registered: | 7Jan98 |
| Special Codes: | 3/M/L |

| | |
|---|---|
| 11. Registration Number: | PA-936-048 |
| Title: | So high. |
| Note: | Performed by aII True. |
| In: | A new breed of female. mMo Thugs Records 88561-1582-2, c1997. Compact disc |
| Claimant: | EMI April Music, Inc., Siet Music, Mo' Thugs Muzik |
| Created: | 1998 |
| Published: | 9Sep97 |
| Registered: | 12Mar99 |
| Author on © Application: | words & music: Anthony Henderson (aKrazie Bone), Belinda Wallace, Cabrina Wilson. |
| Special Codes: | 3/M/L |

| | |
|---|---|
| 12. Registration Number: | PA-988-700 |
| Title: | So high / Barry & Michelle Patterson. |
| Description: | Sound cassette. |
| Note: | Words & music. Performed by Barry & Michelle Patterson. |
| Claimant: | acBarry Martin Patterson , 1967-, & acMichelle Alison Thornberry Patterson , 1973- |
| Created: | 1999 |
| Published: | 17Apr99 |
| Registered: | 27Dec99 |
| Special Codes: | 3/M/L |

13. Registration Number:   PA-1-036-390
                    Title:   So high.
                     Note:   Performed by Terry Blackwood.
                       In:   From the heart. Compact disc
                 Claimant:   His Image Music
                  Created:   2001
                Published:   30May01
               Registered:   17Jul01
Author on © Application:   arr.: Terry Blackwood , 1943-.
           Special Codes:   3/M/L

14. Registration Number:   PA-1-108-566
                    Title:   So high : traditional / arr. Russell Mauldin.
              Description:   12 p.
                     Note:   Words & music.
                 Claimant:   Pilot Point Music (a registered trade name of acNazarene Publishing
                            House)
                  Created:   2002
                Published:   18Sep02
               Registered:   10Oct02
               Claim Limit:   NEW MATTER: arr.
           Special Codes:   3/M

15. Registration Number:   PA-1-160-618
                    Title:   So high.
              Description:   Computer sound file.
                     Note:   Electronic registration.
                            Performed by John Legend.
                            Samples I don't need no reason.
                       In:   Get lifted. mGetting Out Our Dreams/Sony Urban Music/Columbia Ck
                            92776, 2004.
                 Claimant:   Jobete Music Company, Inc., John Legend Publishing
                  Created:   2004
                Published:   28Dec04
               Registered:   08Mar05
Author on © Application:   words & music: John Legend, Devon Harris, Paul Cho.
           Miscellaneous:   Rights and permissions info. on CORDS appl. in CO.
           Special Codes:   3/M/R

16. Registration Number:   PA-1-164-435
                    Title:   So high.
              Description:   Computer sound file.
                     Note:   Electronic registration.
                            Performed by atJagged Edge.
                       In:   Jagged Edge. mSony Urban Music/Columbia 82796 931616 2, 2006.
                 Claimant:   Para-Sac Music, LLC, 2 PM Music, LLC, EMI April Music, Inc.,
                            Shaniah Cymone Music/So So Def, Them Damn Twins Publishing, Life's
                            Bitch, BMI Songs, Inc., Zomba Enterprises, Inc.

Created: 2005
Published: 09May06
Registered: 27Jun06
Author on © Application: words and music: Paul Morton , Jr., Dave Atkinson, Cory McKay, Jermaine Dupri, Brian Casey, Brandon Casey, Anthony Cruz, Inga Marchand (Foxy Brown, pseud.), Nasir Jones.
Miscellaneous: Rights and permissions info. on CORDS appl. in CO.
Special Codes: 3/M/R

---

17. Registration Number: PA-1-164-634
Title: So high.
Description: Computer sound file.
Note: Electronic registration.
Performed by atJagged Edge.
Samples Affirmative action.
In: Jagged Edge. mSony Urban Music/Columbia 82796 93616 2, 2006.
Claimant: EMI April Music, Inc., Air Control Music, Them Damn Twins Publishing, Shaniah Cymone Music, Life's A Bitch Publishing, 2pm Music, Ill Will Music, Inc., Pork Music, Inc., Mega Music, Jelly's Jams, LLC, Jumping Beans Songs, ATK Publishing
Created: 2006
Published: 09May06
Registered: 03Aug06
Author on © Application: words & music: Brandon D. Casey, Brian D. Casey, Jermaine Dupri, PJ Morton.
Miscellaneous: Rights and permissions info. on CORDS appl. in CO.
Special Codes: 3/M/R

---

18. Registration Number: PA-1-193-624
Title: Pass me not ; So high ; Be thou my vision.
Note: Performed by the Martins.
In: Glorify, edify, testify. mSpring Hill CMD1019 7-89042-1019-2 9, c2001. Compact disc
Claimant: Willow Branch Publishing
Created: 2001
Published: 8Oct01
Registered: 31Mar03
Author on © Application: arr.: Robert White Johnson, Martins (Jonathan Martin, Joyce Martin, Joyce Martin McCollough)
Previous Related Version: Words & music preexisting.
Claim Limit: NEW MATTER: arr.
Special Codes: 3/M/L

---

19. Registration Number: PA-1-274-657
Title: So high.
Note: Cataloged from appl. only.
Contains sample of I don't need no reason.
In: Get lifted

|  |  |
|---|---|
| Claimant: | John Legend Publishing, Cherry Lane Music Publishing Company, Inc., Jobete Music, Four Deuce Publishing, New Wave Hip Hop Publishing |
| Created: | 2004 |
| Published: | 28Dec04 |
| Registered: | 5Apr05 |
| Author on © Application: | words & music: John Stephens (p.k.a. John Legend), Devon Harris, Paul Cho. |
| Special Codes: | 3/M/L |

|  |  |
|---|---|
| 20. Registration Number: | PA-1-288-225 |
| Title: | So high. |
| Note: | Performed by aJaguar Wright. |
| In: | Divorcing neo 2 marry soul. mSong/Artemis ATM-CD-51611, c2005. Compact disc |
| Claimant: | TVT Music, Inc., Inavoj Publishing, Scott Storch Music |
| Created: | 2005 |
| Published: | 8Aug05 |
| Registered: | 19Sep05 |
| Author on © Application: | words & music: Scott Storch, Jacquelyn Wright. |
| Special Codes: | 3/M/L |

[ More Items ] **(Items 21 - 40 of 81).**

[ Conduct Another Search ]

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For: IM SO HIGH**

**Check one or more terms, select the type of output display, and then click Submit:**

☐ IM SILBERWALD (1 item)
☐ IM SO GLAD (1 item)
☐ IM SOMMER (1 item)
☐ IM SOMMERWIND (1 item)
☐ IM SOMMERWIND, IDYLL (1 item)
☐ IM SPACE TECHNOLOGY 21 MILITARY TECH 21 MIL (1 item)
☐ IM SPEAKEASY (1 item)
☐ IM SPIEGEL DER LITERATURE : KURZPROSA AUS D (1 item)
☐ IM SPRACHLABOR UND ZU HAUSE, WIE GEHT'S? (3 items)
☐ IM SQL PIK (1 item)
☐ IM STALL (1 item)
☐ IM STALL VON BETHLEHEM (1 item)

**Select type of output display:**
◉ Brief (Summary) Display
◯ Full-Record Display
[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** STRIPPA
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | PAu-1-237-735 |
| Title: | Strippa / by P. J. Gibson. |
| Description: | 143 p. |
| Note: | Play. |
| Claimant: | P. J. Gibson |
| Created: | 1989 |
| Registered: | 31May89 |
| Special Codes: | 3/D |

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For: STRIPPA GIRL**

---

**Check one or more terms, select the type of output display, and then click Submit:**

☐ STRIPP (2 items)
☐ STRIPPA (1 item)
☐ STRIPPABLE MASKING WB (1 item)
☐ STRIPPALAND (1 item)
☐ STRIPPED (93 items)
☐ STRIPPED CAT (1 item)
☐ STRIPPED CRACKED ICE (1 item)
☐ STRIPPED FLOWERS (1 item)
☐ STRIPPED & TEASED : TALES FROM LAS VEGAS WO (1 item)
☐ STRIPPED : CARMEN LUVANA (1 item)
☐ STRIPPED : INSIDE THE LIVES OF EXOTIC DANCE (1 item)
☐ STRIPPED : INTRO (1 item)

---

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

---

[ More Items ]

[ Conduct Another Search ]

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | Search Records Results

Registered Works Database (Title Search)
**Search For: EVERYBODYS TALKIN BOUT US**

**Check one or more terms, select the type of output display, and then click Submit:**

☐ EVERYBODYS GOT THEIR SONG (1 item)
☐ EVERYBODYS KNOWS I'M YOURS (1 item)
☐ EVERYBODYS 1 (1 item)
☐ EVERYBOY (1 item)
☐ EVERYBOY'S COMPUTER GOES CRAZY (1 item)
☐ EVERYBREATH (2 items)
☐ EVERYBUG NEEDS A HUG (1 item)
☐ EVERYBUGGY FLY (1 item)
☐ EVERYCAT'S BOOK OF ETIQUETTE, A GUIDE TO PR (1 item)
☐ EVERYCHEF'S JOB (1 item)
☐ EVERYCHILD (1 item)
☐ EVERYCHILD : ADOPTED SONS AND DAUGHTERS (1 item)

**Select type of output display:**
◉ Brief (Summary) Display
◯ Full-Record Display
[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For: MANIAC**

**Check one or more terms, select the type of output display, and then click Submit:**

☐ MANIA, MAGNIFICAITON, AND LITERARY FORM : A (1 item)
☐ MANIA'S SONG (1 item)
☐ MANIAC (67 items)
☐ MANIAC : THE COMPREHENSIVE DESCRIPTION (1 item)
☐ MANIAC : VOL. 1 (1 item)
☐ MANIAC AT LARGE (1 item)
☐ MANIAC BLUES (2 items)
☐ MANIAC COBRAS (1 item)
☐ MANIAC COP (3 items)
☐ MANIAC COP III (1 item)
☐ MANIAC COP 2 (1 item)
☐ MANIAC COP 3 (1 item)

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright**   **Search Records Results**

Registered Works Database (Title Search)
**Search For:** MANIAC

**Items 1 - 40 of 67**

**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

[ Conduct Another Search ]

---

Check one or more and then [ Submit ] to see Full records.

