# NYS Department of State

EXHIBIT "B"

## Division of Corporations

**Search Results**

---

A total of 52 entities were found.

**Entity Name**

VIACOM BROADCASTING INC.
VIACOM CAPITAL I, L.P.
VIACOM CAPITAL II L.P.
VIACOM COMMUNICATIONS GROUP, INC.
VIACOM CORPORATE SERVICES INC.
VIACOM EMPLOYEE SERVICES INC.
VIACOM FILM FUNDING COMPANY INC.
VIACOM FIRST RUN DEVELOPMENT COMPANY INC.
VIACOM FIRST RUN LIMITED
VIACOM FOUNDATION
VIACOM FOUNDATION INC.
VIACOM HA! HA! INC.
VIACOM HA! HOLDING COMPANY
VIACOM HEARTY HA!HA! LLC
VIACOM INC.
VIACOM INC.
VIACOM INDUSTRIES INCORPORATED
VIACOM INTERNATIONAL INC.
VIACOM INTERNATIONAL INC.
VIACOM INTERNATIONAL INC.
VIACOM INTERNATIONAL INC. POLITICAL ACTION COMMITTEE CORPORATION
VIACOM INTERNATIONAL SERVICES INC.
VIACOM INTERNATIONAL, INC.
VIACOM JAPAN INC.
VIACOM LATINO AMERICANA INC.

Page 1 of 3, Entities 1 to 25

Next Page

1 2 3

# NYS Department of State

## Division of Corporations

### Search Results

---

A total of 52 entities were found.

**Entity Name**

VIACOM MANAGEMENT GROUP, INC.
VIACOM MGS SERVICES INC.
VIACOM NETWORKS INC.
VIACOM OUTDOOR GROUP INC.
VIACOM OUTDOOR INC.
VIACOM PICTURES MOVIE MUSIC INC.
VIACOM PICTURES MOVIE MUSIC LLC
VIACOM PICTURES MUSIC INC.
VIACOM PICTURES SONGS INC.
VIACOM PREMIUM TELEVISION INC.
VIACOM RADIO INC.
VIACOM RADIO SALES COMPANY
VIACOM REALTY CORPORATION
VIACOM RECEIVABLES FUNDING I CORPORATION
VIACOM RECEIVABLES FUNDING II CORPORATION
VIACOM RECEIVABLES FUNDING III CORPORATION
VIACOM RECEIVABLES FUNDING V CORPORATION
VIACOM RETAIL STORES, INC.
VIACOM SATELLITE NETWORKS INC.
VIACOM SATELLITE NEWS INC.
VIACOM SERVICES INC.
VIACOM SETTLEMENT GROUP, INC.
VIACOM SOLUTIONS INC.
VIACOM TELECOMMUNICATIONS INC.
VIACOM WORLD WIDE LTD.

Page 2 of 3, Entities 26 to 50

Previous Page          Next Page

1  2  3

# Companies listed on the New York Stock Exchange (V)

From Wikipedia, the free encyclopedia

EXHIBIT "C"

| New York Stock Exchange listed stocks: |
|---|
| 0-9 - A - B - C - D - E - F - G - H - I - J - K - L - M - N - O - P - Q - R - S - T - U - V - W - X - Y - Z |

# V

| Stock name | Symbol | Listing date | Country of origin | Issue type | Industry |
|---|---|---|---|---|---|
| VAALCO Energy, Inc. | EGY | | | | |
| Vail Resorts, Inc. | MTN | | | | |
| Valassis Communications | VCI | | | | |
| Valeant Pharmaceuticals International | VRX | | | | |
| Valero Energy Corporation | VLO | | | | |
| Valero GP Holdings, LLC | VEH | | | | |
| Valero L.P. | VLI | | | | |
| Valhi, Inc. | VHI | | | | |
| Valley National Bancorp | VLY | | | | |
| Valmont Industries, Inc. | VMI | | | | |
| The Valspar Corporation | VAL | | | | |
| Van der Moolen Holding N.V. | VDM | | | | |
| Van Kampen Bond Fund | VBF | | | | |
| Van Kampen California Value Municipal Income Trust | VCV | | | | |
| Van Kampen High Income Trust II | VLT | | | | |
| Van Kampen Income Trust | VIN | | | | |
| Van Kampen Municipal Opportunity Trust | VMO | | | | |
| Van Kampen Municipal Trust | VKQ | | | | |
| Van Kampen Ohio Quality Municipal Trust | VOQ | | | | |
| Van Kampen Pennsylvania Value Municipal Income Trust | VPV | | | | |
| Van Kampen Senior Income Trust | VVR | | | | |
| Van Kampen Trust for Insured Municipals | VIM | | | | |
| Van Kampen Trust for Investment Grade Florida Municipals | VTF | | | | |
| Van Kampen Trust for Investment Grade Municipals | VGM | | | | |
| Van Kampen Trust for Investment Grade New Jersey Muncipals | VTJ | | | | |

| Company | Ticker |
|---|---|
| Van Kampen Trust for Investment Grade New York Municipals | VTN |
| Varian Medical Systems, Inc. | VAR |
| Vector Group Ltd. | VGR |
| Vectren Corp | VVC |
| Venoco, Inc. | VQ |
| Ventas, Inc. | VTR |
| Veolia Environnement | VE |
| VeraSun Energy Corporation | VSE |
| VeriFone, Inc. | PAY |
| Veritas DGC, Inc. | VTS |
| Verizon Communications | VZ |
| Verizon New England, Inc. | KVZ |
| Verizon South Incorporated | VZC |
| VF Corporation | VFC |
| Viacom, Inc. | VIA |
| Viacom Inc. | VIAB |
| Viad Corporation | VVI |
| Viasys Healthcare, Inc. | VAS |
| Videsh Sanchar Nigam Limited | VSL |
| Vimpel-Communications | VIP |
| VIRGINIA ELEC & PWR CO | VELPRE |
| Virginia Power Capital Trust II | VELPRA |
| Vishay Intertechnology, Inc. | VSH |
| Visteon Corporation | VC |
| Vitro S.A. de C.V. | VTO |
| Vivo Participações S.A. | VIV |
| Viña Concha y Toro S.A. | VCO |
| VNB Capital Trust I | VLYPRA |
| Vodafone Group plc | VOD |
| Volt Information Sciences, Inc. | VOL |
| Vonage Holdings Corp. | VG |
| Vornado Realty Trust | VNO |
| Vornado Realty Trust | VNOPRA |
| Vornado Realty Trust | VNOPRE |
| Vornado Realty Trust | VNOPRF |
| Vornado Realty Trust | VNOPRG |
| Vornado Realty Trust | VNOPRH |
| Vornado Realty Trust | VNOPRI |
| Votorantim Celulose e Papel S.A. | VCP |
| Vulcan Materials Company | VMC |

Retrieved from

"http://en.wikipedia.org/wiki/Companies_listed_on_the_New_York_Stock_Exchange_%28V%29"

Category: Lists of companies listed on the New York Stock Exchange

- This page was last modified 01:17, 10 December 2006.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a US-registered 501(c)(3) tax-deductible nonprofit charity.