UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| UNIVERSAL MUSIC GROUP, *et al.*, | ) Civil Action No. 1:06-cv-00480-PLF ) |
| Defendants. | ) ) ) ) |

**[PROPOSED] ORDER**

This Court having carefully reviewed the written submissions of the parties pertaining to Defendants' Motion to Strike and Statement of Points and Authorities in Support of Motion to Strike Portions of Plaintiff's Second Amended Complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, it is, this _____ day of _____, 2007,

**ORDERED** that Defendants motion be and hereby is **GRANTED**; and it is further

**ORDERED** that those portions of Plaintiff's Second Amended Complaint that purport to allege infringement of anything other than the lyrics set forth therein be and hereby are **STRICKEN**.

_____
Hon. Paul L. Friedman, U.S.D.J.