ROBERT R. PRUNTE', (APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
410.323.2483 or 301.514.4028

RECEIVED

JUL 27 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

ROBERT R. PRUNTE,                                )
                                                 )
       Plaintiff,                               )
                                                 )
      vs.                                      )
                                                 )
UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC           )   Case No.: No. 1:06-cv-00480-PLF
                                                 )
RECORDING CORP. ET AL & VIACOM                   )
                                                 )
INTERNATIONAL ET AL,                             )
                                                 )
       Defendant                                )
_____          )

## PLAINTIFF'S OFFER OF JUDGEMENT PURSUANT TO F.R.C.P. RULE 68

Comes now the pro se plaintiff with its motion made pursuant to *F.R.C.P. Rule 68*, better known as an "Offer of Judgment". Such motion is being made purely in the interests of justice and with a view to the "speedy resolution" of this complex and commercial civil litigation, and in complete accord with not wishing to needlessly increase the costs of this already monumental litigation.

ROBERT R. PRUNTE'
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
301.514.4028

# SOME UNDISPUTED FACTS

1.) Inside Sessions, a now defunct entity of Universal Music Group, duped, by U.S. Mail, countless artists signed to plaintiff's label, merely to make derivatives of the songs collected in this process.

2.) Inside Sessions, Universal & Atlantic Records A&R Executives, Rich Christina, Geoff Seigal, & Adam Fischell all encouraged plaintiff's company to send commercial songs to them on an "open academy type basis".

3.) Motion picture type video productions were made for each song allegedly purloined by defendants.

4.) Kanye West has admitted to several news agencies that he copies from other author/artists original works.

5.) Plaintiff's works do not occupy the public domain, but instead share the same sentiment, aesthetic appeal and other components of idiosyncrasies that can't be escaped.

6.) The chorus lines of the works in many instances share identical titles and expressions as well as overall look and feel.

7.) Myriad examples probative of copying exist between the works that precludes any allegations of independent creation or public domain status.

8.) The music/sound recordings/samples of plaintiff were allegedly re-sampled by the defendants and recapitulated to conform to the unlawful derivative versions and in order to achieve the same expressions as plaintiffs originals.

offerofjudgement1

ROBERT R. PRUNTE'
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
301.514.4028

9.) Viacom provided support for all the allegedly infringing activities.

10.)      One artist/defendant, DMX, actually bragged to a news agency that "he was biting other artists this year", and then proceeded to release and copyright his offending song, "Lord, Gimme me a sign", although plaintiff's company had created and marketed "God, Pick up the Phone" a full 2 years earlier.

11.)      Counsel for the defendants has failed to cite or support controlling precedent with regard to expert testimony and substantial similarity, thus failing to exhibit any defenses whatsoever.

12.)      Viacom is in default. Viacom has also made grievous misrepresentations about service of process and its registered agents to the Court. Viacom has also failed to perform a court order, in that the court instructed them on May 18, 2007 to respond to the default issues and it has not done so.

13.)      All parties have still not responded to the amended complaint(s), except by way of (2) two failed Motions to Dismiss and a Motion attacking service of process and these efforts are being viewed as dilatory.

14.)      Universal Music Group and Atlantic Records have contemptuously ignored this Courts order to provide it with a brief explaining how they plan to prevail in this case. (See Transcript of May 18, 2007 Hearing).

15.)      Universal and Atlantic Records have not responded to the Courts request as of this writing, but have instead "briefed" the Court on the "appropriateness of summary judgment in copyright cases" in general, on the sole issue of substantial similarity".

offerofjudgement1

ROBERT R. PRUNTE'
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
301.514.4028

# OFFER OF JUDGEMENT

This offer of judgment is based upon the fact that expert opinions are not complete as of this writing and to also toll the time for future motions of this type if the case calls for it.

Therefore, before all the expert reports are in concerning all (14) fourteen songs at issue, this plaintiff would settle this matter for a minimum of $25 million dollars. However, after the expert reports are complete, that number would immediately rise to $50-75 million dollar range if this First Offer of Judgment is rejected.

As counsel is well aware, if the defendants lose at trial, liability could reach into the hundreds of millions of dollars.

Hopefully, an equitable resolution to this matter can be reached expeditiously.

Respectfully submitted,

By: _____

offerofjudgement1

ROBERT R. PRUNTE'
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
301.514.4028

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS DOCUMENT ON OR ABOUT _10 Am_ July _25th_ 2007.

BY: Robert R. Prunte'

JENNER & BLOCK, C/O MR. MICHAEL B. DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005; LEVINE, SULLIVAN, KOCH & SCHULTZ, C/O MICHAEL D. SULLIVAN, 1050 SEVENTEENTH STREET, N.W., SUITE 800, WASHINGTON, D.C. 20036-5514 & THE UNITED STATES COURTHOUSE OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY

ROBERT R. PRUNTE'

614 WYANOKE AVENUE

BALTIMORE, MARYLAND 21218

1.410.323.2483   / 1.301.514.4028

offerofjudgement1

ROBERT R. PRUNTE'
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
301.514.4028

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

offerofjudgement1

ROBERT R. PRUNTE'
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
301.514.4028