ROBERT R. PRUNTE' (APPEARING PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218
410.323.2483  301.514.4028

**RECEIVED**

**JUL 3 1 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE, ) | Case No.: No. 1:06-cv-00480-PLF |
| Plaintiff, ) | |
| vs. ) | |
| UNIVERSAL MUSIC GROUP, ET AL, ATLANTIC ) | |
| RECORDING CORP. ET AL, SONY (BMG) & ) | |
| VIACOM INTERNATIONAL ET AL, ) | |
| Defendant ) | |

# PLAINTIFF'S MEMORANDUM IN SUPPORT OF FIRST AMENDED COMPLAINT

Comes now the plaintiff with this Memorandum being made in support of its recent amended complaint. Such a motion is being made since counsel seems to feel plaintiff has brought this case about mere lyrics when the original complaint explicitly stated the case is about every right available to plaintiff and not just those pertaining to lyrics.

Counsel even seems to feel that this Court is under the impression that this case is about lyrics only. This is not the case. This plaintiff has never alleged this case is about mere lyrics.

All the plaintiff did within the complaint was use the lyrics as a mere example of instances probative of copying and to maintain the status quo of the case until the expert reports regarding music become available.

## THE ORIGINAL COMPLAINT IS REPLETE WITH INSTANCES OF PLAINTIFF'S INTENT FOR THIS CASE

This plaintiff is at a complete loss as to how anyone could assume this case is being brought solely about the lyrics. Within the original complaint, paragraphs 1, 2, 64, 73, 75, 77, 78, 83, 85, 92, 94, 96, 99, 107, 119, 120, 127, 133, 252, 288, 300, 312 and the "Relief Section" of the original complaint all speak to the depths meaning and intent for the bringing of this complex musical and literary copyright infringement case.

For example, in the *relief section*, the complaint states:

> *"Direct and Contributory Copyright Infringement against all corporate defendants, seeking damages and a just accounting. Liability is extended to the defendants thusly: Universal Music Group, 17 U.S.C. 106 (1),(2),(3),(4) &(5), since it is alleged they unlawfully reproduced plaintiff's works, prepared derivative works based upon the copyrighted works, distributed the works, in order to perform the works publicly and displayed the infringing works to the public after an accounting."*

On page 28 of the original complaint, a section is called" "Examples of Probative Similarity of Ideas and Expression". In this section plaintiff spoke about the phase of the case relating to copyright protection for short phrases. In any event, plaintiff alleged that the method and style of expressing the chorus lines were lifted by the defendants.

Chorus lines apply to music as well as lyrics, as a matter of fact and law. (See Paragraph(s) 119 & 120 of the original complaint).

The phrase "chorus line" is used in the original complaint approximately (15) fifteen times. Therefore, let it be known from this moment on that whenever this plaintiff says "chorus line", it means the same thing as it means in contemporary English musical literature. (See below):

> A **refrain** (from the Old French *refraindre* "to repeat," likely from Vulgar Latin *refringere*) is the line or lines that are repeated in music or in verse; the "chorus" of a song. Poetic fixed forms that feature refrains include the *villanelle*, the *virelay*, and the *sestina*.
>
> The use of refrains is particularly associated with popular music, especially rock and roll, where the verse-chorus-verse song structure typically places a refrain in almost every song.
>
> *The refrain or chorus often sharply contrasts the verse melodically, rhythmically, and harmonically, and assumes a higher level of dynamics and activity, often with added instrumentation.*
>
> Chorus form, or strophic form, is a sectional and/or additive way of structuring a piece of *music* based on the repetition of one formal section or block played repeatedly.
>
> In music, a refrain has two parts: the lyrics of the song, and the melody. Sometimes refrains vary their words slightly when repeated; recognisability is

given to the refrain by the fact that it is always sung to the same tune, and the rhymes, if present, are preserved despite the variations of the words.

Such a refrain is featured in "The Star-Spangled Banner," which contains a refrain which is introduced by a different phrase in each verse, but which always ends:

*O'er the land of the free, and the home of the brave.*

A similar refrain is found in the "Battle Hymn of the Republic," which affirms in successive verses that "Our God," or "His Truth." is "marching on."

Refrains usually, but do not always, come at the end of the verse. Some songs, especially ballads, incorporate refrains into each verse. For example, one version of the traditional ballad *The Cruel Sister* includes a refrain mid-verse:

There lived a lady by the North Sea shore,
*Lay the bent to the bonny broom*
Two daughters were the babes she bore.
*Fa la la la la la la la.*
As one grew bright as is the sun,
*Lay the bent to the bonny broom*
So coal black grew the other one.
*Fa la la la la la la la.*
. . .

(Note : the refrain of 'Lay the Bent to the Bonny Broom' is not traditionally associated with the ballad of The Cruel Sister (Child #10). This was the work of 'pop-folk' group Pentangle on their 1970 LP 'Cruel Sister' which has subsequently

been picked up by many folk singers as being traditional. Both the melody and the refrain come from the ballad known as Riddles Wisely Expounded (Child #1).)

