UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTÉ, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-0480 (PLF) |
| UNIVERSAL MUSIC GROUP, et al., | ) |
| Defendants. | ) |

ORDER

*Pro se* plaintiff has filed numerous motions in this case that are plainly without merit. On May 18, 2007, the Court set a briefing schedule for briefing by the parties on the issue of whether this case can be resolved by motions for summary judgment on the issue of partial similarity, and permitted the plaintiff to file an amended complaint containing all of the lyrics that plaintiff alleges were infringed by defendants. In addition, a motion to dismiss for insufficiency of process and insufficiency of service of process has been filed by defendant Viacom International. No other briefing or motions are required at this time and the Court will not permit plaintiff to continue clogging its docket with his meritless motions. Accordingly, it is hereby

ORDERED that all of plaintiff's pending motions [30, 31, 32, 33, 34, 46, 47, 50] are DENIED; and it is

FURTHER ORDERED that plaintiff may not file any further motions in this case without prior leave of Court until such time as Viacom's pending motion to dismiss and the issue of whether this matter may be resolved on the issue of substantial similarity are decided. Plaintiff may file any necessary briefs related to the pending motion to dismiss and the issue of substantial similarity, as set forth in the Court's briefing schedule and according to the Federal Rules of Civil Procedure and Local Civil Rules.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE:  August 17, 2007                           United States District Judge