UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSAL MUSIC GROUP, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 1:06-cv-480-PLF |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants UMG Recordings, Inc. and Atlantic Recording Corporation wish to direct the Court's attention to the attached decision recently issued by the United States District Court for the Central District of California. (*Zella v. E. W. Scripps Co.*, C.D. Cal., No. 06-7055 ABC, Dec. 18, 2007). In it, the court granted the defendants' motion to dismiss, prior to discovery, ruling that no reasonable jury could conclude that the allegedly-infringing work was substantially similar to any protectable elements of the plaintiff's work. This decision, and the cases cited therein, provide further support for Defendants' pending Memorandum of Law Regarding the Appropriateness of Summary Judgment on the Issue of Substantial Similarity (filed June 29, 2007), in which Defendants have provided the reasons why it would be appropriate for this Court to entertain summary judgment motions on the issue of substantial similarity without conducting discovery.

Dated: January 30, 2008                     Respectfully submitted,

40787.1

      /s/ Michael B. DeSanctis
-------------------------------------------
Steven B. Fabrizio (Bar No. 436482)
Michael B. DeSanctis (Bar No. 460961)
Sean J. Hartigan (Bar No. 495381)
JENNER & BLOCK LLP
601 Thirteenth Street, N.W
Suite 1200 South
Washington, D.C. 20005
Tel.: (202) 639-6000
Fax: (202) 639-6066

## CERTIFICATE OF SERVICE

I, Michael B. DeSanctis, hereby certify that on this day, January 30, 2008, I caused the foregoing Defendants' Notice of Supplemental Authority to be served by First Class United States mail, postage pre-paid on the following:

>Robert R. Prunte
>YoWorld Music Co.
>614 Wyanoke Avenue
>Baltimore, MD 21218

>____/s/_____
>Michael B. DeSanctis