UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
ROBERT R. PRUNTÉ,                  )
                                   )
            Plaintiff,             )
                                   )
      v.                           )   Civil Action No. 06-0480   (PLF)
                                   )
UNIVERSAL MUSIC GROUP, *et al.*,   )
                                   )
            Defendants.            )
_____)

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that the Motion to Dismiss by Viacom International, Inc. [38] is GRANTED; and it is

FURTHER ORDERED that all claims against Viacom International, Inc. are DISMISSED without prejudice.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 11, 2008