# NYS Department of State

## Division of Corporations

**Search Results**

A total of 52 entities were found.

**Entity Name**

VIACOM BROADCASTING INC.
VIACOM CAPITAL I, L.P.
VIACOM CAPITAL II L.P.
VIACOM COMMUNICATIONS GROUP, INC.
VIACOM CORPORATE SERVICES INC.
VIACOM EMPLOYEE SERVICES INC.
VIACOM FILM FUNDING COMPANY INC.
VIACOM FIRST RUN DEVELOPMENT COMPANY INC.
VIACOM FIRST RUN LIMITED
VIACOM FOUNDATION
VIACOM FOUNDATION INC.
VIACOM HA! HA! INC.
VIACOM HA! HOLDING COMPANY
VIACOM HEARTY HA!HA! LLC
VIACOM INC.
VIACOM INC.
VIACOM INDUSTRIES INCORPORATED
VIACOM INTERNATIONAL INC.
VIACOM INTERNATIONAL INC.
VIACOM INTERNATIONAL INC.
VIACOM INTERNATIONAL INC. POLITICAL ACTION COMMITTEE CORPORATION
VIACOM INTERNATIONAL SERVICES INC.
VIACOM INTERNATIONAL, INC.
VIACOM JAPAN INC.
VIACOM LATINO AMERICANA INC.

Page 1 of 3, Entities 1 to 25

Next Page

1 2 3

# NYS Department of State

## Division of Corporations

### Search Results

A total of 52 entities were found.

**Entity Name**

VIACOM MANAGEMENT GROUP, INC.
VIACOM MGS SERVICES INC.
VIACOM NETWORKS INC.
VIACOM OUTDOOR GROUP INC.
VIACOM OUTDOOR INC.
VIACOM PICTURES MOVIE MUSIC INC.
VIACOM PICTURES MOVIE MUSIC LLC
VIACOM PICTURES MUSIC INC.
VIACOM PICTURES SONGS INC.
VIACOM PREMIUM TELEVISION INC.
VIACOM RADIO INC.
VIACOM RADIO SALES COMPANY
VIACOM REALTY CORPORATION
VIACOM RECEIVABLES FUNDING I CORPORATION
VIACOM RECEIVABLES FUNDING II CORPORATION
VIACOM RECEIVABLES FUNDING III CORPORATION
VIACOM RECEIVABLES FUNDING V CORPORATION
VIACOM RETAIL STORES, INC.
VIACOM SATELLITE NETWORKS INC.
VIACOM SATELLITE NEWS INC.
VIACOM SERVICES INC.
VIACOM SETTLEMENT GROUP, INC.
VIACOM SOLUTIONS INC.
VIACOM TELECOMMUNICATIONS INC.
VIACOM WORLD WIDE LTD.

Page 2 of 3, Entities 26 to 50

Previous Page        Next Page

1  2  3