# EXHIBIT C



# NYS Department of State

## Division of Corporations

### Search Results

---

A total of 11 entities were found.

**Entity Name**

VIACOM 18 US INC.
VIACOM COMMUNICATIONS GROUP, INC.
VIACOM HEARTY HA!HA! LLC
VIACOM INC.
VIACOM INTERNATIONAL INC.
VIACOM INTERNATIONAL INC. POLITICAL ACTION COMMITTEE CORPORATION
VIACOM REALTY CORPORATION
VIACOM RECEIVABLES FUNDING I CORPORATION
VIACOM RECEIVABLES FUNDING V CORPORATION
VIACOM SOLUTIONS INC.
VIACOMP, INC.

Entities 1 to 11

The Entity Name column contains the entity names that were found based on your search criteria. To display information for an entity, tab to the entity name and press the enter key or click on the entity name. To revise your search criteria, tab to Revise Search Criteria and press the enter key or click on Revise Search Criteria. To start a new search, tab to New Search and press the enter key or click on New Search.

Revise Search Criteria          New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page