

**EXHIBIT D**

Welcome to Jobhunt

Login

Home

Job Search

My Profile

On Location/ Diversity

Internships

Who We Are

Comments

## TERMS OF USE AND CONDITIONS

These terms and conditions were last updated on June 25, 2007. Once you login or create a profile, this page will no longer be displayed. IMPORTANT! PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS WEB SITE. YOU AGREE TO THESE TERMS OF USE BY ACCESSING THIS WEB SITE, REGISTERING FOR THIS WEB SITE, OR BY ACCEPTING OR DOWNLOADING ANY INFORMATION AND CONTENT FROM THIS WEB SITE. IF YOU DO NOT AGREE TO BE BOUND BY ALL THE TERMS SET FORTH BELOW, DO NOT USE THIS WEB SITE..

1. Acceptance of Terms. This web site ("Web Site") is provided by Viacom International Inc. ("Viacom", "we," "our," or "Company"). Your use of this Web Site is subject to the following Terms of Use ("Terms of Use"). By accessing and using the Web Site or downloading materials from the Web Site, you accept and agree to, without limitation or qualification, these Terms of Use. Viacom reserves the right, in its sole discretion, to modify, alter or otherwise change these Terms of Use at any time. Please check these Terms of Use periodically for changes. By using this Web Site after any changes to these Terms of Use are posted, you are indicating your renewed agreement to be bound by any such changes. Please also review our Privacy Policy.

2. General. By accessing or linking to this Web Site, you assume the risk that this Web Site and all of the content it contains, or may in the future contain, including, but not limited to, articles, opinions, other text, directories, guides, photographs, illustrations, images, video and audio clips and advertising copy, as well as the trademarks, logos, domain names, trade names, service marks and any and all copyrightable material (including source and object code) and/or any other form of intellectual property (collectively, the "Content") on this Web Site may be incomplete, inaccurate, out of date, or may not meet your needs and requirements. Further, we may add, change, discontinue, remove or suspend any of the Content at any time, without notice to you and without liability. Viacom assumes no obligation to update the Content.

3. Equal Opportunity Employer. Viacom is an equal opportunity employer. Viacom recruits, employs, trains, compensates and promotes regardless of race, religion, color, national origin, sex, disability, age (40 and over) veteran status, and other protected status as required by applicable law.

4. Forward-Looking Statements. The information contained in (or accessible from) this Web Site may include forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. These forward-looking statements are not based on historical facts, but rather reflect the Company's current expectations concerning future results and events. Similarly, statements that describe the Company's objectives, plans or goals are or may be forward-looking statements. These forward-looking statements involve known and unknown risks, uncertainties and other factors that are difficult to predict and which may cause the actual results, performance or achievements of the Company to be different from any future results, performance and achievements expressed or implied by these statements. These risks, uncertainties and other factors include, among others: advertising market conditions worldwide; the public acceptance of the Company's movies, cable television, digital services and other content; the impact of competition and technological developments in our industries and on consumer behavior; the Company's ability to successfully launch its programming services to new and existing distribution platforms; changes in laws and regulations applicable to the Company's businesses; the impact of piracy; other domestic and global economic, business, competitive and/or regulatory factors affecting the Company's businesses generally; and other factors described in the Company's news releases and filings with the Securities

and Exchange Commission, including, but not limited to, the Company's 2006 Annual Report on Form 10-K and Quarterly Reports on Form 10-Q filed thereafter. The forward-looking statements included in this Web Site are made only as of the date originally issued or indicated on the material and may no longer be accurate or complete, and, under Section 27A of the Securities Act and Section 21E of the Exchange Act, the Company does not have any obligation to publicly update any forward-looking statements to reflect subsequent events or circumstances.

