Case 1:06-cv-00480-PLF    Document 60-6    Filed 04/09/2008    Page 1 of 2

EXHIBIT E

HOME   INVESTOR ALERTS   CAREER OPPORTUNITIES   CONTACT US   SITEMAP   SEARCH

PRINTED PRODUCTS
LOTTERY SYSTEMS
DIVERSIFIED GAMING
INSIDE SCIENTIFIC GAMES
INVESTOR INFORMATION
CORPORATE GOVERNANCE
INDUSTRY INFORMATION
LOTTERY MUSEUM

**Investor Tool Kit**

Print Page
Email Page
RSS Feeds
Email Alerts
IR Contacts

Home > Investor Information > Biography

## BIOGRAPHY



**STEVEN M. SAFERIN** *
**Vice President and President of Properties**

In September, 2003 Steve Saferin was appointed Vice President of Scientific Games Ventures. Scientific Games Ventures serves as the incubator to ensure emphasis on emerging growth opportunities an new products and marketing initiatives including Account Play, promotional games and on-line game development. Saferin also ov Scientific Games International's marketing communications efforts. January of 2003, MDI was acquired by Scientific Games. Prior to fo MDI, Saferin was Director of Program Acquisitions at ESPN from 19 1986. He supervised a 16 person department in the areas of produ acquisition and scheduling. From 1978 to 1982, he was active in ca television franchising as a vice president with Viacom Communicati and Warner Amex Cable.

Prior to entering business, Saferin was an Attorney-Advisor to the C Television Bureau of the Federal Communications Commission, as v a member of the law department of Viacom International, Inc. Safe received a BA in Journalism from American University and received J.D. after attending Georgetown University and the University of M Schools of Law.

Mr. Saferin is a member of the Dean's Advisory Council of the Scho Communications at The American University.

[back to top]

Printed Products | Lottery Systems | Diversified Gaming | Inside Scientific Games | Investor Information
Corportate Governance | Industry Information | Lottery Museum

Copyright © 2008 Scientific Games | Terms of Use | Downloads | Sitemap