

**George Martin** is walkii
to raise several million doll
9/11 responders— the hero
Be a part of the journi

| donate | blog | news & updates | where's george? | who this is for |



$1,749,437

**About the Journey**

**Projected Travel Route**

**Calendar of Events**

**Board of Directors**

**Corporate Sponsors**

**Participating Healthcare Facilities**

**Volunteers/Contributors**

**Blog**

**Contact Us**

**Staff Login**

# Andrew Giangola, Board Mei



Andrew Giangola, named by *PR Week* as one
10 communicators in sports, creates and execi
public relations programs to educate corporate
makers about the marketing power of NASCA
oversees programs to influence companies to 
relationships with NASCAR, which has the m
Fortune 500 involvement of any professional 

Giangola and his team have created unprecedented coverage for NA!
while working with NASCAR sponsors and partners to create a rang
opportunities and valuable media exposure

Prior to joining NASCAR in 2003, Giangola was responsible for glol
relations at McKinsey & Company, the world's leading management
firm. He focused on helping to increase McKinsey's preeminence in
thought leadership and building the reputation of the firm's local offi
worldwide. Previously, he was Director of Industry Media Relations
Andersen Consulting (now Accenture), leading media outreach for 1
industry practices.

Giangola was Vice President, Corporate Communications for Simon
Schuster from 1993 – 1998, managing public relations and employee
communications for world's largest English-language book publishei
leading positions in educational, consumer, and business publishing.
founded and published *Imprint*, the company's award-winning emplc
publication and co-chaired Viacom Communications Council.

Previously, he was national spokesperson for Pepsi-Cola Company, v
crafted positioning for business and crisis issues and managed brand-
outreach for core brands, new products, and marketing initiatives.

Giangola began his career as a reporter for *Convenience Store News* a
editor of *Sound Management* magazine. He graduated *summa cum la*
Fordham University, concentrating in Journalism, when he was able t
He is writing a humorous book on "Fatherhood in the Big City." He
Viviane, daughter Gabriella, and dogs Hal and Blue reside in lower N