# EXHIBIT G



MAIN MENU | Home | News | Industry Information | Industry Standards | Industry Employment | Vendor Locator | Discussion

Register / Login

Search: [_____] Go >    **Email this Page**


SITE ACCESS




Zoning and Siting NEWS CLICK HERE

List your


Where America starts before the construction begins!


State Wireless Association Program

# Towers in county/parrish hardest hit by Ka

### TOP FOUR TOWER COMPANIES

| Company | Total | State | County/Parri |
|---|---|---|---|
| **American Tower** | 42 | AL | Mobile |
| American Tower | 26 | LA | Orleans |
| American Tower | 11 | LA | Plaquemines |
| American Tower | 1 | LA | Saint Bernarc |
| American Tower | 5 | LA | Saint John Th |
| American Tower | 13 | LA | Saint Tamma |
| American Tower | 11 | MS | Hancock |
| American Tower | 19 | MS | Harrison |
| American Tower | 11 | MS | Jackson |
| TOTAL: | **139** | | |
| **Crown Castle** | 73 | AL | Mobile |
| Crown Castle | 16 | LA | Orleans |
| Crown Castle | 4 | LA | Plaquemines |
| Crown Castle | 4 | LA | Saint Bernarc |
| Crown Castle | 2 | LA | Saint John Th |
| Crown Castle | 20 | LA | Saint Tamma |
| Crown Castle | 4 | MS | Hancock |
| Crown Castle | 7 | MS | Harrison |
| Crown Castle | 8 | MS | Jackson |
| TOTAL: | **138** | | |
| **Global Signal** | 16 | AL | Mobile |
| Global Signal | 6 | LA | Orleans |
| Global Signal | 3 | LA | Plaquemines |
| Global Signal | 2 | LA | Saint John Th |
| Global Signal | 8 | LA | Saint Tamma |
| Global Signal | 3 | MS | Hancock |
| Global Signal | 10 | MS | Harrison |
| Global Signal | 6 | MS | Jackson |
| TOTAL: | **54** | | |
| **SBA Towers** | 16 | AL | Mobile |
| SBA Towers | 2 | LA | Orleans |
| SBA Towers | 3 | LA | Plaquemines |
| SBA Towers | 1 | LA | Saint Bernarc |







**Breaking News Alerts By E-Mail**
Sign up to be notified when important news breaks.

**REGISTER TODAY**
Privacy Policy





| Company | Total | State | County/Parri |
|---|---|---|---|
| SBA Towers | 1 | LA | Saint John Th |
| SBA Towers | 5 | LA | Saint Tamma |
| SBA Towers | 2 | MS | Hancock |
| SBA Towers | 11 | MS | Harrison |
| SBA Towers | 1 | MS | Jackson |
| TOTAL: | **42** | | |
| TOTAL OF TOP FOUR | **373** | | |

