EXHIBIT H

Bookmark this website!
About Opentopia



Opentopia Directory Encyclopedia Tools

# Viacom Communications Tower Duette

Encyclopedia : V : VI : VIA : Viacom Communications Tower Duette

---

**1901 UK Census Online**
1841 to 1901 Search easily and find your ancestors fast.

**23/6's Dickipedia**
A wiki of the world's biggest jerks Celebs, pols & everyone in between

Ads by Google

---

**Viacom Communications Tower Duette** is a 461.3 metre high guyed mast at Duette, Florida, USA at [ 27°40′24″N, 82°6′34″W]. Viacom Communications Tower Duette was built in 2000 and is used for TV broadcasting.

- http://wireless2.fcc.gov/UlsApp/AsrSearch/asrRegistration.jsp?regKey=603702

List of masts

---

From Wikipedia, the Free Encyclopedia. Original article here. Support Wikipedia by contributing or donating.
All text is available under the terms of the GNU Free Documentation License See Wikipedia Copyrights for details.

---

Search Titles

[ SEARCH > ]

0 1 2 3 4 5 6 7 8 9
A B C D E F G H I J
K L M N O P Q R S T
U V W X Y Z ?

Ads by Google

**Weaverville People Search**
Find anyone in Weaverville, NC. Get current address, phone, & more!
www.usa-people-search.c

**Quebec genealogy database**
Database of Quebec marriages (french-canadians & others)
yourfolks.com

**LDS Singles**
Free to browse thousands of pictures, video and audio profiles
www.ldsplanet.com

**Genealogy Census**
Search 1841, 1861 & 1871 Census Records. Sign Up From Only £8.95!
www.OriginsNetwork.com

E-mail this article to:

Personal Message:



Send!