IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>                  Plaintiffs,<br><br>    vs.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>                  Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:06-cv-480-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.15(c) of this Court, please take note of the following attorney information change for attorneys Michael DeSanctis, Steven Fabrizio, and Sean Hartigan of Jenner & Block LLP.

Effective May 27, 2008, Jenner & Block LLP's Washington D.C. office has moved. The address information for Mr. DeSanctis, Mr. Fabrizio, and Mr. Hartigan has therefore changed to the following:

JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C. 20001

The email address, telephone number, and fax number for the three Jenner & Block attorneys noted above remain unchanged.

42720

Dated: May 28, 2008                             Respectfully submitted,


                                                    /s/  Michael B. DeSanctis
                                                Steven B. Fabrizio (Bar No. 436482)
                                                Michael B. DeSanctis (Bar No. 460961)
                                                Sean J. Hartigan  (Bar No. 495381)
                                                JENNER & BLOCK LLP
                                                1099 New York Ave., N.W.
                                                Suite 900
                                                Washington, D.C. 20001
                                                Tel.: (202) 639-6000
                                                Fax:  (202) 639-6066

## CERTIFICATE OF SERVICE

I, Michael B. DeSanctis, hereby certify that on this day, May 28, 2008, I caused the foregoing "Notice of Change of Address" to be served by First Class United States mail, postage pre-paid on the following:

>Robert R. Prunte
>YoWorld Music Co.
>614 Wyanoke Avenue
>Baltimore, MD 21218

>_/s/_Michael B. DeSanctis_____
>Michael B. DeSanctis