Robert R. Prunté, (pro sé)
614 Wyanoke Avenue
Baltimore, Maryland 21218


RECEIVED
JUN 13 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

ROBERT R. PRUNTÉ

Plaintiff,

Vs.

UNIVERSAL MUSIC GROUP RECORDINGS, et al

Defendant (s)

CASE NUMBER: 1:06-CV-0048

JUDGE: Paul L. Friedman (PLF)

**PLAINTIFF'S MOTION SEEKING LEAVE TO FILE A SECOND AMENDED COMPLAINT IN ORDER TO DO SUBSTANTIAL JUSTICE ACCORDING TO FED. R. CIV. P. RULE 15**

Comes now the plaintiff with its motion seeking leave to fle a Second Amended Complaint due to confusion about the proper Viacom agent for service of process. Plaintiff has now ascertained that Viacom International, Inc. is the proper corporate name for Viacom, and their registered agent is apparently Mr. Michael Fricklas at 1515 Broadway, New York, Ny. 11136 as well as the Corporation Service Company, 80 State Street, Albany, New York 12207-3543.

Plaintiff has elected to serve both of these addresses due to the trepidation created by Viacom's previous designations of (51) fifty-one possible corporate agents who could accept lawful process. This confusion caused Viacom to prevail on a Rule 12(b)(5) motion concerning "insufficient service of process". The proposed amendment would repair this problem immediately.

Wherefore, plaintiff hereby respectfully requests this Court to accept the proposed Second Amended Complaint for filing as the operative complaint in this case.

Respectfully Submitted

Robert R. Prunte'

### CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS MOTION ON OR ABOUT JUNE 12th 2008.   Thurs.

JENNER & BLOCK, LLP, C/O MICHAEL DESANCTIS, SEAN HARTIGAN AND STEVEN FABRIZIO; 1099 NEW YORK AVENUE, N.W. SUITE 900, WASHINGTON, D.C. 20001; **LEVINE, SULLIVAN, KOCH & SCHULTZ, LLP.**, C/O MICHAEL D. SULLIVAN OR JOHN B. O'KEEFE 1050 SEVENTEENTH STREET, N.W. SUITE 800, WASHINGTON, D.C. 20036-5514 & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY: /s/ Robert R. Prunté

ROBERT R. PRUNTE'
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21217
443.615.1745 OR 443.682.7292

3