Robert R. Prunté, (pro sé)
614 Wyanoke Avenue
Baltimore, Maryland 21218
443.615.1745 or 443.682.7292

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTÉ<br><br>Plaintiff,<br><br>Vs.<br><br>UNIVERSAL MUSIC GROUP RECORDINGS, et al<br><br>Defendant (s) | CASE NUMBER: 1:06-CV-0048<br><br>JUDGE: Paul L. Friedman (PLF)<br><br>**RECEIVED**<br>JUN 1 3 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## PROPOSED ORDER REQUIRING MEMBERS OF THE INTENDED AUDIENCE FOR THE WORKS IN QUESTION TO PARTICIPATE IN THE FIRST AND SECOND PRONGS OF SUBSTANTIAL SIMILARITY TEST

It is hereby ORDERED that since purchasers of hip hop or rap music possess a specialized skill which the lay public lacks, thereby causing the same to represent a specialized or intended audience, for this reason, this Court will hereby appoint a special member or members of this specialized audience for all future proceedings in this case, or, alternatively, that the parties may mutually select an impartial

1

member of this specialized audience to provide reports and affidavits about the music and lyrics and samples in question.

_____

Honorable Judge Paul L. Friedman

Respectfully Submitted

*[signature: Robert R. Prunté]*

Robert R. Prunté'

## CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS MOTION ON OR ABOUT ~~~~ Thurs. JUNE ~~~~ 12th, 2008.

JENNER & BLOCK, LLP, C/O MICHAEL DESANCTIS, SEAN HARTIGAN AND STEVEN FABRIZIO; 1099 NEW YORK AVENUE, N.W. SUITE 900, WASHINGTON, D.C. 20001; LEVINE, SULLIVAN, KOCH & SCHULTZ, LLP., C/O MICHAEL D. SULLIVAN OR JOHN B. O'KEEFE 1050 SEVENTEENTH STREET, N.W. SUITE 800, WASHINGTON, D.C. 20036-5514 & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY: /s/ Robert R. Prunte'

ROBERT R. PRUNTE'
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21217
443.615.1745 OR 443.682.7292