**Robert R. Prunté, (pro sé)**
614 Wyanoke Avenue
Baltimore, Maryland 21218
**443.615.1745 OR 443.682.7292**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. PRUNTÉ**<br><br>**Plaintiff,**<br><br>**Vs.**<br><br>**UNIVERSAL MUSIC GROUP RECORDINGS, et al**<br><br>**Defendant (s)** | CASE NUMBER: 1:06-CV-0048<br><br>JUDGE: Paul L. Friedman (PLF)<br><br>**RECEIVED**<br>JUN 1 3 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**PROPOSED ORDER RESPECTING MSUIC SAMPLES APPLYING TO THIS CASE, AS WELL AS FIRST MPRESSION STATUS RECOGNIZED IN THIS COMPLEX COPYRIGHT CASE**

It is hereby **ORDERED** that since this case is one of first impression, this Court will apply legal standards of the other Circuits, and if these don't apply precisely, the Court will apply its own logic. It is further **ORDERED** that the plaintiff's "Intended Audience" possesses a specialized skill that members of the general public do not possess, and this fact must be met fairly by members of this audience when it comes to any judgments in this case.

It also further **ORDERED** that "Fragmented literal Similarity is become an issue in this case, and the parties must recognize this when deciding about the infringement found within the chorus lines of plaintiffs musical and lyrical works.

Respectfully Submitted

Robert R. Prunte'

### CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS MOTION ON OR ABOUT Thurs. JUNE 12th 2008.

JENNER & BLOCK, LLP, C/O MICHAEL DESANCTIS, SEAN HARTIGAN AND STEVEN FABRIZIO; 1099 NEW YORK AVENUE, N.W. SUITE 900, WASHINGTON, D.C. 20001; **LEVINE, SULLIVAN, KOCH & SCHULTZ, LLP.**, C/O MICHAEL D. SULLIVAN OR JOHN B. O'KEEFE 1050 SEVENTEENTH STREET, N.W. SUITE 800, WASHINGTON, D.C. 20036-5514 & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY: 
ROBERT R. PRUNTE'
614 WYANOKE AVENUE

2

614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21217
443.615.1745 OR 443.682.7292