1  ROBERT R. PRUNTE' (APPEARING PRO SE')
   614 WYANOKE AVENUE
2  BALTIMORE, MARYLAND 21218
   443.615.1745 or 443.682.7292
3

RECEIVED JUN 13 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

4  UNITED STATES DISTRICT COURT

5  FOR THE DISTRICT OF COLUMBIA

6

7  ROBERT R. PRUNTE,                )   Case No. 1:06-cv-00480-PLF
                                    )
8       Plaintiff,                  )
                                    )
9       vs.                         )
                                    )
10 UNIVERSAL MUSIC GROUP, ET AL     )
                                    )
11      Defendants                  )   PROPOSED ORDER
                                    )
12                                  )
                                    )
13                                  )
                                    )
14

15

16 It is hereby ORDERED that defendants UMG and WMG have intentionally failed to answer the

17 operative First Amended Complaint by "not fairly meeting the substance of the averments

18 denied", when they made their initial answers to the complaint, and are hereby ordered to do so

19 in accord with F.R.C.P. Rule 8. Plaintiff's motion pursuant to F.R.C.P. Rule 12(c) is hereby

20 GRANTED.

21

22 _____

23 United States District Judge Paul L. Friedman

24

25

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

RESPECTFULLY SUBMITTED

*[signature: Robert R. Prunte']*

CERTIFICATE OF SERVICE

I HEREBY DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN STATED ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES WERE MAILED A CORRECT COPY OF THE AFFOREMENTIONED ON OR ABOUT ___12th___ JUNE, 2008

BY: *[signature: Robert R. Prunte']*

ROBERT R. PRUNTE' (APPEARING PRO SE)

**JENNER & BLOCK, LLP**, C/O MICHAEL DESANCTIS, SEAN HARTIGAN AND STEVEN FABRIZIO; 1099 NEW YORK AVENUE, N.W. SUITE 900, WASHINGTON, D.C. 20001; **LEVINE, SULLIVAN, KOCH & SCHULTZ, LLP.**, C/O MICHAEL D. SULLIVAN OR JOHN B. O'KEEFE 1050 SEVENTEENTH STREET, N.W. SUITE 800, WASHINGTON, D.C. 20036-5514 & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

Dated this 12th day of June 2008

*[signature: Robert R. Prunte']*

ROBERT R. PRUNTE'

(APPEARING PRO SE')

614 WYANOKE AVENUE

BALTIMORE, MARYLAND

21218

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ROBERT R. PRUNTE' (PRO SE')
614 WYANOKE AVENUE
BALTIMORE, MARYLAND 21218