**Robert R. Prunté, (pro sé)**
3694 Rex Road
Rex, Georgia 30273
443.615.1745 or 678.545.0872

**RECEIVED**

JUL 1 4 20..

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTÉ<br><br>Plaintiff,<br><br>Vs.<br><br>UNIVERSAL MUSIC GROUP<br><br>RECORDINGS, et al<br><br>Defendant (s) | CASE NUMBER: 1:06-CV-00480<br><br>JUDGE: Paul L. Friedman (PLF) |

**PLAINTIFF'S OFFICIAL NOTICE OF CHANGE OF ADDRESS**

Comes now the plaintiff with this official change of address notice. The new and permanent mailing address for plaintiff is the following:

Mr. Robert R. Prunté'

3694 Rex Road

Rex, Georgia 30273

443.615.1745 or 678.545.0872

1

Respectfully Submitted

*[signature: Robert R. Prunté]*

Robert R. Prunté'

### CERTIFICATE OF SERVICE

I HEREBY DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS A TRUE AND CORRECT ACCOUNT OF THE HEREIN ALLEGED MATTERS AND EVENTS, AND THAT THE FOLLOWING ENTITIES REPRESENT THE INDIVIDUAL DEFENDANT PERSONS NAMED IN THE CAPTION AS INTERESTED PERSONS, AND WERE MAILED A TRUE AND CORRECT COPY OF THIS MOTION ON OR ABOUT _____ JULY _____ 2008.

**JENNER & BLOCK, LLP**, C/O MICHAEL DESANCTIS, SEAN HARTIGAN AND STEVEN FABRIZIO; 1099 NEW YORK AVENUE, N.W. SUITE 900, WASHINGTON, D.C. 20001; **LEVINE, SULLIVAN, KOCH & SCHULTZ, LLP.**, C/O MICHAEL D. SULLIVAN OR JOHN B. O'KEEFE 1050 SEVENTEENTH STREET, N.W. SUITE 800, WASHINGTON, D.C. 20036-5514 & **THE UNITED STATES COURTHOUSE** OF THE DISTRICT OF COLUMBIA, F. BARRETT PRETTYMAN BUILDING, 333 CONSTITUTION AVENUE, N.W. WASHINGTON, D.C. 20001, C/O, CLERK'S OFFICE.

BY: *[signature: Robert R. Prunté]*

ROBERT R. PRUNTE'

3694 REX ROAD

REX, GEORGIA 30273

443.615.1745 OR 678.545.0872

2