# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. PRUNTE;<br>YOWORLD MUSIC COMPANY, d/b/a<br>ROWDY CITY RECORDS,<br><br>               Plaintiffs,<br><br>  vs.<br><br>UNIVERSAL MUSIC GROUP, *et al.*,<br><br>               Defendants. | )<br>)<br>)<br>)  Civil Action No. 1:06-cv-480-PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE REGARDING BULKY ATTACHMENT

Exhibit 1, which is an attachment to Defendants' Supplemental Report, is in compact disc form and is being maintained in the case file in the Clerk's Office. It is Defendants' understanding that this exhibit is available to the public between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

Dated: July 23, 2008

Respectfully submitted,

    /s/ Michael B. DeSanctis
Steven B. Fabrizio (Bar No. 436482)
Michael B. DeSanctis (Bar No. 460961)
Sean J. Hartigan (Bar No. 495381)
JENNER & BLOCK LLP
1099 New York Ave., N.W.
Suite 900
Washington, D.C. 20001
Tel.: (202) 639-6000
Fax: (202) 639-6066

43628.1

## CERTIFICATE OF SERVICE

    I, Michael B. DeSanctis, hereby certify that on this day, July 23, 2008, I caused the foregoing "Notice Regarding Bulky Attachment" to be served on Plaintiff by First Class United States mail, postage pre-paid.  In addition, I hereby certify that on this day I also caused a copy of the exhibit described by this Notice, which is a compact disc containing sound recordings, to be served on Plaintiff by First Class United States mail, postage pre-paid.  Service was accomplished by sending these items to Plaintiff at the following address:

>  Robert R. Prunte'
>  3694 Rex Road
>  Rex, GA 30273

                                          _/s/_Michael B. DeSanctis_____
                                             Michael B. DeSanctis