UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ROBERT R. PRUNTÉ,                   )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 06-0480 (PLF)
                                    )
UNIVERSAL MUSIC GROUP, INC., *et al.*, )
                                    )
        Defendants.                 )
_____)

# ORDER

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that [92] defendants' motion to strike is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that [88] plaintiff's motion alleging direct contempt of court and [94] plaintiff's motion for judicial notice are DENIED; it is

FURTHER ORDERED that [89] plaintiff's motion for summary judgment is DENIED; it is

FURTHER ORDERED that [99] defendants' motion for summary judgment is GRANTED. Judgment shall be entered for all of the defendants on all claims; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 29, 2010