**ITEM 1.** RE-470-670: Maniac. By aHammer Film Productions, Ltd. CLNA: acColumbia Pictures Industries, Inc. (PWH)

**ITEM 2.** RE-920-290: Maniac. By Sunset Productions Corporation/Sunset Projects. [Claimant:] acSunset Productions Corporation/Sunset Projects II, Ltd. (PWH)

**ITEM 3.** PA-75-182: Maniac / produced by Andrew Garroni and William Lustig ; directed by William Lustig. [Claimant:] acManiac Productions, Inc.

**ITEM 4.** PA-97-193: Maniac / Robin Scott. CLNA: Fendis, N.V., of Breedestraat

**ITEM 5.** PA-140-085: Maniac] / Produced by Patrick Ferrell & Jim Hart ; co-producer, Peter MacGregor-Scott ; directed by Richard Compton. [Claimant:] Sunset Productions Corporation/Sunset Projects II, Ltd.

**ITEM 6.** PA-178-472: Maniac : piano/vocal/guitar / music and lyric by Michael Sembello and Dennis Matkosky. [Claimant:] Famous Music Corporation

**ITEM 7.** PA-200-762: Maniac : piano, vocal, guitar / music and lyrics by Michael Sembello and Dennis Matkosky. [Claimant:] Famous Music Corporation

**ITEM 8.** PA-242-188: Mainiac sic ; Midnight to moonlight / Rosie Flores. [Claimant:] Rosie Flores (Pink Suede)

**ITEM 9.** PA-405-621: Maniac. CLNA: acParamount Pictures Corporation

**ITEM 10.** PA-472-885: Maniac. CLNA: Magic Mange Kitty Music, Hippo Boom Music & Fifth Floor Music

**ITEM 11.** PA-488-078: New generation : no. 6, Maniac. CLNA: acFries Entertainment, Inc., acTelevision House Party, Ltd.

**ITEM 12.** PA-665-645: Maniac / director, John Speaks. CLNA: acMCA Records, Inc. (employer for hire)

**ITEM 13.** PA-856-179: Maniac. CLNA: EMI Music Publishing, Ltd. & Hot Head Music, Ltd.

**ITEM 14.** PA-879-593: Maniac / Don Lennon. CLNA: acMichael Lencioni , 1974- (acDon Lennon , pseud.)

**ITEM 15.** PA-972-686: Maniac. CLNA: Ruff Ryder, Dead Game Publishing, Blondie Rockwell Publishing, Ryde or Die Publishing & Swizz Beatz

**ITEM 16.** PA-1-118-755: Maniac. CLNA: Dead Game Publishing, Blondie Rockwell, Swizz Beats, Ryde or Die Publishing

**ITEM 17.** PAu-290-122: Maniac. CLNA: Wenndy Winer

**ITEM 18.** PAu-342-653: Maniac / author, Alfred Esposito. CLNA: Alfred Esposito

**ITEM 19.** PAu-511-488: Maniac : from Flashdance / words & music Michael Sembello, Dennis Matkosky. [Claimant:] Famous Music Corporation

**ITEM 20.** PAu-672-134: Maniac. CLNA: American Videogame Leasing, division of H & L Schwartz, Inc.

**ITEM 21.** PAu-755-519: Maniac / Jay T. Austin 3rd (Doctor Shock, pseud.) CLNA: Jabez Thomas Austin the third

**ITEM 22.** PAu-1-186-135: Maniac / Grillo. CLNA: Third Story Music, Inc., Brian Grillo

**ITEM 23.** PAu-1-310-658: Maniac. CLNA: Magic Mange Kitty Music, Hippo Boom Music, Third Story Music

**ITEM 24.** PAu-1-341-281: Maniac. CLNA: Dean Bouras, Vic VanWie

**ITEM 25.** PAu-1-772-567: Maniac. CLNA: acGeorge Mark Williams , 1957-

**ITEM 26.** PAu-1-905-771: Maniac. CLNA: acMonique R. Brown , 1969-

**ITEM 27.** PAu-2-127-082: You act just like a maniac. CLNA: acKelly Ann Danielson , 1969-

**ITEM 28.** PAu-2-715-512: Maniac. CLNA: acSaroth Norn , 1984- (acManiac)

**ITEM 29.** PAu-2-806-975: Maniac, & 3 other selections. CLNA: acDantriel Hill , 1984- (acD'Lyriciat Hill)

**ITEM 30.** PAu-3-087-198: Maniac, & 1 other song. CLNA: acEvan M. Jaffee

**ITEM 31.** SR-26-442: The Official secrets act / performed by aM. CLNA: (c) (p) on sound recording & photos.; acPlatinum Productions Int., N. V.

**ITEM 32.** SR-47-177: Ewok celebration / performed by aMeco. CLNA: (c) (p) Arista Records, Inc.

**ITEM 33.** SR-49-016: Hot tracks. CLNA: acK-tel International, Inc.

**ITEM 34.** SR-49-136: Bossa Nova Hotel / performed by aMicahel Sembello. [Claimant:] (c) (p) acWarner Brothers Records, Inc.

**ITEM 35.** SR-49-252: Original soundtrack from the motion picture "Flashdance" / arranged and conducted by aSylvestor Levay. [Claimant:] acP olyGram Records, Inc.

**ITEM 36.** SR-54-091: Maniac / arr. by Jerry Nowak. CLNA: acHal Leonard Publishing Corporation

**ITEM 37.** SR-55-233: Hot pops / arranged by Dick Averre and Mark Brymer. [Claimant:] acHal Leonard Publishing Corporation

ITEM 38. SR-55-315: Note-for-note : tape 5. CLNA: James Gleason

ITEM 39. SR-56-027: Bullish / performed by Herb Alpert/Tijuana Brass. [Claimant:] (c) (p) A & M Records, Inc.

ITEM 40. SR-112-828: Ram "dancehall". CLNA: acIsland Records, Inc.

Check one or more and then Submit to see Full records.

More Items (Items 41 - 67 of 67).

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For: IM A MANIAC**

**Check one or more terms, select the type of output display, and then click Submit:**

☐ IM "WEISSEN ROESSL" AM WOLFGANGSEE (1 item)
☐ IM A LITTLE SEA PRINCESS : NO. KL39 (1 item)
☐ IM A PIMP (1 item)
☐ IM ABENDROT (2 items)
☐ IM ADONAI LO YIVNEH VAYIT (1 item)
☐ IM AIN ANEE LEE MEE LEE (1 item)
☐ IM ALTEN KAFFEEHAUS IN DOEBLING (1 item)
☐ IM ALTEN STIL (1 item)
☐ IM AMERICAN BALLADS (1 item)
☐ IM AND TEST ITEM FILE FOR DRUGS AND ALCOHOL (1 item)
☐ IM ANDEREN DEUTSCHLAND (1 item)
☐ IM ANFANG SCHUF GOTT (1 item)

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

[ More Items ]

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** FIRST BLOOD

**Items 1 - 40 of 42**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

Check one or more and then [ Submit ] to see Full records.

**ITEM 1.** RE-95-272: First blood. By acJack Schaefer. CLNA: Jack Schaefer (A)

**ITEM 2.** RE-105-665: Jacob. By acJack Schaefer. CLNA: Jack Schaefer (A)

**ITEM 3.** RE-264-785: First blood; the story of Fort Sumter. By acW. A. Swanberg. [Claimant:] W. A. Swanberg (A)

**ITEM 4.** RE-408-962: First blood; motion picture. By aLincoln County Production Company. [Claimant:] acUniversal City Studios, Inc. (PWH)

**ITEM 5.** RE-586-386: First blood; the Russian revolution of 1905. By acSidney Harcave. [Claimant:] Sidney Harcave (A)

**ITEM 6.** RE-841-523: First blood. CLNA: acDavid Morrell (A)

**ITEM 7.** PA-155-219: First blood / produced by Buzz Feitshans ; directed by Ted Kotcheff. [Claimant:] acAnabasis Investments, N.V.

**ITEM 8.** PA-259-663: First blood. CLNA: J. Albert & Son, Pty. Ltd.

**ITEM 9.** PA-285-103: Growing pains : show no. 813, First blood / produced by David Lerner, Bruce Ferber ; directed by John Tracy. [Claimant:] acWarner Brothers, Inc.

**ITEM 10.** PA-339-699: First blood. CLNA: Lance Solak d.b.a. R. E. I. Records

**ITEM 11.** PA-456-997: First blood / Boyd. CLNA: Camellia Music

**ITEM 12.** PA-683-166: Crossroads : no. 1106, First blood / directed by Ray Austin. [Claimant:] acLorimar Productions, a division of Time Warner Entertainment Company, LP (employer for hire)

**ITEM 13.** PA-683-952: The Untouchables : no. 49521-003N, First blood / directed by Aaron Lipstadt. [Claimant:] acParamount Pictures Corporation (employer for hire)

**ITEM 14.** PA-822-196: First blood. By Anabasis Investments, NV. CLNA: acAnabasis Investments, NV

**ITEM 15.** PA-912-848: Already dead ; Life in a bottle ; First blood ; Today: to Grampa. [Claimant:] acEric Anderson , 1978-

☐ **ITEM 16.** PA-999-243: Jesse : no. 225769, First blood / directed by Gary Halvorson. [Claimant:] acWarner Brothers Television, a division of Time Warner Entertainment Company, LP (employer for hire)

☐ **ITEM 17.** PA-1-212-382: First blood. CLNA: James E. Ryan & John A. Ryan

☐ **ITEM 18.** PAu-298-006: Heartbreak : a screenplay : suggested by Rockspring, a novella by R. G. Vliet / by Robert Renfield. [Claimant:] Robert Renfield

☐ **ITEM 19.** PAu-437-373: First blood / words & music by Jeffrey E. Naideau. CLNA: Jeffrey E. Naideau

☐ **ITEM 20.** PAu-491-884: It's a long road : Theme from First blood. CLNA: Anabasis Music & acElcajo Productions, Inc.