Here, the refrain is syntactically independent of the narrative poem in the song, and has no obvious relationship to its subject, and indeed little inherent meaning at all. The device can also convey material which relates to the subject of the poem. Such a refrain is found in Dante Gabriel Rossetti's *Troy Town*:

Heavenborn Helen, Sparta's queen,
*O Troy Town!*
Had two breasts of heavenly sheen,
The sun and moon of the heart's desire:
All Love's lordship lay between,
A sheen on the breasts I Love.
*O Troy's down,*
*Tall Troy's on fire!*

. . .

Phrases of apparent nonsense in refrains (*Lay the bent to the bonny broom?*), and solfege syllables such as *fa la la*, familiar from the Christmas carol *Deck the Halls with Boughs of Holly*, have given rise to much speculation. Some believe that the traditional refrain *Hob a derry down O* encountered in some English folksongs is in fact an ancient Celtic phrase meaning "dance around the oak tree." These suggestions remain controversial.

A pop chorus is not the same as a refrain. A refrain is often a two line repeated lyrical statement commenting on the preceding verse, for example:

meminsuppofcomplaint                                ROBERT R. PRUNTE' (PRO SE')
                                                                      Page 5    7/29/2007

"Like a bridge over troubled water I will lay me down.

Like a bridge over troubled water I will lay me down"

or

"The answer, my friend, is blowin' in the wind,

The answer is blowin' in the wind".

or

"All the lonely people, where do they all come from?

All the lonely people, where do they all belong?"

This contrasts with the chorus of a typical modern pop song, which is very often more than just one repeated line, for example:

"Do you believe in life after love

I can feel something inside me say

I really don't think you're strong enough, no

Do you believe in life after love?

I can feel something inside me say

I really don't think you're strong enough, no".

It is true that many pop-songs do just consist of a repeated line, so the difference may seem negligible, for example:

"I should be so lucky,

Lucky, lucky, lucky,

I should be so lucky in love,

I should be so lucky,

Lucky, lucky, lucky,

I should be so lucky in love".

Some artists use repeating words or phrases to highlight certain ideas or messages. Jill Scott uses this technique in her song 'Golden':

Living my life like it's golden

Living my life like it's golden

Living my life like it's golden

Living my life like it's golden

Living my life like it's golden, golden

Living my life, Like it's golden, golden, golden, golden, golden, golden

However, there are also crucial differences in the structural purpose and use of the chorus as opposed to the refrain. *Choruses such as those cited are musically and lyrically designed so that they can be repeated*, for example, in a double-chorus, or at the end of the song, when they form the repeated outro, which very often continues into the fade-out of the recording. (Other structural elements, such as the breakdown, where the sung melodic line of the repeated chorus drops out may also be present here).

The point of this is, again crucially, that *the chorus contains the lyrical and melodic hook of the song (usually the song-title), which needs to be repeated as often as possible in order to be memorable to the listening audience*. Refrains are

not intended to be repeated in this way, (although they may contain a hook, but not necessarily the title, as in Eleanor Rigby).

A chorus is also very often approached by a bridge, (also called a pre-chorus or climb), which serves to build the song up into the chorus, often using techniques of harmony, melody, instrumentation and production, which arrives as a climax to the song. This does not happen with a refrain. Again, the point is that the chorus is the main part of the song, containing its central message, not simply an ending to, and a comment on the verse.

Another "short, plain and concise" statement found in the complaint relating to the music can be found in paragraph 133 where it states:

> *"The titles and accompanyng original expressions are the result of serious lyrical and musical technology at play. Defendants are well aware of such technology, and used it in a manner un-like reverse engineering, but done in that regard, except for infringement purposes, which is unlawful"...(See: 142 Congressional Record, S12212 (daily ed. Oct. 1996).*

Finally, plaintiff states that the above stated paragraphs, (1, 2, 64, 73, 75, 77, 78, 83, 85, 92, 94, 96, 99, 107, 119, 120, 127, 133, 252, 288, 300, 312 and the relief section), when taken literally, can be construed to apply to the music as well as the lyrics and at no time has plaintiff excluded the music as an issue in this case.

The defendants should be advised that plaintiff owns the right to sue about the music and the words and that is what he is doing presently.

Respectfully Submitted,

By _*[signature: Robert R. Prunte']*_

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS DOCUMENT ON OR ABOUT __10 AM__ July __29th__ 2007.

_*[signature]*_

BY: Robert R. Prunte'

**JENNER & BLOCK**, C/O MR. MICHAEL B. DESANCTIS, 601 THIRTEENTH STREET, N.W. SUITE 1200 SOUTH, WASHINGTON, D.C. 20005; **LEVINE, SULLIVAN, KOCH & SCHULTZ**, C/O MICHAEL D. SULLIVAN, 1050 SEVENTEENTH STREET, N.W., SUITE 800, WASHINGTON, D.C. 20036-5514 & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY: /s/ Robert R. Prunte'

ROBERT R. PRUNTE'

614 WYANOKE AVENUE

BALTIMORE, MARYLAND 21218

1.410.323.2483   / 1.301.514.4028