5. Trademarks, Copyrights and Restrictions. The Content is owned by Viacom; Viacom's subsidiaries, divisions, affiliates, directors, officers, partners, employees, suppliers, licensors, agents, and assigns (collectively, the "Viacom Affiliates"); or third parties, and are protected from unauthorized use, copying and dissemination by copyright, trademark, publicity and other laws and by international treaties. Nothing contained in these Terms of Use or on the Web Site should be construed as granting, by implication, estoppel or otherwise, any license or right to use any Content in any manner without the prior written consent of a duly authorized employee of Viacom or such third party that may own the Content displayed on the Web Site. ANY UNAUTHORIZED USE, REUSE, POSTING, REPOSTING, DISPLAY, PERFORMANCE, SALE, FRAMING, COPYING, REPRODUCTION, MODIFICATION, PUBLISHING, REPUBLISHING, UPLOADING, DOWNLOADING, TRANSMITTING, DISTRIBUTING, DUPLICATING OR ANY OTHER USE OF THE CONTENT IS STRICTLY PROHIBITED WITHOUT THE PRIOR WRITTEN CONSENT OF A DULY AUTHORIZED VIACOM EMPLOYEE. As a user of the Web Site, you agree not to use the Content for any unlawful purposes and not to violate Viacom's rights or the rights of others. Viacom reserves the right to object or otherwise take action against any such use.

6. Disclaimers. THE WEB SITE, THE CONTENT, AND ALL E-MAILS SENT BY VIACOM OR THE VIACOM AFFILIATES ("E-MAILS") ARE PROVIDED TO YOU "AS IS" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, QUALITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. YOU ASSUME THE ENTIRE COST OF ALL NECESSARY SERVICING, REPAIR, OR CORRECTION. APPLICABLE LAW MAY NOT ALLOW THE EXCLUSION OF IMPLIED WARRANTIES, SO THE ABOVE EXCLUSION MAY NOT APPLY TO YOU. THIS WEB SITE, THE CONTENT, AND THE E-MAILS MAY CONTAIN INACCURACIES AND TYPOGRAPHICAL ERRORS. VIACOM AND THE VIACOM AFFILIATES MAKE NO WARRANTIES OR REPRESENTATIONS, EXPRESS OR IMPLIED, AS TO THE ACCURACY, COMPLETENESS OR RELIABILITY OF ANY FACTS, ADVICE, OPINIONS, VIEWS, STATEMENTS, RECOMMENDATIONS OR OTHER INFORMATION DISPLAYED ON OR DISTRIBUTED THROUGH THE WEB SITE, THE CONTENT, AND/OR THE E-MAILS. YOU ACKNOWLEDGE THAT ANY RELIANCE UPON ANY SUCH FACTS, ADVICE, OPINIONS, VIEWS, STATEMENTS RECOMMENDATIONS, OR OTHER INFORMATION IS AT YOUR SOLE RISK AND THAT NEITHER VIACOM NOR THE VIACOM AFFILIATES GIVE TAX, LEGAL OR INVESTMENT ADVICE OR ADVOCATE THE PURCHASE OR SALE OF ANY SECURITY OR INVESTMENT. REFERENCE TO ANY PRODUCT, PROCESS, PUBLICATION OR SERVICE OF ANY THIRD PARTY BY TRADE NAME, DOMAIN NAME, TRADEMARK, SERVICE MARK, LOGO, MANUFACTURER OR OTHERWISE DOES NOT CONSTITUTE OR IMPLY ITS ENDORSEMENT OR RECOMMENDATION BY VIACOM OR THE VIACOM AFFILIATES. VIACOM AND THE VIACOM AFFILIATES MAKE NO REPRESENTATION OR WARRANTY WHATSOEVER REGARDING THE SUITABILITY, FUNCTIONALITY, AVAILABILITY OR OPERATION OF THIS WEB SITE, THE CONTENT, OR THE E-MAILS. THIS WEB SITE MAY BE TEMPORARILY UNAVAILABLE DUE TO MAINTENANCE OR MALFUNCTION OF COMPUTER EQUIPMENT. VIACOM DOES NOT WARRANT THAT THE CONTENT, THE WEB SITE, OR THE E-MAILS WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS IN THE WEB SITE, THE CONTENT, OR THE E-MAILS WILL BE CORRECTED, OR THAT THE WEB SITE, THE SERVERS THAT MAKE THE WEB SITE AND/OR THE CONTENT AVAILABLE, AND THE E-MAILS ARE FREE FROM VIRUSES OR OTHER HARMFUL COMPONENTS.