## ALL OTHER TOWER OWNERS

| Company | Total | State | County/Parri |
|---|---|---|---|
| 3G Solutions | 5 | AL | Mobile |
| A Garner Russell & Associates | 1 | MS | Harrison |
| AATCommunications Corporation | 10 | AL | Mobile |
| AATCommunications Corporation | 9 | LA | Orleans |
| AATCommunications Corporation | 2 | LA | Saint John th |
| AATCommunications Corporation | 2 | LA | Saint Tamma |
| ABC Inc | 1 | AL | Mobile |
| Abita Springs | 1 | LA | Saint Tamma |
| Airspaces LLC | 1 | MS | Harrison |
| Airtouch Engineer | 1 | LA | Orleans |
| Airtouch Engineer | 1 | LA | Saint John Th |
| Alltel | 7 | MS | Harrison |
| Alltel | 2 | MS | Jackson |
| Alltel | 1 | AL | Mobile |
| Alltel | 1 | LA | Saint Tamma |
| Alltel | 1 | MS | Hancock |
| Alpha 1 Leasing | 2 | AL | Mobile |
| Alpha 1 Leasing | 1 | LA | Saint Tamma |
| America 1st Communications | 1 | LA | Saint Tamma |
| American  Family Radio | 1 | MS | Harrison |
| American Family Radio | 2 | MS | Jackson |
| Apache Corporation | 1 | LA | Plaquemines |
| Apache Corporation | 1 | LA | Saint Bernarc |
| April Broadcasting | 1 | AL | Mobile |
| Arthur Sargent | 1 | LA | Orleans |
| At&T Corp | 1 | AL | Mobile |
| At&T Corp | 1 | LA | Orleans |
| Bahar Develop | 1 | LA | Orleans |
| Bayou Bienvenue Tower | 1 | LA | Saint Bernarc |
| Behavioral Health America | 1 | AL | Mobile |
| Bellsouth Telecommunications | 1 | LA | Plaquemines |
| Bellsouth Telecommunications Incorporated | 1 | AL | Mobile |
| Bellsouth Telecommunications Incorporated | 1 | LA | Plaquemines |
| Bill Buffington | 1 | MS | Hancock |
| Cable One Inc | 2 | MS | Jackson |
| Cable One Inc | 1 | MS | Hancock |
| Cable One Inc | 1 | MS | Harrison |
| Cablevision Industries | 7 | AL | Mobile |
| Cablevision Industries | 1 | MS | Hancock |
| Cablevision Industries | 1 | MS | Jackson |
| Capstar Radio Operating Company | 8 | LA | Orleans |
| Capstar Radio Operating Company | 4 | AL | Mobile |
| Capstar Radio Operating Company | 1 | MS | Jackson |



Watch the erection of this 1500' tower in time lapse images

Click Here

This is how you see your company

| Company | | | |
|---|---|---|---|
| Cellular South Real Estate Inc. | 12 | MS | Harrison |
| Cellular South Real Estate Inc. | 8 | MS | Jackson |
| Cellular South Real Estate Inc. | 7 | AL | Mobile |
| Cellular South Real Estate Inc. | 6 | MS | Hancock |
| Centerpointe Communications | 6 | AL | Mobile |
| Centerpointe Communications | 5 | MS | Harrison |
| Centerpointe Communications | 2 | MS | Hancock |
| Centerpointe Communications | 2 | MS | Jackson |
| Centerpointe Communications | 1 | LA | Orleans |
| Centerpointe Communications | 1 | LA | Saint Tamma |
| CENTURY CELLUNET | 1 | MS | Hancock |
| CENTURY CELLUNET | 1 | MS | Harrison |
| Centurytel Wireless , | 1 | MS | Jackson |
| Charles S Hayes Inc | 1 | AL | Mobile |
| Charlie Fulmar | 1 | LA | Orleans |
| Chevron Phillips Chemical Company Lp | 2 | LA | Plaquemines |
| Chlmet Gen Hosp | 1 | LA | Orleans |
| Christian Broadcasting Corporation | 1 | LA | Orleans |
| Cingular Wireless | 9 | LA | Saint Tamma |
| Cingular Wireless | 6 | AL | Mobile |
| Cingular Wireless | 5 | MS | Harrison |
| Cingular Wireless | 3 | MS | Jackson |
| Cingular Wireless | 2 | MS | Hancock |
| Cingular Wireless | 1 | LA | Orleans |
| Cingular Wireless | 1 | LA | Saint Bernarc |
| Citadel Communications | 1 | LA | Saint Bernarc |
| City of Mobile | 1 | AL | Mobile |
| City of New Orleans | 2 | LA | Orleans |
| City of Slidell | 1 | LA | Saint Tamma |
| Clear Channel | 1 | AL | Mobile |
| Clear Channel Radio | 2 | LA | Orleans |
| Clear Channel Radio | 1 | AL | Mobile |
| Cleco Power LLC | 1 | LA | Saint Tamma |
| CNRR | 2 | LA | Saint John Tr |
| CNRR | 1 | LA | Orleans |
| Comcast | 2 | AL | Mobile |
| Commstruct Comm | 1 | LA | Orleans |
| Communication Towers of South AL | 1 | MS | Jackson |
| Communicom Co | 7 | LA | Plaquemines |
| Compass Management | 2 | LA | Orleans |
| Congregaton of the Mission Southern Providence | 1 | LA | Orleans |
| Conoco Comm | 1 | LA | Plaquemines |
| Continental Asset Mgmt | 2 | LA | Orleans |
| Cosmos Broadcasting | 1 | MS | Harrison |
| Cox Communications | 1 | LA | Saint Bernarc |
| CSX Transportation Inc | 2 | AL | Mobile |
| CSX Transportation Inc | 1 | LA | Orleans |
| CSX Transportation Inc | 1 | MS | Hancock |
| Daily News Broadcasting | 1 | AL | Mobile |
| Diamond Wireless | 1 | AL | Mobile |
| Diamondhead Water Dist | 1 | MS | Hancock |
| Digiph Communication | 2 | MS | Jackson |