☐ **ITEM 21.** PAu-641-466: First blood II--Rambo / by Sylvester Stallone. CLNA: Anabasis Investments, N.V.

☐ **ITEM 22.** PAu-948-271: First blood / lyrics by Mike Hancock ; music by Lance Solak. [Claimant:] Lance Solak

☐ **ITEM 23.** PAu-1-156-792: First blood. CLNA: Marian J. Mooney

☐ **ITEM 24.** PAu-1-535-786: Rambo IV : a screenplay / by Jules Wilson. CLNA: Julia C. Weidemann (Jules Wilson, pen name)

☐ **ITEM 25.** PAu-2-086-822: First blood. CLNA: Almo Music Corporation, Lines & Rhymes Music, BOAG Music & Shadows International Music

☐ **ITEM 26.** PAu-2-315-307: First blood. CLNA: acJulian Foy , 1973-

☐ **ITEM 27.** PAu-2-368-418: First blood. CLNA: acClifford David Browner , Jr., 1947-

☐ **ITEM 28.** PAu-2-559-016: First blood. CLNA: acStephen Oneil Holness , 1977-

☐ **ITEM 29.** PAu-2-822-956: Family tiez. CLNA: Carlos Sims

☐ **ITEM 30.** SR-62-378: First blood / performed by acShadowFox. CLNA: (c) Fox Rox Music

☐ **ITEM 31.** SR-64-169: Fly on the wall / all songs written by Malcolm Young, Angus Young, and Brian Johnson ; performed by A C/D C. [Claimant:] (c) (p) acLiedseplein Press, B.V. Nature of copyrightable authorship: sound recording, artwork & photography

☐ **ITEM 32.** SRu-152-708: First blood. CLNA: (c) Kenneth L. Boyd

☐ **ITEM 33.** SRu-382-995: First blood. CLNA: (p) Dead Reckoning Records

☐ **ITEM 34.** SRu-446-797: First blood. CLNA: (c) (p) Verone Brown, Leonard Jacob

☐ **ITEM 35.** SRu-484-880: First blood. CLNA: (c) (p) on words, music, sounds; acMelvin C. Battle , Jr., 1975-, & acDeVell Vaughn , 1976-, acSean Puryear , 1967-, acEdward Ross , 4th, 1973-, & acRaheem Davis, acRamses Davis

☐ **ITEM 36.** SRu-617-072: First blood. CLNA: (c) on words & music; acPaisley J. S. Yankolovich , 1963-

.

☐ **ITEM 37.** TX-897-276: First blood / by Cort Martin pseud. of acJory Sherman [Claimant:] Cort Martin

☐ **ITEM 38.** TX-3-095-854: First blood / David Morrell. CLNA: David Morrell

☐ **ITEM 39.** TX-4-269-603: Action figures : episode 1, First blood / writers, Caragonne & Thornton ; penciller, Jason Pearson. [Claimant:] George Caragonne Estate, acConstant Developments, Inc., & acTom Thornton , 1957-

☐ **ITEM 40.** TX-5-887-186: Thieves' World ; First blood / edited by Robert Lynn Asprin and Lynn Abbey ; single-vol. compilation by Lynn Abbey. [Claimant:] acRobert Lynn Asprin, acLynn Abbey & Thieves' World 2000

---

**Check one or more and then** Submit **to see Full records.**

---

More Items **(Items 41 - 42 of 42).**

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

Case 1:06-cv-00480-PLF    Document 43-2    Filed 07/11/2007    Page 23 of 58

**Copyright** | **Search Records Results**

---

Registered Works Database (Title Search)
**Search For: FIRST BLOOD**

---

**Check one or more terms, select the type of output display, and then click Submit:**

- FIRST BLITZ (1 item)
- FIRST BLOCKS PLAY CENTRE (1 item)
- FIRST BLOOD (42 items)
- FIRST BLOOD : FORT SUMTER TO BULL RUN (1 item)
- FIRST BLOOD AND OTHER STORIES (1 item)
- FIRST BLOOD II-RAMBO (2 items)
- FIRST BLOOD PART II (3 items)
- FIRST BLOOD SERIES 2006 PAINTINGS : NO. 1-1 (1 item)
- FIRST BLOOD, FIRST BIRD (1 item)
- FIRST BLOOD, LAST CUTS (2 items)
- FIRST BLOOD, PART II (1 item)
- FIRST BLOOD, THEN WE'LL TALK (1 item)

---

**Select type of output display:**
- ⦿ Brief (Summary) Display
- ◯ Full-Record Display

[ Submit ]

---

[ More Items ]

[ Conduct Another Search ]

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**[ Copyright ]  Search Records Results**

Registered Works Database (Title Search)
**Search For:** LORD, GIVE ME A SIGN
**Items 1 - 2 of 2**
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

| | |
|---|---|
| 1. Registration Number: | PA-1-165-482 |
| Title: | Lord, give me a sign. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
| | Performed by DMX. |
| In: | Year of the dog, again. mSony Urban Music/Columbia 82876 80742 2, 2006. |
| Claimant: | Dead Game Publishing, Boomer X Publishing, Inc., TVT Music |
| Created: | 2006 |
| Published: | 01Aug06 |
| Registered: | 31Oct06 |
| Author on © Application: | words & music: Earl Simmons (DMX, pseud.), Scott Spencer Storch. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

---

| | |
|---|---|
| 2. Registration Number: | PA-1-324-537 |
| Title: | Lord, give me a sign. |
| Note: | Cataloged from appl. only. |
| | Performed by aDXM. |
| In: | Year of the Dog, again |
| Claimant: | TVT Music, Inc., Boomer X Publishing, Inc., Dead Game Publishing, Scott Storch Music |
| Created: | 2006 |
| Published: | 1Aug06 |
| Registered: | 23Aug06 |
| Author on © Application: | words & music: Scott Storch, Earl Simmons. |
| Special Codes: | 3/M |

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For: GOD PICK UP THE PHONE**

---

**Check one or more terms, select the type of output display, and then click Submit:**

☐ GOD PHONED ME, SHE'S A WOMAN (1 item)
☑ GOD PHYSICS AND FRACTURED PSYCHE (1 item)
☐ GOD PICKED A ROSE (1 item)
☐ GOD PICKED ME UP (1 item)
☐ GOD PICKED OUR PINK ROSE (1 item)
☐ GOD PICKS HIS FLOWERS (1 item)
☐ GOD PICKS ME UP (1 item)
☐ GOD PICKS THE PRETTIEST FLOWERS (1 item)
☐ GOD PITY THE POOR LIONS (1 item)
☐ GOD PLACED A RAINBOW IN THE SKY (1 item)
☐ GOD PLACED BORDERS (1 item)
☐ GOD PLACED THIS MELODY IN MY HEART (1 item)

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

---

[ More Items ]

---

[ Conduct Another Search ]

---

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** SLOW NECK
**Item 1 of 1**

| | |
|---|---|
| 1. Registration Number: | SRu-481-074 |
| Title: | Slow neck. |
| Description: | 2 p. |
| Claimant: | (c) on lyrics; acCarter Tenison , 1969- |
| Created: | 1998 |
| Registered: | 29Jan01 |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 3/M |

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

| **Copyright** | **Search Records Results** |

Registered Works Database (Title Search)
**Search For: SLOW NECK**

---

**Check one or more terms, select the type of output display, and then click Submit:**

☐ SLOW MY ROLL (2 items)
☐ SLOW MYSELF DOWN (1 item)
☑ SLOW NECK (1 item)
☐ SLOW NEGATIVE BRAINSTEM RESPONSE (SN10) TO (1 item)
☐ SLOW NERVE ACTION (3 items)
☐ SLOW NERVOUS BREAKDOWN (1 item)
☐ SLOW NEW DAY (1 item)
☐ SLOW NEW YORK (1 item)
☐ SLOW NEWS DAY (3 items)
☐ SLOW NIGHT (3 items)
☐ SLOW NIGHT (MAKE THE BEST OF THE SITUATION) (1 item)
☐ SLOW NIGHT FOR LOVE (1 item)

---

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

---

[ More Items ]

[ Conduct Another Search ]

---

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** FIRE IN THE HOLE
**Items 1 - 20 of 78**
**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

1. **Registration Number:** RE-408-975
   **Title:** Fire in the hole; motion picture. By aStagecoach Productions.
   **Series:** Overland trail, 13910
   **Claimant:** acUniversal City Studios, Inc. (PWH)
   **Effective Registration Date:** 7Dec88
   **Original Registration Date:** 17Apr60;
   **Original Registration Number:** LP20589.
   **Original Class:** L

---

2. **Registration Number:** RE-823-109
   **Title:** Fire in the hole.
   **Note:** Words & music.
   **Claimant:** acWalter Becker & acDonald Fagen (A)
   **Effective Registration Date:** 10Jan00
   **Original Registration Date:** 31Aug72;
   **Original Registration Number:** EU353005.
   **Original Class:** E

---

3. **Registration Number:** PA-70-366
   **Title:** Troubleshooters : [no.] 1025 / a Meridian production.
   **Imprint:** [s.l. : s.n.], c1959.
   **Description:** 1 film reel (30 min.) : sd., b & w ; 16 mm.
   **Note:** Episode title: Fire in the hole.

   Presented by aUnited Artists Television.