7. Limitations of Liability. UNDER NO CIRCUMSTANCES, INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE, SHALL VIACOM OR THE VIACOM AFFILIATES BE LIABLE TO YOU FOR DAMAGES OF ANY KIND WHETHER BASED IN TORT, CONTRACT, STRICT LIABILITY OR OTHERWISE, INCLUDING, WITHOUT LIMITATION, ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES RESULTING FROM OR IN CONNECTION WITH THIS WEB SITE, THE CONTENT, THE E-MAILS, OR ANY

ERRORS OR OMISSIONS IN THE TECHNICAL OPERATION OF THE WEB SITE, THE CONTENT, OR THE E-MAILS, EVEN IF VIACOM OR THE VIACOM AFFILIATES HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES WHETHER CAUSED IN WHOLE OR IN PART BY NEGLIGENCE, ACTS OF GOD, TELECOMMUNICATIONS FAILURE, OR THEFT OR DESTRUCTION OF, OR UNAUTHORIZED ACCESS TO, THE WEB SITE, THE CONTENT, OR THE E-MAILS. APPLICABLE LAW MAY NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU. IN NO EVENT SHALL VIACOM OR THE VIACOM AFFILIATES BE LIABLE FOR ANY DAMAGES TO ANY COMPUTER EQUIPMENT OR PROPERTY IN CONNECTION WITH ANY SECURITY BREACH, VIRUS, BUG, TAMPERING, UNAUTHORIZED INTERVENTION, FRAUD, ERROR, OMISSION, INTERRUPTION, DELETION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER LINE FAILURE OR ANY OTHER TECHNICAL OR OTHER MALFUNCTION. IN NO EVENT WILL VIACOM OR THE VIACOM AFFILIATES BE LIABLE TO YOU OR ANYONE ELSE FOR LOSS OR INJURY, INCLUDING, WITHOUT LIMITATION, DEATH OR PERSONAL INJURY. NOTWITHSTANDING ANY OTHER PROVISION IN THESE TERMS, IN NO EVENT AND UNDER NO CIRCUMSTANCES WILL VIACOM OR THE VIACOM AFFILIATES BE LIABLE TO YOU FOR ANY REASON OR ANY CAUSE OF ACTION WHATSOEVER IN AN AMOUNT GREATER THAN FIFTY DOLLARS ($50). SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER OF SOME TYPES OF DAMAGES, SO SOME OF THE ABOVE MAY NOT APPLY TO YOU.

8. Indemnification. By accessing this Web Site, you agree to indemnify, defend and hold harmless Viacom, and the Viacom Affiliates from and against any actual or alleged claims, demands, causes of action, judgments, liabilities, losses, damages, and all costs and expenses of defense (including reasonable attorneys' fees and court costs) arising out of or relating to: (a) your breach of your representations; (b) your violation of these Terms of Use or any law; (c) a claim by a third party that is based on your use of this Web Site and/or the Content; (d) Viacom and/or the Viacom Affiliate's use of any information you provide; or (e) any misrepresentation made by you. You will cooperate as fully and as reasonably required in Viacom's defense of any claim. You shall not in any event settle any matter without the written consent of Viacom. We reserve the right to assume, at our sole expense, the exclusive defense and control of any matter otherwise subject to indemnification by you, in which event you will fully cooperate with us in asserting any available defenses.