| | | | |
|---|---|---|---|
| Digiph Pcs | 1 | AL | Mobile |
| Digiph Pcs | 1 | MS | Harrison |
| Digiph Pcs Inc | 2 | AL | Mobile |
| Digiph Pcs Inc | 2 | MS | Hancock |
| Digiph Pcs Inc | 1 | MS | Harrison |
| Digiph Pcs Mt303B | 9 | AL | Mobile |
| Digiph Pcs Mt303B | 2 | MS | Harrison |
| Digiph Pcs Mt303B | 2 | MS | Jackson |
| Digiph Pcs Mt303B | 1 | MS | Hancock |
| Doubletree Hotel | 1 | LA | Orleans |
| Du Pont De Nmrs | 1 | MS | Harrison |
| El Paso Corporation | 1 | MS | Hancock |
| Emmis Television License Llc | 2 | LA | Saint Bernard |
| Emmis Television License Llc | 1 | AL | Mobile |
| Entercom Portland llc | 4 | LA | Orleans |
| Entergy Services Inc | 2 | LA | Plaquemines |
| Entergy Services Inc | 2 | LA | Saint John Th |
| Entergy Services Inc | 1 | LA | Orleans |
| Entex Inc | 1 | MS | Harrison |
| Epec Communications Corporation | 1 | LA | Plaquemines |
| Equity Office Properties Trust | 1 | LA | Orleans |
| Erbs Wrecker Service | 1 | AL | Mobile |
| Fairmont Hotel | 1 | LA | Orleans |
| Florida Gas Transmission | 1 | AL | Mobile |
| ForeSite Inc | 11 | AL | Mobile |
| ForeSite Inc | 2 | LA | Saint Bernard |
| ForeSite Inc | 2 | MS | Jackson |
| ForeSite Inc | 1 | LA | Orleans |
| ForeSite Inc | 1 | LA | Plaquemines |
| ForeSite Inc | 1 | LA | Saint Tamma |
| ForeSite Inc | 1 | MS | Harrison |
| GeoNet Properties Inc | 1 | MS | Harrison |
| Ghb Jazz Foundation | 4 | LA | Saint Bernard |
| Ghb Jazz Foundation | 1 | LA | Plaquemines |
| Global Towers | 1 | AL | Mobile |
| Goforth Media | 1 | AL | Mobile |
| Grill Room | 1 | LA | Orleans |
| Gte Mobilnet | 5 | AL | Mobile |
| Gte Mobilnet | 4 | LA | Orleans |
| Gte Mobilnet | 4 | LA | Saint Tamma |
| Gte Mobilnet | 2 | LA | Saint Bernard |
| Gte Mobilnet | 1 | LA | Plaquemines |
| Gte Mobilnet | 1 | MS | Hancock |
| Guaranty Broadcasting Co. of Baton Rouge LLC | 2 | LA | Saint Tamma |
| Gulf Ansaphone | 1 | MS | Harrison |
| Gulf Coast Wireless Limited Partnership | 2 | MS | Harrison |
| Gulf Coast Wireless Limited Partnership | 1 | MS | Hancock |
| Gulf Coast Wireless Limited Partnership | 1 | MS | Jackson |
| Gulf Coast Wireless LP | 3 | MS | Harrison |
| Gulf Coast Wireless LP | 1 | MS | Hancock |
| Gulf States Tower Llc | 2 | LA | Plaquemines |
| Gulf States Tower Llc | 2 | LA | Saint Tamma |