   Deposit includes synopsis (1 p.)
   **Motion pictures, major cast members:** Keenan Wynn, Bob Mathias, Robert Portier et al.
   **Claimant:** acMeridian Productions, Inc.
   **Created:** 1960
   **Published:** 25Mar60
   **Registered:** 3Jan78
   **Date in © Notice:** notice: 1959
   **Author on © Application:** Meridian Productions, Inc., employer for hire.
   **Miscellaneous:** C.O. corres.
   **Special Codes:** 4/X/N

---

4. **Registration Number:** PA-93-505

| | |
|---|---|
| Title: | B J and the Bear : no. 53704, Fire in the hole / produced by Joe Boston ; directed by Bruce Kessler. |
| Imprint: | [s.l. : s.n.], c1980. |
| Description: | 1 film reel (60 min.) : sd., col. ; 16 mm. |
| Note: | Deposit includes synopsis (1 p.). |
| | On description: aM C A TV. |
| Motion pictures, major cast members: | Greg Evigan, George Caldwell, Richard Fullerton et al. |
| Motion pictures, credits: | Script by Sidney Ellis from a story by Richard Kelbaugh; music score: Stu Phillips; B. J. & the Bear theme: Glen A. Larson. |
| Claimant: | acUniversal City Studios, Inc. |
| Created: | 1979 |
| Published: | 11Jan80 |
| Registered: | 22Dec80 |
| Author on © Application: | Universal City Studios, Inc., employer for hire. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 4/X/N |

| | |
|---|---|
| 5. Registration Number: | PA-140-846 |
| Title: | Nine arrangements included in folio "Steely Dan." By Walter Becker, Donald Fagen, & American Broadcasting Music, Inc., employer for hire of staff. |
| Note: | CONTENTS: Kings. |
| | Brooklyn (owes the charmer under me). |
| | Change of the guard. |
| | Fire in the hole. |
| | Dirty work. |
| | Midnight cruiser. |
| | Turn that heartbeat over again. |
| | Pearl of the quarter. |
| | Only a fool would say that. |
| Claimant: | acAmerican Broadcasting Music, Inc. & Red Giant Music, Inc. |
| Supplement to Registration: | PA 133-834, 1982 |
| Effective Registration Date: | 1Jun82 |
| Special Codes: | 3/M/L |

| | |
|---|---|
| 6. Registration Number: | PA-385-090 |
| Title: | Fire in the hole. |
| Note: | Performed by Jimmy Kays. |
| In: | Never more than today. mDesti Records DT-1001A, c1986. 1 sound disc : 33 1/3 rpm, stereo. ; 12 in. side 2, band 2 |
| Claimant: | Door Knob Music Publishing, Inc. |
| Created: | 1981 |
| Published: | 14Nov86 |
| Registered: | 7Oct88 |
| Author on © Application: | words & music: Jimmy Kays. |
| Special Codes: | 3/M/L |

| | |
|---|---|
| 7. Registration Number: | PA-429-986 |
| Title: | Fire in the hole ; Mob justice ; Chain of fools ... [et al.] |
| Note: | Eight selections. |
| | Titles from container insert. |
| | Performed by aLaaz Rockit. |
| In: | Annihilation principle. mEnigma 7 73338-2, c1988. 1 compact disc. |
| | selection no. 1, etc. |
| Claimant: | La Rana Music & Sukusauloff Music |
| Created: | 1989 |
| Published: | 22Feb89 |
| Registered: | 5Sep89 |
| Date in © Notice: | notice on lyrics: 1988 |
| Author on © Application: | words & music: Aaron Jellum, Michael Coons, William |
| | Langenhuizen et al. |
| Special Codes: | 3/M/L |

| | |
|---|---|
| 8. Registration Number: | PA-737-909 |
| Title: | Fire in the hole. |
| Note: | Performed by aCop Shoot Cop. |
| In: | Consumer revolt. mBigcat Records ABB33CD, c1992. Compact disc |
| Claimant: | Cat & Mouse Music |
| Created: | 1992 |
| Published: | 21Apr92 |
| Registered: | 24Aug94 |
| Date in © Notice: | in notice: 1990 |
| Author on © Application: | words & music: Todd Ashley (Tod A., pseud.); music: David Ouimet |
| | , Philip Puleo. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 3/M/L |

| | |
|---|---|
| 9. Registration Number: | PA-814-995 |
| Title: | Fire in the hole ; Tragic ; 7 ... [et al.] |
| Note: | 9 songs. |
| | Performed by aOrange 9mm. |
| In: | Tragic. mAtlantic 82902-2, c1996. Compact disc |
| Claimant: | Warner-Tamerlane Publ. Corporation, Orange 9mm |
| Created: | 1996 |
| Published: | 30Jul96 |
| Registered: | 9Oct96 |
| Author on © Application: | words & music: Christopher Traynor, Chaka Malik Harris. |
| Special Codes: | 3/M/L |

| | |
|---|---|
| 10. Registration Number: | PA-868-226 |
| Title: | Fire in the hole / written by Daniel J. Moore & Marty Grebb. |
| Note: | Words & music. |
| | Performed by Marty Grebb. |
| In: | Fire down below, music from the motion picture. mWarner Brothers 9 |

|  |  |
|---|---|
|  | 46534-2, 1997. Compact disc |
| Claimant: | Warner-Tamerlane Publishing Corporation, Two Speed Music, Warner Brothers Music Corporation & Step 3 Music |
| Created: | 1997 |
| Published: | 9Sep97 |
| Registered: | 11Dec97 |
| Special Codes: | 3/M/L |

| 11. Registration Number: | PA-896-639 |
|---|---|
| Title: | Grace under fire : no. 512, Fire in the hole / directed by Phil Ramuno. |
| Description: | Videocassette ; 3/4 in. |
| Claimant: | acCarsey-Werner Company, LLC (employer for hire) |
| Created: | 1997 |
| Published: | 20Jan98 |
| Registered: | 15Jul98 |
| Special Codes: | 4/X/L |

| 12. Registration Number: | PA-1-007-790 |
|---|---|
| Title: | Popular : no. 833, Fire in the hole / directed by Randy Miller. |
| Description: | Videocassette ; 3/4 in. |
| Claimant: | Touchstone Television Productions, LLC |
| Created: | 2001 |
| Published: | 19Jan01 |
| Registered: | 1Feb01 |
| Author on © Application: | Touchstone Television, employer for hire. |
| Special Codes: | 4/X/L |

| 13. Registration Number: | PA-1-057-521 |
|---|---|
| Title: | Fire in the hole. |
| Description: | Computer sound file. |
| Note: | Electronic registration. |
|  | Performed by aDislocated Styles. |
| In: | Pin the tail on the honkey. mRoadrunner Records RR 8534, c2001. |
| Claimant: | R2 Music, 5 Finger Disocunt Music |
| Created: | 2000 |
| Published: | 24Apr01 |
| Registered: | 5Nov01 |
| Author on © Application: | music & words: Jason M. Dubree, Charles J. Epperly, Greg D. Forney, Joseph B. Heinl 3rd & Brandon L. Lawson. |
| Miscellaneous: | Rights and permissions info. on CORDS appl. in CO. |
| Special Codes: | 3/M/R |

| 14. Registration Number: | PA-1-209-561 |
|---|---|
| Title: | Fire in the hole. |
| Note: | Performed by Hazel Dickens. |
| In: | Matewan, original soundtrack. mDaring Records CD 1011, c1995. Compact disc |

|  |  |
|---|---|
| Claimant: | Universal Music Corporation, Daring Music |
| Created: | 1995 |
| Published: | 17Jan95 |
| Registered: | 6May03 |
| Author on © Application: | words & music: Mason Daring; words: John T. Sayles. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 3/M/L |

|  |  |
|---|---|
| 15. Registration Number: | PA-1-223-959 |
| Title: | The shield : no. SHO3013, Fire in the hole / directed by Guy Ferland. |
| Description: | Videocassette (Betacam SP) |
| Claimant: | Twentieth Century Fox Film Corporation |
| Created: | 2004 |
| Published: | 1Jun04 |
| Registered: | 29Jun04 |
| Title on © Application: | The shield : no. DBS313. |
| Author on © Application: | The Barn Productions, Inc., employer for hire. |
| Previous Related Version: | Screenplay preexisting. |
| Claim Limit: | NEW MATTER: all other cinematographic material. |
| Special Codes: | 4/X/L |

|  |  |
|---|---|
| 16. Registration Number: | PA-1-330-742 |
| Title: | Fire in da hole : Fire in the hole. |
| Note: | Cataloged from appl. only. |
| | Performed by aBlack Bob. |
| In: | The Black Bob report |
| Claimant: | Irving Music, Inc., Tony Do Fat Music, Diamond Rob Music, Justin Combs Music, Deric Angelettie Music, Rest Ya Neck Publ. |
| Created: | 2005 |
| Published: | 30Aug05 |
| Registered: | 6Jan06 |
| Author on © Application: | words & music: Tony Mario Dofat, Deric Michael Angelettie, Robert Ross (p.k.a. Black Bob), Lloyd E. Mathis (p.k.a. Ness) |
| Special Codes: | 3/M/L |

|  |  |
|---|---|
| 17. Registration Number: | PAu-523-732 |
| Title: | Fire in the hole. |
| Description: | on 1 sound cassette. |
| Note: | (With Hard time et al.) |
| Claimant: | Bema Music Company & Michael Stanley Music Company |
| Created: | 1983 |
| Registered: | 7Jul83 |
| Author on © Application: | words & music: Michael Stanley Gee & Robert Pelander. |
| Special Codes: | 3/M |

|  |  |
|---|---|
| 18. Registration Number: | PAu-674-019 |
| Title: | Fire in the hole : a screenplay / by Kevin Arkadie. |

Description: 136 p.
Note: Based on story by Kevin Arkadie & aLeland Smith.
Claimant: Kevin Arkadie
Created: 1984
Registered: 5Dec84
Special Codes: 3/D

---

19. Registration Number: PAu-884-466
Title: Fire in the hole.
Description: 1 sound cassette.
Note: Collection.
Claimant: Robert Civitello, Edward Civitello
Created: 1986
Registered: 9Sep86
Author on © Application: words, music: Robert Civitello, Edward Civitello.
Special Codes: 3/M

---

20. Registration Number: PAu-1-191-144
Title: Fire in the hole : a feature length motion picture screenplay / Kevin Arkadie.
Edition: 3rd draft.
Claimant: Kevin Arkadie
Created: 1989
Registered: 8Feb89
Special Codes: 3/D

---

[ More Items ]  (Items 21 - 40 of 78).