9. E-mails. The contents of an e-mail (including any attachments) that you receive from any system of Viacom or the Viacom Affiliates are confidential to the sender and the intended recipient. The information contained in such e-mail may also be subject to legal privilege or otherwise protected from disclosure. If you are not the intended recipient, you may not copy, forward, disclose or otherwise use any part of such email in any form whatsoever. Please delete and destroy all copies of the email in your possession. Please also reply to the sender and notify him or her that you have received such e-mail in error. Any views or opinions expressed in an e-mail that you receive from any system of Viacom or the Viacom Affiliates are solely those of the author of such email and do not necessarily represent those of Viacom or its affiliates unless specifically stated. The content of an e-mail that you receive from any system of Viacom or the Viacom Affiliates does not create, amend, modify or form any part of a contract, an entitlement or a binding obligation unless specifically stated. E-mail messages may contain computer viruses or other defects. It is your responsibility to carry out appropriate virus and other checks to ensure that e-mail messages and attachments do not damage your systems or data. E-mail messages may not be accurately replicated on other systems, or may be modified, deleted or intercepted without the knowledge of the sender or the intended recipient. You should also be aware that e-mail submissions over the Internet may not be secure, and you should consider this before e-mailing the web site, Viacom or the Viacom Affiliates any information. Neither Viacom nor any of the Viacom Affiliates are responsible for any improper, untimely, or incomplete transmission. Please note that Viacom and the Viacom Affiliates reserve the right to intercept, monitor, review and retain e-mail messages from external and internal sources as permitted by applicable law.

10. Your Use Of The Web Site. When using the Web Site, you are prohibited from: (i) violating any law; (ii) violating any right of Viacom or any third party, including, without limitation, intellectual property rights; (iii) uploading or transmitting viruses, Trojan horses or other harmful, disruptive or destructive

files or otherwise interfering with any third party's uninterrupted use and enjoyment of the Web Site; and/or (iv) using or attempting to use another's information, account, password, service or system except as expressly permitted.

11. Content You Submit to the Web Site. Please do not send unsolicited materials or other information to the Web Site, Viacom, or the Viacom Affiliates ("User Submissions"). However, please be aware that all User Submissions (except as otherwise described in our Privacy Policy) will be treated as non-confidential and non-proprietary and we will not be liable for any use or disclosure. By sending User Submissions to the Web Site, Viacom, or the Viacom Affiliates, you represent that such materials are accurate and original with you and do not violate the rights of any third parties, including, without limitation, any intellectual property rights and rights of publicity and/or privacy. When you send User Submissions to the Web Site, Viacom or the Viacom Affiliates, you irrevocably grant to Viacom and the Viacom Affiliates a non-exclusive, worldwide, royalty-free license containing, without limitation, all right, title and interest in your User Submissions, including, without limitation, all patents, trademarks, service marks, trade names, trade identities, copyrights, trade secrets, logos, domain names, know-how, source code and object code, mask-work rights, inventions, moral rights, author's rights, algorithms, rights in packaging, goodwill and other intellectual property and proprietary rights whatsoever in your User Submissions. You further agree that Viacom and the Viacom Affiliates will have the unfettered right throughout the universe, in perpetuity, without any credit or compensation to you, to use, reuse, modify, alter, display, archive, publish, sub-license, perform, reproduce, disclose, transmit, broadcast, post, sell, translate, create derivative works of, distribute and use for advertising, marketing, publicity and promotional purposes, any of your User Submissions or portions of your User Submissions, and your name, voice, likeness and other identifying information, in any form, media, software or technology of any kind now known or developed in the future for any purposes whatsoever including, without limitation, developing, manufacturing and marketing products using such User Submissions. You hereby waive any moral rights you may have in and to any of your User Submissions, even if such material is altered or changed in a manner not agreeable to you. You agree and understand that Viacom and Viacom Affiliates are not obligated to use your User Submissions, and may alternatively choose to discard your User Submissions without any liability whatsoever.

12. Registration. Certain areas of the Web Site may require registration or may otherwise ask you to provide information to participate in certain features or access certain Content. The decision to provide this information is purely optional; however, if you elect not to provide such information, you may not be able to access certain Content or participate in certain features of the Web Site. When you provide information to the Web Site, you agree to provide only true, accurate, current and complete information on all registration pages. If you register with the Web Site, you agree to accept responsibility for all activities that occur under your account or password, if any, and agree you will not sell, transfer or assign your membership or any membership rights. You are responsible for maintaining the confidentiality of your password, if any, and for restricting access to your computer so that others may not access the password protected portion of the Web Site using your name in whole or in part. Viacom reserves the right to terminate membership and/or deny access to the Web Site to any person in its sole discretion.