| Company | Count | State | County |
|---|---|---|---|
| Gulf Stream Natural Gas System | 1 | AL | Mobile |
| Harrison County | 4 | MS | Harrison |
| HighPointe Group | 9 | LA | Orleans |
| HighPointe Group | 5 | MS | Harrison |
| HighPointe Group | 3 | AL | Mobile |
| HighPointe Group | 2 | LA | Saint Tamma |
| HighPointe Group | 2 | MS | Jackson |
| HighPointe Group | 1 | LA | Saint John Th |
| Hunt Broadcasting | 2 | AL | Mobile |
| Illinois Central Railroad | 1 | LA | Saint John Th |
| Imperial Palace | 1 | MS | Harrison |
| Intellicom Wireless Management Inc | 2 | AL | Mobile |
| Isaac Max Jaramillo | 1 | AL | Mobile |
| Istar Financial | 1 | LA | Orleans |
| Jackson County E C D | 1 | MS | Jackson |
| John Allen | 1 | LA | Orleans |
| John Allen | 1 | MS | Hancock |
| Judah Broadcasting | 1 | MS | Jackson |
| Kerr-Mcgee | 1 | LA | Plaquemines |
| KGI Wireless | 13 | LA | Orleans |
| KGI Wireless | 9 | LA | Saint Tamma |
| KGI Wireless | 6 | AL | Mobile |
| KGI Wireless | 5 | MS | Hancock |
| KGI Wireless | 4 | MS | Harrison |
| KGI Wireless | 4 | MS | Jackson |
| KGI Wireless | 2 | LA | Saint Bernarc |
| KGI Wireless | 2 | LA | Saint John th |
| KGI Wireless | 1 | LA | Plaquemines |
| KGZC | 1 | LA | Saint Tamma |
| LA Power & Lght | 1 | LA | Saint Bernarc |
| Lacassagne's Inc | 1 | LA | Orleans |
| Lamey Electric Co | 1 | MS | Harrison |
| Laterr Broadcasting | 2 | LA | Plaquemines |
| Lockheed Martin Corporation | 1 | LA | Orleans |
| Louisiana Generating | 2 | LA | Saint Tamma |
| Louisiana State Police | 3 | LA | Saint Tamma |
| Louisiana Unwired LLC | 1 | AL | Mobile |
| Mapa Broadcasting | 1 | LA | Saint Tamma |
| Marathon Oil Company | 3 | LA | Saint John Th |
| Marcus Cable | 5 | AL | Mobile |
| Marlin Investments Inc | 2 | AL | Mobile |
| Mary F Morales | 1 | LA | Saint Bernarc |
| MCI Worldcom | 1 | AL | Mobile |
| Mci Worldcom Network Services | 1 | AL | Mobile |
| Media General Broadcasting | 1 | AL | Mobile |
| Mediacom LLC | 3 | AL | Mobile |
| Mercy & Baptist Md | 1 | LA | Orleans |
| Mesa Communications | 4 | MS | Harrison |
| Mesa Communications | 2 | AL | Mobile |
| Mesa Communications | 1 | MS | Jackson |
| Mesa Communications Group | 2 | AL | Mobile |
| Mesa Communications Group | 2 | LA | Orleans |
| Mesa Communications Group | 2 | MS | Jackson |