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

http://www.loc.gov/cgi-bin/formprocessor/copyright/locis.pl    7/3/2007

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** FIRE IN THE HOLE
**Items 21 - 40 of 78**
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

---

[ Conduct Another Search ]

---

| | |
|---|---|
| 21. Registration Number: | PAu-1-250-137 |
| Title: | Fire in the hole / words & music by Matthew J. Collins. |
| Description: | 1 sound cassette. |
| Claimant: | Matthew J. Collins |
| Created: | 1989 |
| Registered: | 24Jul89 |
| Author on © Application: | Matthew J. Collins, whose pseud. is Mitch Collins. |
| <u>Special Codes:</u> | 3/M |
| Cross Reference: | acMitch Collins , pseud. SEE Matthew J. Collins , 1949-. |

---

| | |
|---|---|
| 22. Registration Number: | PAu-1-251-578 |
| Title: | Fire in the hole : a feature length motion picture screenplay / Kevin Arkadie. |
| Edition: | Rev. July 1989. |
| Description: | 117 p. |
| Claimant: | Kevin M. Arkadie |
| Created: | 1989 |
| Registered: | 24Jul89 |
| Previous Related Version: | Prev. reg. 1989, no. 1-191-144. |
| Claim Limit: | NEW MATTER: additions & revisions. |
| <u>Special Codes:</u> | 3/D |

---

| | |
|---|---|
| 23. Registration Number: | PAu-1-337-076 |
| Title: | Fire in the hole / Billy DeWayne Hart, Jr. |
| Claimant: | Billy DeWayne Hart, Jr. |
| Created: | 1989 |
| Registered: | 28Feb90 |
| Author on © Application: | words & music: Billy DeWayne Hart, Jr. |
| <u>Special Codes:</u> | 3/M |

---

| | |
|---|---|
| 24. Registration Number: | PAu-1-343-586 |
| Title: | Fire in the hole / by David and Christine Sparks. |
| Claimant: | David & Christine Sparks |
| Created: | 1990 |
| Registered: | 26Mar90 |
| Author on © Application: | music: David P. Sparks; words: Christine A. Sparks. |
| <u>Special Codes:</u> | 3/M |

---

| | |
|---|---|
| 25. Registration Number: | PAu-1-600-634 |

Title: Fire in the hole.
Note: Words & music.
Claimant: Leon S. Kafaflan, Jr.
Created: 1991
Registered: 12Feb92
Author on © Application: acLeon S. Kafafian , Jr., 1969-, & Alex J. Townsend , 1969-.
Special Codes: 3/M

---

26. Registration Number: PAu-1-648-396
Title: Fire in the hole / aObsidian.
Claimant: acJames Russell Bacon , 1964-, & acTroy Wayne Little , 1967-
Created: 1992
Registered: 6Jul92
Author on © Application: words & music: James Russell Bacon; words: Troy Wayne Little.
Special Codes: 3/M

---

27. Registration Number: PAu-1-810-796
Title: Fire in the hole.
Description: 109 p.
Note: Screenplay.
Claimant: acMichael Stewart Collins , 1955-
Created: 1990
Registered: 5Nov93
Previous Related Version: Prev. reg. as Dying to live, 1990, PAu 1-400-139.
Claim Limit: NEW MATTER: revision.
Special Codes: 3/D

---

28. Registration Number: PAu-1-911-390
Title: Fire in the hole.
Description: Sound cassette & lyrics sheet.
Note: Words & music.
Claimant: acEdward R. Wohl , 1965-, acKirk E. Henry , 1965-, acJames P. Buhre , 1964-, & acDamon R. Lascot
Created: 1994
Registered: 25Aug94
Special Codes: 3/M

---

29. Registration Number: PAu-1-922-952
Title: Fire in the hole : a play.
Description: Sheets.
Claimant: acCraig Andrew Parrish , 1967-
Created: 1994
Registered: 5Dec94
Special Codes: 3/D

---

30. Registration Number: PAu-2-132-867
Title: Fire in the hole : a subway series.
Description: 42 p.
Note:

Play.
Claimant: acLyle M. Smith , Jr., 1968-
Created: 1996
Registered: 21Oct96
Special Codes: 3/D

---

31. Registration Number: PAu-2-195-425
Title: Fire in the hole / by Bob Conte & L. R. Lindbergh.
Description: 120 p.
Note: Screenplay.
Claimant: acRuncible, Inc. & L. R. Lindbergh
Created: 1996
Registered: 2Jun97
Author on © Application: acLars R. Lindbergh, & Runcible, Inc., employer for hire of Robert Henry Conte.
Special Codes: 3/D

---

32. Registration Number: PAu-2-290-418
Title: Killer music. By acJason DeRuggiero , 1970-, & acBrian Wagner , 1969-.
Note: CONTENTS: Liar.
Fire in the hole.
Web you weave.
Confucius.
Broken.
Claimant: Jason DeRuggiero & Brian Wagner (on original appl.: Jason DeRuggiero)
Supplement to Registration: PAu 2-097-013, 1996
Effective Registration Date: 15Oct97
Special Codes: 3/M/X

---

33. Registration Number: PAu-2-316-475
Title: Fire in the hole.
Description: 1 p.
Note: Song lyrics.
Claimant: acDouglas Forbes Robertson , 1971-
Created: 1994
Registered: 6Jul98
Special Codes: 3/M

---

34. Registration Number: PAu-2-364-765
Title: Fire in the hole.
Description: Sound cassette & lyrics sheet.
Note: Words & music.
Claimant: acGregory Donald Wallin , 1959-
Created: 1998
Registered: 28Dec98
Special Codes: 3/M

| | |
|---|---|
| 35. Registration Number: | PAu-2-396-945 |
| Title: | Fire in the hole. |
| Description: | Sound cassette & lyrics sheet. |
| Note: | Words & music. |
| Claimant: | acLouis Drucker , 1951- |
| Created: | not given on appl. |
| Registered: | 5Mar99 |
| Special Codes: | 3/M |

| | |
|---|---|
| 36. Registration Number: | PAu-2-467-001 |
| Title: | Fire in the hole. |
| Description: | 125 p. |
| Note: | Screenplay. |
| Claimant: | acMark J. Orman , 1950- |
| Created: | 1999 |
| Registered: | 10Apr00 |
| Special Codes: | 3/D |

| | |
|---|---|
| 37. Registration Number: | PAu-2-488-812 |
| Title: | Fire in the hole. |
| Description: | Sound cassette. |
| Note: | Words & music. |
| Claimant: | acPatrick Tom Colton , 1955- |
| Created: | 1999 |
| Registered: | 3Jan00 |
| Special Codes: | 3/M |

| | |
|---|---|
| 38. Registration Number: | PAu-2-594-262 |
| Title: | Fire in the hole. |
| Description: | Compact disc & lyrics sheet. |
| Note: | Words & music. |
| Claimant: | acJohn DeChiaro , 1966-, & acJanet P. Schultz , 1946- |
| Created: | 2001 |
| Registered: | 26Mar01 |
| Special Codes: | 3/M |

| | |
|---|---|
| 39. Registration Number: | PAu-2-835-279 |
| Title: | Fire in the hole / written by Kurt Sutter & Charles H. Eglee. |
| Description: | 56 p. |
| Note: | Television script for series, The shield ; no. 5012-03-313/S313. |
| Claimant: | Twentieth Century Fox Film Corporation |
| Created: | 2004 |
| Registered: | 20Feb04 |
| Author on © Application: | Barn Productions, Inc., employer for hire. |
| Special Codes: | 3/D |

| | |
|---|---|
| 40. Registration Number: | PAu-2-943-236 |
| Title: | Fire in the hole : 20, piper |

| | |
|---|---|
| Note: | Music & lyrics. |
| | Cataloged from appl. only. |
| Claimant: | acCarlton Anthony Marshall , 1976- |
| Created: | 2005 |
| Registered: | 8Mar05 |
| Special Codes: | 3/M |

[ More Items ]  **(Items 41 - 60 of 78).**

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

| Copyright | Search Records Results

Registered Works Database (Title Search)
**Search For:** FIRE IN THE HOLE
**Items 41 - 60 of 78**
**For a list of commonly used abbreviations that appear in the catalog record, <u>click here</u>.**

[ Conduct Another Search ]

---

41. **Registration Number:** PAu-2-983-814
    **Title:** Fire in the hole.
    **Note:** Cataloged from appl. only.
    Screenplay.
    **Claimant:** acMark Orman
    **Created:** 1999
    **Registered:** 28Sep05
    **Special Codes:** 3/D

---

42. **Registration Number:** SR-50-853
    **Title:** You can't fight fashion / [performed by] Michael Stanley Band.
    **Imprint:** E M I America ST-17100, c1983.
    **Description:** 1 sound disc : 33 1/3 rpm, stereo. ; 12 in.
    **Claimant:** (c) (p) E M I America Records, a division of Capitol Records, Inc.
    **Created:** 1983
    **Published:** 19Aug83
    **Registered:** 21Nov83
    **Author on © Application:** performance, sound recording, new artwork: E M I America Records, a division of Capitol Records, Inc., employer for hire.
    **Previous Related Version:** Side A, bands 1 & 5 prev. reg.
    **Claim Limit:** NEW MATTER: side 1, side A, bands 2-4, & artwork.
    **Contents:** Hard time.
    Just give me tonight.
    Someone like you.
    Highlife.
    My town.
    The Damage is done.
    Fire in the hole.
    How can you call this love?
    Just how good (a bad woman feels)
    **Special Codes:** 57/U

---

43. **Registration Number:** SR-59-416
    **Title:** Fourth and ten / aMichael Stanley Band.
    **Imprint:** M S B Records MSP-101, c1984.
    **Description:** 1 sound disc : 33 1/3 rpm ; 12 in.
    **Claimant:** acM S B Records
    **Created:** 1984
    **Published:** 15Nov84

|                          |                                                      |
|-------------------------:|------------------------------------------------------|
| Registered:              | 22Jan85                                              |
| Author on © Application: | sound recording: M S B Records, employer for hire.   |
| Contents:                | My town.                                             |
|                          | Someone like you.                                    |
|                          | Shut up and leave me alone.                          |
|                          | Fire in the hole.                                    |
|                          | In between the lines.                                |
|                          | Lover.                                               |
|                          | Somewhere in the night.                              |
|                          | He can't love you.                                   |
| Special Codes:           | 7/U                                                  |