13. Linking Policy and Links to Third Party Web Sites. If you link to this Web Site, we require that you follow these guidelines. The link to this Web Site must not damage, dilute or tarnish the goodwill associated with any Viacom names and/or intellectual property, nor may the link create the false appearance that your web site and/or organization is sponsored by, endorsed by, affiliated and/or associated with Viacom. You agree that you will not link to the Web Site from any source that is unlawful, abusive, indecent or obscene, that promotes violence or illegal acts, that contains expressions of racism, that is libelous, defamatory, scandalous, or inflammatory or is otherwise inappropriate. Under no circumstances may you "frame" this Web Site or alter its Content in any way. Viacom reserves the right, in its sole discretion, to terminate a link with any web site that it deems inappropriate or inconsistent with the Web Site and/or these Terms of Use. This Web Site also contains links or references to other web sites maintained by third parties over which Viacom has no control. Viacom is not responsible for the content or performance of other web sites to which this Web

Site may be linked or from which this Web Site may be accessed. Viacom makes no warranties or representations of any kind as to the accuracy, currency, or completeness of any content or information contained in such web sites and shall have no liability for any damages or injuries of any kind arising from such content or information. Inclusion of any third party link does not imply any endorsement or recommendation by Viacom.

14. Location/Governing Law. Viacom operates the Web Site in the United States. Information contained on the Web Site may not be appropriate or available for use in other locations, and access to this Web Site from territories where the content of the Web Site may be illegal is prohibited. If you access the Web Site from other locations, you do so on your own initiative and you are solely responsible for compliance with applicable local laws. You may not use the Web Site or export the Content in violation of U.S. export laws and regulations. These Terms of Use and your use of the Web Site shall be construed, enforced, and governed in accordance with the laws of the United States of America and the State of New York without regard to its conflicts of laws principles and will specifically not be governed by the United Nations Convention on Contracts for the International Sale of Goods, if otherwise applicable. Any legal action or proceeding related to this web site shall be brought exclusively in a federal or state court of competent jurisdiction sitting in New York within ninety (90) days after the occurrence of the facts giving rise to the cause of action, otherwise the cause shall be forever barred. However, notwithstanding any other provision of this Terms of Use, you agree that in the event of any dispute between the parties, the damages, if any, caused to you are not irreparable or sufficient to entitle you to enjoin or restrain the development, production, launch, advertising, exhibition or exploitation of the Web Site or any film, television program, show, web site, property, production or materials owned or controlled by Viacom or the Viacom Affilaites.

15. Miscellaneous. Viacom will determine your compliance with these Terms of Use in its sole discretion. Any violation of these Terms of Use may result in restrictions on your access to all or part of the Web Site and may be referred to law enforcement authorities. No waiver of any of these Terms of Use shall be of any force or effect unless made in writing and signed by a duly authorized officer of Viacom. Viacom reserves the right to modify or discontinue this Web Site, or any portion thereof, without liability or notice to you or any third party. Upon termination of your access to the Web Site, or upon demand by Viacom, you must destroy all materials obtained from this Web Site and all related documentation and all copies and installations thereof. If any provision of these Terms of Use is held to be unlawful, void or unenforceable by any court having competent jurisdiction, then such provision shall be severable without affecting the enforceability of all remaining provisions, which will remain in full force and effect. The section titles in these Terms are for your convenience only and do not have any legal or contractual effect.

These Terms of Use were last updated on June 25, 2007.

**You must agree to these terms and conditions in order to create a profile, or to view or apply for any position.**

[ I Agree ]    [ I Disagree ]

© 2007, 2008 MTV NETWORKS, A DIVISION OF VIACOM INTERNATIONAL INC. ALL RIGHTS RESERVED