| | | | |
|---|---|---|---|
| Mesa Communications Group | 1 | LA | Plaquemines |
| Metropolitan Life Insurance Company | 1 | LA | Orleans |
| Mid South Microwave | 1 | LA | Saint John Th |
| Miracle Assembly of God | 3 | LA | Plaquemines |
| Mississippi Dept of Public Safety | 1 | MS | Harrison |
| Mississippi Dept of Public Safety | 1 | MS | Jackson |
| Mississippi Media Broadcasting, Llc | 8 | MS | Harrison |
| Mobile | 1 | LA | Plaquemines |
| Mobile Comm | 1 | AL | Mobile |
| Mobile County Commission | 8 | AL | Mobile |
| Mobile County Communications District | 1 | AL | Mobile |
| Mobile Marriott | 1 | AL | Mobile |
| Murphy Exploration & Production | 1 | LA | Orleans |
| New Par | 6 | LA | Orleans |
| Nextel Communications | 1 | LA | Orleans |
| Nextel Partners Operating Corporation | 1 | AL | Mobile |
| Nextel West Corp | 2 | LA | Saint John Th |
| Norfolk Southern Railway Company | 1 | AL | Mobile |
| NorthShore Towers | 1 | LA | Saint Tamma |
| PhillieCo L P | 7 | LA | Saint Tamma |
| PhillieCo L P | 1 | LA | Orleans |
| Pioneer Natural Resources USA Inc | 1 | LA | Plaquemines |
| Pittman Construction | 1 | LA | Orleans |
| Plaquemines County | 2 | LA | Plaquemines |
| Plaquemines Parish Government | 5 | LA | Plaquemines |
| Preston Prieto Jr | 2 | LA | Saint Tamma |
| Quncy Jones Broadcasting | 1 | LA | Saint Bernarc |
| Radio Company | 1 | LA | Saint Tamma |
| Radio Tower Rent | 6 | LA | Saint John Th |
| Radiophone | 2 | LA | Orleans |
| Roberds Broadcasting | 2 | AL | Mobile |
| Roberds Broadcasting | 1 | MS | Jackson |
| Ryan Gehrtz | 1 | AL | Mobile |
| Sea Chase Owners Association | 2 | LA | Saint Tamma |
| Sea Chase Owners Association | 1 | LA | Saint John Th |
| Shared Towers LLC | 1 | AL | Mobile |
| Signal One/AAT | 4 | AL | Mobile |
| Singing Riv Pwr | 1 | MS | Jackson |
| Site Manager | 13 | LA | Orleans |
| Site Manager | 3 | AL | Mobile |
| Site Manager | 2 | MS | Harrison |
| Site Manager | 1 | LA | Saint Tamma |
| Site Manager | 1 | MS | Jackson |
| South Mississippi Electric Power Association | 1 | MS | Hancock |
| Southern Communications Services Inc. | 1 | AL | Mobile |
| Southern Company | 6 | AL | Mobile |
| Southern Company | 2 | MS | Harrison |
| Southern Company | 2 | MS | Jackson |
| Southern Towers LLC | 1 | AL | Mobile |
| Sprint Sites USA | 31 | LA | Saint Tamma |
| Sprint Sites USA | 22 | LA | Orleans |
| Sprint Sites USA | 4 | LA | Saint John Th |
| Sprint Sites USA | 2 | LA | Plaquemines |

| | | | |
|---|---|---|---|
| Sprint Spectrum LP | 1 | LA | Plaquemines |
| Sprint Spectrum LP | 1 | LA | Saint Tamma |
| St Bernard Port Harbor | 1 | LA | Saint Bernar |
| St Tammany Parish Sheriff's Office | 1 | LA | Saint Tamma |
| Starmount Towers | 1 | LA | Saint John Th |
| Starmount Towers | 1 | LA | Saint Tamma |
| State Broadcasting | 8 | MS | Harrison |
| State BroadcastingCorporation | 1 | MS | Harrison |
| State of AL DOT | 1 | AL | Mobile |
| State of LA | 4 | LA | Saint John Th |
| State of LA | 2 | LA | Saint Tamma |
| State of LA | 1 | LA | Orleans |
| State of MS | 1 | MS | Harrison |
| State of MS Department of Public Safety | 1 | MS | Harrison |
| Stratos Offshore Services Company | 4 | LA | Plaquemines |
| Stratos Offshore Services Company | 1 | LA | Saint Bernar |
| Subcarrier Communications Inc | 2 | AL | Mobile |
| Subcarrier Communications Inc | 2 | la | Orleans |
| Svj Llc | 1 | LA | Orleans |
| Tamplan | 1 | LA | Saint Tamma |
| Telavest Inc | 1 | LA | Plaquemines |
| Telecom Property Consulting | 7 | LA | Orleans |
| Telecom Property Consulting | 3 | LA | Saint Tamma |
| Telecom Property Consulting | 2 | MS | Harrison |
| Telecorp Pcs Llc | 2 | LA | Orleans |
| The Louisiana Fruit Company | 1 | LA | Plaquemines |
| T-Mobile South | 7 | AL | Mobile |
| T-Mobile South | 1 | LA | Orleans |
| T-Mobile South | 1 | LA | Saint Bernar |
| T-Mobile South | 1 | MS | Harrison |
| T-Mobile South | 1 | MS | Jackson |
| Tower Economics | 1 | AL | Mobile |
| Tower Equities LLC | 1 | LA | Orleans |
| Tower Equities LLC | 1 | LA | Plaquemines |
| Tower Equities LLC | 1 | LA | Saint Bernar |
| Tower Ventures III LLC | 1 | AL | Mobile |
| TowerCom East Coast | 1 | AL | Mobile |
| Towercom Gulf Coast LLC | 1 | AL | Mobile |
| Trillion Digital Communications | 1 | LA | Plaquemines |
| TrinTel | 1 | LA | Orleans |
| TRM | 3 | LA | Orleans |
| Two Way Communications | 2 | LA | Saint John Th |
| Two Way Communications | 2 | LA | Saint Tamma |
| Two Way Communications | 1 | LA | Orleans |
| Two Way Communications of Lafayette | 1 | LA | Saint John Th |
| United Cabs Inc | 1 | LA | Orleans |
| US Unwired | 2 | AL | Mobile |
| Utility Service Communications | 9 | MS | Harrison |
| Utility Service Communications | 4 | MS | Jackson |
| Utility Service Communications | 3 | AL | Mobile |
| Utility Service Communications | 1 | MS | Hancock |
| Viacom Communications Services Inc. | 1 | LA | Saint Tamma |
| VoiceStream | 1 | AL | Mobile |