---

| 44. Registration Number: | SR-104-465                                           |
|-------------------------:|------------------------------------------------------|
| Title:                   | Annihilation principle / [performed by] aLaaz Rockit. |
| Imprint:                 | Enigma Records 7 73338-2, c1989.                     |
| Description:             | 1 compact disc.                                      |
| Note:                    | Title from insert.                                   |
| Claimant:                | acEnigma Records                                     |
| Created:                 | 1989                                                 |
| Published:               | 22Feb89                                              |
| Registered:              | 5Jun89                                               |
| Author on © Application: | sound recording: Enigma Records, employer for hire.  |
| Contents:                | Fire in the hole.                                    |
|                          | Mob justice.                                         |
|                          | Chain of fools.                                      |
|                          | Shadow company.                                      |
|                          | Holiday in Cambodia.                                 |
|                          | Bad blood.                                           |
|                          | Chasin' Charlie.                                     |
|                          | Mirrow to madness.                                   |
|                          | The Omen.                                            |
| Special Codes:           | 7/U/L                                                |

---

| 45. Registration Number: | SR-111-271                                           |
|-------------------------:|------------------------------------------------------|
| Title:                   | Visions of a new world / [performed by] aHannibal.   |
| Description:             | 1 compact disc.                                      |
| Note:                    | Photography: Roy Volkmann.                           |
| Claimant:                | (c) (p) acAtlantic Recording Corporation             |
| Created:                 | 1989                                                 |
| Published:               | 28Apr89                                              |
| Registered:              | 18Jan90                                              |
| Author on © Application: | recording, photography: Atlantic Recording Corporation, employer for hire. |
| Contents:                | Visions of a new world.                              |
|                          | A song of peace.                                     |
|                          | A Mother's love.                                     |
|                          | Life is more than you know.                          |
|                          | Free Mandela.                                        |

Our love will tell.
Diamonds without fire.
Fire in the hole.
Special Codes: 7/U/L

---

46. Registration Number: SR-111-821
Title: Annihilation principle / [performed by] aLaaz Rockit.
Imprint: Enigma 7 73338-2, c1989.
Description: 1 compact disc.
Claimant: acEnigma Records
Created: 1989
Published: 22Feb89
Registered: 23Oct89
Author on © Application: recording: Enigma Records, employer for hire.
Miscellaneous: C.O. corres.
Contents: Fire in the hole.
Mob justice.
Chain of fools.
Shadow company.
Holiday in Cambodia.
Bad blood.
Chasin' Charlie.
Mirror to madness.
The Omen.
Special Codes: 7/U/L

---

47. Registration Number: SR-184-368
Title: Fire in the hole / aPicasso Trigger.
Imprint: Alias A-056, c1994.
Description: Compact disc.
Claimant: (p) on recording; acAlias Records, Inc. (employer for hire)
Created: 1993
Published: 21Feb94
Registered: 28Feb94
Contents: Rub a tub.
Expect.
Valentine.
Get up.
Matarcher.
Bean pole.
Sheltie.
We're going down.
The man's fault.
Remind us.
Queenie.
TV mind.
Mi lapiz es muy grande.
Colossal man.

Count to 10.
Special Codes:    7/U/L

---

48. Registration Number:    SR-188-450
Title:    Tragic / aOrange 9mm.
Imprint:    Atlantic 82902-2, c1996.
Description:    Compact disc.
Claimant:    (c) (p) on recording, artwork; acAtlantic Recording Corporation
(employer for hire)
Created:    1996
Published:    15Jul96
Registered:    9Aug96
Contents:    Fire in the hole.
Tragic.
7.
Gun to your head.
Stick shift.
Dead in the water.
Method.
Crowd control.
Muted.
Take you away.
Failure.
Feel it.
Kiss it goodbye.
Special Codes:    7/U/L

---

49. Registration Number:    SR-194-162
Title:    Deconstruction.
Imprint:    American 9 45544-2, c1994.
Description:    Compact disc.
Note:    Photography: aAmadeo.
Claimant:    (c) (p) on sound recording & photographs; acAmerican Recordings
(employer for hire)
Created:    1994
Published:    12Jul94
Registered:    26Jul94
Contents:    LA song.
Single.
Get at 'em.
Iris.
Dirge.
Fire in the hole.
Son.
Big Sur.
Hope.
One.
America.

Sleepyhead.
Wait for history.
That is all.
Kilo.

Special Codes: 7/U/L

---

50. Registration Number: SR-206-715
Title: Redbelly.
Imprint: EastWest Records America 61824-2, c1995.
Description: Compact disc.
Note: Art direction, photography & package design: Dan Muro.
Claimant: (c) (p) on sound recording & artwork; acElektra Entertainment, a division of WCI (employer for hire)
Created: 1995
Published: 7Aug95
Registered: 12Feb96
Contents: Fire in the hole.
Pain.
Grey.
Come down.
Anastasia.
I am.
Us.
Can't get it back.
Highway.
By then.

Special Codes: 7/U/L

---

51. Registration Number: SR-240-142
Title: Fire down below : music from the "Fire down below" motion picture.
Imprint: Warner Brothers 9 46534-2, c1997.
Description: Compact disc.
Note: Performed by various artists.
Claimant: (p) acWarner Brothers Records, Inc.
Created: 1997
Published: 9Sep97
Registered: 8Oct97
Claim Limit: NEW MATTER: remixing.
Contents: Back up against the wall.
Give me back my heart.
Woman to woman.
Don't start a fire (if you can't put it out)
Fire down below.
Desert breeze.
Paradise.
Pass it on down.
Long way around.
I'd walk through fire.

Dark angel.
Fire in the hole.
Special Codes: 7/U/L

---

52. Registration Number: SR-251-630
Title: Van Halen 3.
Imprint: Warner Brothers 9 46662-2, c1998.
Description: Compact disc.
Claimant: (c) (p) on recording, photography; acWarner Brothers Records, Inc. (employer for hire)
Created: 1998
Published: 17Mar98
Registered: 3Apr98
Contents: Neworld.
Without you.
One I want.
From afar.
Dirty water dog.
Once.
Fire in the hole.
Josephina.
Year to the day.
Primary.
Ballot or the bullet.
How many say I.
Special Codes: 7/U/L

---

53. Registration Number: SR-257-747
Title: School bus / Bob Log III.
Imprint: Fat Possum Records/Epitaph 80323-2, c1998.
Description: Compact disc.
Claimant: (p) on sound recording; acFat Possum Records, employer for hire of aBob Logg [sic]
Created: 1998
Published: 11Aug98
Registered: 31Jul98
Contents: String around a stick.
All the rockets go bang.
Fire in the hole.
Big ass hard on.
Duck back down.
Old lady Jones.
Look at that.
Clock.
I want your shit on my leg.
Cold motor.
Pig tail swing.
The look at the walk.

Land of a thousand swirling asses.

Special Codes: 7/U/L

---

**54. Registration Number:** SR-264-708
**Title:** Sunshine from Mars / Kate Barclay.
**Imprint:** [s.l.] : Solstice Records, c1999.
**Description:** Compact disc.
**Claimant:** (c) (p) on recording, performance, words, music, arr.; acKathleen Barclay , 1969-
**Created:** 1999
**Published:** 7May99
**Registered:** 24May99
**Contents:** Tuna Town.
How about you and me?
Stop the violence.
Fire in the hole.
All I want.
Hold on.
Be your friend.
Everything.
What you lookin' at?
It's.
Keep on singin'.
For a dollar.
**Special Codes:** 37/N/L

---

**55. Registration Number:** SR-301-930
**Title:** Que Sirhan Sirhan / aDidjits.
**Imprint:** Touch and Go Records TG107CD, c1993.
**Description:** Compact disc.
**Claimant:** (p) on artwork, sound recording; acTouch and Go Records, Inc. (employer for hire)
**Created:** 1993
**Published:** 27Sep93
**Registered:** 14Nov99
**Miscellaneous:** C.O. corres.
**Contents:** Agent 99.
Judge hot fudge.
Spicy little outfit.
Que Sirhan Sirhan.
Sister Sin.
Fire in the hole.
Evilized.
Sick of my fix.
Turn it up.
Monkey suit.
Barely legal.
**Special Codes:** 7/U/L

| | |
|---|---|
| 56. Registration Number: | SR-354-164 |
| Title: | Dear furious / aA18. |
| Imprint: | Victory Records VR225, c2004. |
| Description: | Compact disc. |
| Claimant: | (p) Victory Records |
| Created: | 2004 |
| Published: | 1Jun04 |
| Registered: | 21Jun04 |
| Author on © Application: | recording: Tom Stretton, Mike Hartsfield, Isaac Golub (all members of A18) |
| Contents: | The massive. |
| | Fire in the hole. |
| | Stab you through everything. |
| | Gravelines. |
| | The soundtrack to a glamorous goodbye. |
| | Jailhouse rob. |
| | Misery Street. |
| | Dear furious. |
| | Beating a dead horse. |
| | Marco Polo. |
| | Heartbreak affiliated. |
| | We all fall down. |
| Special Codes: | 7/U/L |

| | |
|---|---|
| 57. Registration Number: | SRu-239-456 |
| Title: | Fire in the hole. |
| Claimant: | (c) Step 3 Music, Two Speed Music |
| Created: | 1992 |
| Registered: | 17Aug92 |
| Author on © Application: | words & music: Marty Grebb , 1945-, Daniel Moore. |
| Special Codes: | 3/M |

| | |
|---|---|
| 58. Registration Number: | SRu-285-044 |
| Title: | Fire in the hole. |
| Description: | Sound cassette. |
| Claimant: | (c) Damon Lascot |
| Created: | 1993 |
| Registered: | 10Nov93 |
| Author on © Application: | words, music: James Buhre , 1964- (James Fury , pseud.), Kirk Henry , 1965-, acDamon Lascot , 1963-, & Edward Wohl , 1964- |
| Special Codes: | 3/M |

| | |
|---|---|
| 59. Registration Number: | SRu-294-480 |
| Title: | Fire in the hole. |
| Description: | Sound cassette. |
| Claimant: | (c) (p) on music, recording, performance; acCharles Joshua Mottley , 1972- |
| Created: | |

|  | 1994 |
| Registered: | 31May94 |
| Special Codes: | 37/N |

---

| 60. Registration Number: | SRu-452-998 |
| Title: | Fire in the hole. |
| Description: | Compact disc & lyrics sheet. |
| Claimant: | (p) on sound recording; acJohn DeChiaro , 1966-, & acJanet P. Schultz , 1946- |
| Created: | 2001 |
| Registered: | 26Mar01 |
| Special Codes: | 7/U |