| | | | |
|---|---|---|---|
| VoiceStream | 1 | MS | Jackson |
| Walking By Faith Ministries, Inc. | 1 | MS | Harrison |
| WASO-AM | 1 | LA | Saint Tamma |
| Wblx-Am | 1 | AL | Mobile |
| Wbok-Am | 1 | LA | Orleans |
| Wbsl-Am | 1 | MS | Hancock |
| Wccl-Tv | 1 | LA | Saint Bernarc |
| WDLT | 2 | AL | Mobile |
| Wdsu TV | 1 | LA | Orleans |
| Wdsu TV | 1 | LA | Saint Bernarc |
| Welz-Am | 1 | MS | Harrison |
| Wgap BroadcastingCorp | 1 | MS | Harrison |
| WGCM | 3 | MS | Harrison |
| Wgno | 2 | LA | Orleans |
| Wgno-Tv | 1 | LA | Orleans |
| Wgud Stero Inc | 1 | MS | Jackson |
| Wgud-Fm | 1 | MS | Jackson |
| Whil-Fm | 1 | AL | Mobile |
| Wireless LP | 2 | LA | Saint Tamma |
| Wireless LP | 1 | LA | Saint John Th |
| WJZD | 1 | MS | Harrison |
| WKCV | 1 | MS | Harrison |
| WKRG TV | 1 | AL | Mobile |
| WKTO FM | 1 | AL | Mobile |
| WLNO-AM | 1 | LA | Orleans |
| WLOX-TV | 1 | MS | Harrison |
| WLVV-AM | 1 | AL | Mobile |
| WMAE-TV | 1 | MS | Harrison |
| WMJY-FM | 1 | MS | Jackson |
| WNOL TV | 1 | LA | Saint Bernarc |
| WODT-AM | 2 | LA | Orleans |
| Wosm Radio | 2 | MS | Jackson |
| Wqnx-am | 1 | LA | Orleans |
| Wtky Am Fm | 1 | AL | Mobile |
| Wtlt-am | 1 | LA | Orleans |
| Wtmc-am | 1 | AL | Mobile |
| WTVA | 1 | MS | Harrison |
| WVMI-AM | 1 | MS | Harrison |
| WWL-AM | 1 | LA | Orleans |
| WWNO-FM | 1 | LA | Orleans |
| WYAT-AM | 1 | LA | Orleans |
| TOTAL NOT INCLUDING TOP FOUR: | | | |
| **Source: Fryer's TowerSource** | **778** | | |

Copyright © 2004, 2005, 2006, 2007, 2008 - Wireless Estimator, Inc.
Terms and Conditions | User Options | Add to My Favorites | Set As My Home Page | Construction Weather Forecast