---

[ More Items ]  **(Items 61 - 78 of 78).**

[ Conduct Another Search ]

---

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** SHOOT TO KILL

**Items 1 - 40 of 52**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

```
Conduct Another Search
```

---

**Check one or more and then** | Submit | **to see Full records.**

**ITEM 1.** RE-21-927: Shoot to kill. By Bob Wade (acRobert Wade) & Wade Miller, pseud. of Bill Miller. [Claimant:] Robert Wade (A) & Enid A. Miller (W)

**ITEM 2.** RE-229-123: Shoot to kill. By aWyatt Earp Enterprises, Inc. [Claimant:] acRita Edelman, acMarian Sisk Stewart & acDanny Thomas (PWH)

**ITEM 3.** RE-374-303: Shoot to kill. By aWyatt Earp Enterprises, Inc. [Claimant:] acRita Edelman, acMarian Sisk Stewart & acDanny Thomas (PWH)

**ITEM 4.** RE-661-983: Shoot to kill. By aMetro-Goldwyn-Mayer, Inc. & aIvan Tors Films, Inc. [Claimant:] acTurner Entertainment Company (PWH)

**ITEM 5.** RE-682-524: Shoot to kill. By Brett Halliday, pseud. of Davis Dresser. [Claimant:] Mary S. Dresser (W) & Chloe Dresser Peck (C)

**ITEM 6.** RE-765-305: Shoot to kill. By aWalter Manley Enterprises, Inc. [Claimant:] acModern Sound Pictures; Inc. (PWH)

**ITEM 7.** PA-42-685: Shoot to kill / Schiff, Lawrence, Douglas. CLNA: Almo Music Corporation, Irving Music, Inc., Hard & Fast Music, Inc. & Rock Work Music

**ITEM 8.** PA-301-238: Shoot to kill / directed by Ramon Torrado. CLNA: acWalter Manley Enterprises, Inc.

**ITEM 9.** PA-353-236: Shoot to kill / a aCentury Park Pictures Corporation production ; a Philip Rogers production ; produced by Ron Silverman and Daniel Petrie, Jr. ; directed by Roger Spottiswoode. [Claimant:] acTouchstone Pictures, a.a.d.o. the Walt Disney Company

**ITEM 10.** PA-368-859: Shoot to kill / music John Scott. CLNA: Walt Disney Music Company

**ITEM 11.** PA-438-639: Hunter : no. 5524, Shoot to kill. CLNA: acStephen J. Cannell Productions

**ITEM 12.** PA-714-513: Shoot to kill. CLNA: Magnum Films, Ltd.

**ITEM 13.** PA-940-412: Shoot to kill. CLNA: Zomba Enterprises, Inc., acLawrence Parker (d.b.a. acBDP Music), Misam Music, Inc., Spinnas Choice Muzik

**ITEM 14.** PA-1-052-239: Dinner & a movie : episode ti., Shoot to kill. CLNA: acSuperstation, Inc.

**ITEM 15.** PA-1-103-428: Movies for guys who like movies : episode ti., Shoot to kill. [Claimant:] acSuperstation, Inc.

**ITEM 16.** PA-1-346-648: CNN Presents : episode ti., Shoot to kill. CLNA: acCNN Productions, Inc. (employer for hire)

**ITEM 17.** PAu-25-166: Shoot to kill / words and music by Hedge Capers. CLNA: acIrving Music, Inc.

**ITEM 18.** PAu-60-994: Shoot to kill. By Irving Music, Inc., employer for hire of Hedge Capers. [Claimant:] acIrving Music, Inc.

**ITEM 19.** PAu-282-174: Shoot to kill / Jones, Lamothe CLNA: Ronny Jones & Robert Lamothe

**ITEM 20.** PAu-496-982: Shoot to kill. CLNA: Michael J. Manning

**ITEM 21.** PAu-585-054: Shoot to kill / lyrics, music Layne Bourgoyne, Celia McRee. [Claimant:] Minkstole Music & Celia McRee

**ITEM 22.** PAu-593-696: Shoot to kill. CLNA: Bill Rhodes

**ITEM 23.** PAu-637-781: Shoot to kill / Danie Powers, B. J. Blair, pseuds. CLNA: L. Danielle Powers & B. J. Blair

**ITEM 24.** PAu-735-676: Shoot to kill. CLNA: Stanley Steele, Andrew Kiely, Peter Naughton

**ITEM 25.** PAu-747-494: Shoot to kill / by John W. Glover, Jr. CLNA: John W. Glover, Jr.

**ITEM 26.** PAu-775-786: Shoot to kill : 5 movements. CLNA: Bob Ruggiero & Bill Rhodes

**ITEM 27.** PAu-799-990: Shoot to kill / Hyde. CLNA: acHyde

**ITEM 28.** PAu-1-114-588: Shoot to kill / aSynglin. CLNA: Tim Bourassa, Geno Arce, Eric Reeves, Mark Wanha, Peter Kelsey

**ITEM 29.** PAu-1-163-249: The Roy Rogers show : no. 19, Shoot to kill / a aRoy Rogers production ; producer, Jack C. Lacey ; director, Robert G. Walker. [Claimant:] acU P A Productions of America

**ITEM 30.** PAu-1-470-632: Shoot to kill / Schott, Darnell, Lagond. CLNA: Peter Schott

**ITEM 31.** PAu-1-597-618: Shoot to kill. CLNA: acJohn T. Garrett , 1952-

**ITEM 32.** PAu-1-685-064: Shoot to kill. CLNA: acDaniel R. Warren , 1957-

**ITEM 33.** PAu-1-711-614: Shoot to kill. CLNA: Thomas E. Jackson, Jr., Michael Wright & Marlon Fletcher

**ITEM 34.** PAu-2-998-627: Frank Artage's Shoot to kill. CLNA: acFrank Binder , 1949- (acFrank Artage , pseud.)

**ITEM 35.** SR-3-003: 1994:. CLNA: acA & M Records, Inc.

**ITEM 36.** SR-59-312: Back from under / performed by Celia McRee. CLNA: (c) (p) Mother Records

**ITEM 37.** SR-168-108: Another return to Church Hill. CLNA: (c) (p) Metal Blade Records, Inc.

**ITEM 38.** SR-189-855: Ashes 2 ashes, dust 2 dust. CLNA: (c) (p) acTommy Wright , 3rd, 1976-

**ITEM 39.** SR-199-934: Girlzz ; Shoot to kill / Mad Lion. CLNA: (c) (p) Nervous, Inc.

**ITEM 40.** SR-216-600: Real ting / Mad Lion. CLNA: (c) (p) Nervous, Inc.

**Check one or more and then** [ Submit ] **to see Full records.**

[ More Items ] **(Items 41 - 52 of 52).**

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** SHOOT TO KILL

**Items 41 - 52 of 52**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ Conduct Another Search ]

---

**Check one or more and then [ Submit ] to see Full records.**

**ITEM 41.** SR-292-776: Killers and dealers in violent areas / aMC2 & aJDog. [Claimant:] (p) on sound recording; acRandy Lacy (employer for hire)

**ITEM 42.** SR-337-673: The m-pire shrikez back / aOGC (aOriginoo Gunn Clappaz) [Claimant:] (c) (p) acPriority Records, LLC (employer for hire)

**ITEM 43.** SRu-68-731: Shoot to kill / performed by aCrucible (Danie Powers/B. J. Blair) [Claimant:] Danie Powers

**ITEM 44.** SRu-163-646: Shoot to kill. CLNA: (c) Jeffrey Weiss, Linda L. Tangredi

**ITEM 45.** SRu-215-047: Shoot to kill. CLNA: (c) (p) John M. Steinborn, Robert A. Corbin

**ITEM 46.** SRu-299-942: The colored whispers of a black and white smile. CLNA: (c) (p) on music, words, performance, recording; acChristopher M. Cronin , 1969-

**ITEM 47.** SRu-344-202: Shoot to kill. CLNA: (p) Guilty Records

**ITEM 48.** TX-2-260-039: Shoot to kill. CLNA: Touchstone Pictures, a.a.d.o. the cWalt Disney Company

**ITEM 49.** TX-3-662-875: Shoot to kill : cops who have used deadly force / Charles W. Sasser. [Claimant:] acCharles W. Sasser

**ITEM 50.** TX-5-476-952: Shoot to kill, and other contributions / Timothy Harper. [Claimant:] acTimothy Harper, 1950-

**ITEM 51.** TXu-89-935: Shoot to kill / by Douglas Alvin Kelly. CLNA: Douglas Alvin Kelly

**ITEM 52.** VAu-419-847: Stalkers beware : Shoot to kill : Made in America. [Claimant:] acCaterina Christakos , 1972-, & acGeorge Bechara , 1972- (authors of work made for hire)

**Check one or more and then [ Submit ] to see Full records.**

---

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For: THAS WHATS UP**

_____

**Check one or more terms, select the type of output display, and then click Submit:**

☐ THARU DICTIONARY : ENGLISH-THARU : THARU-EN (1 item)
☐ THARYAR (1 item)
☐ THASH WHAT I SHAID (1 item)
☐ THASHA'S SONGS (1 item)
☑ THASS WASSUP (1 item)
☐ THASS WHY I LOVE NEW YORK (1 item)
☐ THASTROBIOCHEMAPSYPHYSIOLOGY: MANAGEMENT, M (1 item)
☐ THAT (15 items)
☐ THAT HOW I FEEL ABOUT YOU (1 item)
☐ THAT THE GIRL (1 item)
☐ THAT THE TIME (1 item)
☐ THAT $500 JACKET (1 item)

_____

**Select type of output display:**
◉ Brief (Summary) Display
○ Full-Record Display

[ Submit ]

_____

[ More Items ]

[ Conduct Another Search ]

_____

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



**Search Records Results**

Registered Works Database (Title Search)
**Search For: THATS WHATS UP**

_____

**Check one or more terms, select the type of output display, and then click Submit:**

☐ THATS WHAT YOU SAY (1 item)
☐ THATS WHAT YOUR LOVE, DOES FOR ME (1 item)
☐ THATS WHEN I'LL STOP LOVIN' YOU (1 item)
☐ THATS WORK (1 item)
☐ THATSE (1 item)
☐ THATSGOODINFORMATION LOGO (1 item)
☐ THATTHANG (1 item)
☐ THATTHEWAYDATITGOEZ (1 item)
☐ THATTIL EFFECT TECHNIQUE (TET) (1 item)
☐ THATZ MY NAME (1 item)
☐ THATZ WHAT I GET (1 item)
☐ THATZ WITH A "Z" (1 item)

_____

**Select type of output display:**
◉ Brief (Summary) Display
◯ Full-Record Display
[ Submit ]

_____

[ More Items ]

[ Conduct Another Search ]

_____

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** SMOKE

**Items 1 – 40 of 201**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

[ **Conduct Another Search** ]

_____

**Check one or more and then** [ Submit ] **to see Full records.**

☑ **ITEM 1.** RE-491-655: Smoke. w & m acCharles Albertine. CLNA: Barbara Albertine (E)

☐ **ITEM 2.** RE-709-225: Smoke. CLNA: acWilliam Corbin McGraw (A)

☑ **ITEM 3.** RE-741-253: No more elegies, and other contributions By acJane M. Cooper. [Claimant:] Jane M. Cooper (A)

☐ **ITEM 4.** RE-748-720: Smoke. CLNA: caJohnny Richardson (A)

☐ **ITEM 5.** RE-783-205: Smoke; motion picture. Pt. 1. By aWalt Disney Productions. [Claimant:] acDisney Enterprises, Inc. (PWH)

☑ **ITEM 6.** RE-783-206: Smoke; motion picture. Pt. 2. By aWalt Disney Productions. [Claimant:] acDisney Enterprises, Inc. (PWH)

☑ **ITEM 7.** RE-786-958: Smoke. m aWalt Disney Productions (employer for hire of Robert F. Brunner) [Claimant:] acWalt Disney Music Company (PWH)

☐ **ITEM 8.** RE-872-242: Smoke. w & m Andrew Noland (a.k.a. Clarence Satchell), acLeroy Bonner, acJim Williams, Ralph Middlebrooks, acMarshall Jones, acMarvin Pierce & William Beck. [Claimant:] Patricia Middlebrooks (W of R. Middlebrooks), Nasrin Satchell (W of A. Noland), Desirae Satchell, Shawdee Satchell, Alexis Satchell, Clarence Satchell (C of A. Noland), Leroy Bonner, Marshall Jones, Jim Williams & Marvin Pierce (A)

☑ **ITEM 9.** RE-906-027: Smoke. Artist: aSmoke, sound recording: aCasablanca Records, Inc., aChocolate City Records. [Claimant:] UMG Recordings, Inc. (PWH)

☑ **ITEM 10.** PA-29-861: Smoke / words & music by Mike Duke. CLNA: Xaigon Publishing Company, Inc. & Muscadine Music

☑ **ITEM 11.** PA-409-339: Physical evidence. CLNA: Columbia Pictures Industries, Inc.

☑ **ITEM 12.** PA-594-175: Smoke : Ethnological forgery series no. 59. CLNA: Spoon Musik

☑ **ITEM 13.** PA-605-987: What's the difference? CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☑ **ITEM 14.** PA-605-988: Back against the wall. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n'

Cryin' Music

☐ **ITEM 15.** PA-605-989: Turn it up or turn it off. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☑ **ITEM 16.** PA-605-990: All around the world. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☐ **ITEM 17.** PA-605-991: Eastern European carny man. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☐ **ITEM 18.** PA-605-992: Whiskey soul woman. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☐ **ITEM 19.** PA-605-993: 1988. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☐ **ITEM 20.** PA-605-994: Smoke. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☐ **ITEM 21.** PA-605-995: She doesn't wanna go. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☐ **ITEM 22.** PA-605-996: When you come back. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☐ **ITEM 23.** PA-605-997: Patron lady beautiful. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☐ **ITEM 24.** PA-605-998: 1000 swings. CLNA: acSongs of PolyGram International, Inc., & Drivin' 'n' Cryin' Music

☐ **ITEM 25.** PA-686-710: African skies : no. 17, Smoke / a production of aAtlantis Films, Ltd. in association with aFranklin/Waterman Entertainment and aMoviworld, Inc. ; directed by Jeff Woolnough. [Claimant:] Grosvenor Park XL, LP

☐ **ITEM 26.** PA-704-505: Smoke / aMiramax Films presents a aNDF/Euro Space production in association with Peter Newman/Interal. [Claimant:] Miramax Film Corporation, Nippon Film Development and Finance, Inc., and acEuro Space, Inc.

☐ **ITEM 27.** PA-725-978: African skies : no. 17, Smoke. CLNA: Interplanetary Productions, Inc. (employer for hire)

☐ **ITEM 28.** PA-739-288: Movie man. CLNA: acOscar Castillo , 1967-, acAndrew Patrick Quinn , 1973-, acDonald Michael Quinn , 1967-, & acMatthew Aragon Anoche , 1972-

☐ **ITEM 29.** PA-739-289: Mr. Passing By. CLNA: acOscar Castillo , 1967-, acAndrew Patrick Quinn , 1973-, acDonald Michael Quinn , 1967-, & acCasey Paul Quinn , 1968-

☐ **ITEM 30.** PA-739-290: Little red pill. CLNA: acOscar Castillo , 1967-, acAndrew Patrick Quinn , 1973-, acDonald Michael Quinn , 1967-, & acCasey Paul Quinn , 1968-

☐ **ITEM 31.** PA-739-291: Gold & silver. CLNA: acOscar Castillo , 1967-, & acChristian Maldonado , 1973-

☐ **ITEM 32.** PA-739-292: Now you know. CLNA: acOscar Castillo , 1967-, acAndrew Patrick Quinn , 1973-,

acDonald Michael Quinn , 1967-, acMatthew Aragon Anoche , 1972-, acJose Armando Garcia , 1973-

**ITEM 33.** PA-739-293: Flower girl. CLNA: acOscar Castillo , 1967-, acAndrew Patrick Quinn , 1973-, acDonald Michael Quinn , 1967-, acMatthew Aragon Anoche , 1972-

**ITEM 34.** PA-739-294: Puppet. CLNA: acOscar Castillo , 1967-, acAndrew Patrick Quinn , 1973-, acDonald Michael Quinn , 1967-, acMatthew Aragon Anoche , 1972-

**ITEM 35.** PA-739-295: Spirits. CLNA: acOscar Castillo , 1967-, acAndrew Patrick Quinn , 1973-, acDonald Michael Quinn , 1967-, acMatthew Aragon Anoche , 1972-

**ITEM 36.** PA-739-296: Sickness. CLNA: acAndrew Patrick Quinn , 1973-, acJose Armando Garcia , 1973-

**ITEM 37.** PA-839-252: Smoke. CLNA: Sony/ATV Songs, LLC, & Annabanana Songs

**ITEM 38.** PA-864-591: To track you down. By Pat MacDonald. CLNA: Illegal Songs, Inc.

**ITEM 39.** PA-899-459: Smoke. CLNA: acRonnie Harris , 1952-

**ITEM 40.** PA-902-957: Smoke. CLNA: acWindswept Pacific Entertainment Company (d.b.a. acLongitude Music Company), BMG Music Publishing, Ltd., & Songs from the Farm

---

**Check one or more and then** [ Submit ] **to see Full records.**

---

[ More Items ] **(Items 41 - 80 of 201).**

---

**Copyright** | **Search Records Results**

Registered Works Database (Title Search)
**Search For:** SMOKE

**Items 41 - 80 of 201**

**For a list of commonly used abbreviations that appear in the catalog record, click here.**

    Conduct Another Search

---

Check one or more and then  Submit  to see Full records.

**ITEM 41.** PA-995-959: You can't take it with you ; Until death do them part ; I can't believe we were married ... et al. [Claimant:] WB Music Corporation & Paul Kelly Music

**ITEM 42.** PA-995-960: Night after night. CLNA: WB Music Corporation, Paul Kelly Music & Control Music

**ITEM 43.** PA-1-000-914: Smoke ; Interview with a scapegoat / by Louis Greenstein. [Claimant:] acLouis Greenstein

**ITEM 44.** PA-1-022-065: Dag : no. 107, Smoke / directed by Andrew Tsao. [Claimant:] acNational Broadcasting Company Studios, Inc. (employer for hire)

**ITEM 45.** PA-1-044-790: Naked truth ; Right winged bird ; The big sleep ; Smoke / Denise Mangiardi. [Claimant:] acDenise R. Mangiardi

**ITEM 46.** PA-1-094-721: Smoke. CLNA: Medeski, Martin & Wood

**ITEM 47.** PA-1-156-979: The smoke. CLNA: MAK Productions, Ltd.

**ITEM 48.** PA-1-157-805: Viva nueva. By Dave Gutter, Jason Ward, Dave Noyes, Jon Roods, Tony McNaboe, Spencer Albee, Ryan Zoidis. [Claimant:] EMI Blackwood Music, Inc., Trailer Park Players Music, Inc.

**ITEM 49.** PA-1-157-995: Smoke. CLNA: My Own Chit Musi, Big Simon, Antraphil Music

**ITEM 50.** PA-1-193-242: Law & order : no. E3322, Smoke / directed by Constantine Makris. [Claimant:] acUniversal Network Television, LLC (employer for hire)

**ITEM 51.** PAu-4-096: Smoke / by Patti L. Vincent i.e. words and music Patti Louise Vincent [Claimant:] Patti L. Vincent

**ITEM 52.** PAu-212-229: Smoke / by Alston L. Jack. CLNA: Alston L. Jack

**ITEM 53.** PAu-216-226: Smoke : a screenplay outline / by Vickie Karp and Homer Wills, Jr. [Claimant:] Victoria L. Karp & Homer L. Wills, Jr.

**ITEM 54.** PAu-430-854: Smoke. CLNA: Patrick O'Shaughnessy

**ITEM 55.** PAu-570-491: Smoke / by Laurence Klavan. CLNA: Laurence Klavan